**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| Rodney Lynch, et al., | * | Case No. 3:01cv7584 |
| Plaintiffs, | * | The Honorable David A. Katz |
| vs. | * | **Plaintiffs' Expert Witness List** |
| | * | |
| S.C. Johnson & Sons, Inc., et al., | | Michelle L. Kranz (0062479) |
| | * | David W. Zoll (0008548) |
| Defendants. | | Pamela A. Borgess (0072789) |
| | * | Zoll & Kranz, LLC |
| | | 6620 W. Central Avenue, Suite 200 |
| | * | Toledo, Ohio 43617 |
| | | Phone: 419-841-9623 |
| | * | Fax:    419-841-9719 |
| | | Email:  michelle@toledolaw.com |
| | * | david@toledolaw.com |
| | | pamela@toledolaw.com |

_____/

Now come the Plaintiffs, by and through counsel, and hereby submits the
following names as experts:

      1.     Nachman Brautbar, M.D.

      2.     Kenneth Rudo, Ph.D.

      3.     Paul Goldstein, Ph.D.

The curriculum vitae for each of the above-identified experts is attached hereto.

Plaintiffs reserve the right to call any experts listed by defendant, and to add to or modify this list should new information or additional facts so warrant.

Respectfully Submitted,

/s/ Michelle L. Kranz
Michelle L. Kranz
Attorney for Plaintiff

## CERTIFICATION

This is to certify that on August 30, 2002 a copy of the foregoing, **Plaintiff's Disclosures of Expert Witnesses**, was electronically filed. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this file through the Court's system.

Michael Hardy, Esq.
**Thompson Hine**
3900 Key Tower
127 Public Square
Cleveland, Ohio 44114-1216

Thomas P. Schult, Esq.
**Berkowitz, Feldmiller, Stanton, Brandt**
Two Emanuel Cleaver II Boulevard, Suite 500
Kansas City, MO 64112-1736

/s/Michelle L. Kranz
Michelle L. Kranz
Attorney for Plaintiff

Exhibit A

# Nachman Brautbar, M.D., F.A.C.P., Inc.

**FELLOW COLLEGIUM RAMAZZINI**
**Diplomate American Board of Internal Medicine**
**Diplomate American Board of Nephrology**
**Diplomate American Board of Forensic Medicine**
**Clinical Professor of Medicine, USC School of Medicine, Department of Medicine**

| | | |
|---|---|---|
| • Internal Medicine | • Heart & Blood Vessel Disease | • Solvent & Benzene Exposure |
| • Toxicology & Chemical Exposure | • Pharmacology | • Disability Evaluation |
| • Kidney Disease & Hypertension | • Second Opinion | • Standard of Care |

QME and IME of the State of California    TREATING, PRACTICING, TEACHING PHYSICIAN

**Curriculum Vitae**
**Nachman Brautbar, M.D.**

## Date and Place of Birth:
October 22, 1943
Haifa, Israel

## Education and Academic Appointments:
Medical School:
Hebrew University - Hadassah Medical School, Jerusalem, Israel, 1961-1968,
M.D.,1969.
Internship:
Rotating Internship: Ramban Hospital, Haifa University, Israel, 1968-1969 (12 months).
Residencies:
Resident in Internal Medicine, Rothschild Medical Center, Haifa, Israel, 1971-1973
    (18 months).
Chief Resident: Department of Medicine "D", Hadassah University Hospital, Jerusalem,
    Israel, 1974-1975 (12 months).
Total Residency in Internal Medicine (30 months).
California Licensure Examination, 1975
U.S.A. Internship: Wadsworth V.A. Medical Center, Los Angeles, October 1975-June
1976.
Nephrology Fellowship: Wadsworth V.A. Medical Center, Los Angeles, March 1975-
June 1977.
Assistant Professor of Medicine, UCLA, 1977-1978.
Assistant Chief, Hemodialysis Unit, Wadsworth V.A. Hospital, April 1977-1978.
Assistant Professor of Medicine, U.S.C., July 1, 1978.
Assistant Professor of Pharmacology, U.S.C., July 1981.
Tenured Associate Professor of Medicine and Pharmacology, U.S.C., January 1982-1988.
Clinical Professor of Medicine and Pharmacology, U.S.C., April 1988 - 1993.
Clinical Professor of Medicine, U.S.C., present.
Private Practice of Medicine: 1980 - present; Internal Medicine, Nephrology, and
Toxicology.

## Past and Present Professional Activities:
**A.**    **Utilization Review Consultation**
    American Insurance Administrators, Los Angeles, California.

    Hollywood Presbyterian Medical Center, Los Angeles, California, Utilization Review

**B.**    <u>Societies:</u>

European Dialysis and Transplantation Association, 1975
American Federation for Clinical Research, 1975
International Society for Nephrology, 1975
Israel Nephrology Society, 1975
American Society for Nephrology, 1976
American Society of Artificial Internal Organs, 1978
American College of Emergency Medicine, 1979
American Society of Bone and Mineral Metabolism, 1979
Western Society for Clinical Investigation, 1980
American Physiological Society, 1981
American Endocrine Society, 1981
Biophysical Society, 1982
Biochemical Society, 1982
American Chemical Society, 1982
American College of Nutrition, 1983
American Society of Neuroscience, 1984
American Society of Experimental Biology & Medicine, 1984
American Society for Renal Biochemistry, 1984
International Society for Alcohol Research, 1984
American Society of Parenteral and Enteral Nutrition, 1984
California Society of Industrial Medicine & Surgery, 1985
American Society of Industrial Medicine, 1985
Society of Toxicology - Southern California Chapter, 1986
American College of Occupational & Environmental Medicine,1992
American Association for the Advancement of Science, 1993
American College of Toxicology, 1993
American Academy of Environmental Medicine, 1993
American Board of Forensic Examiners, 1994
American College of Legal Medicine, 1994
American College of Physicians, 1994
International Society for Environmental Epidemiology, 1994
American College of Physician's Executives, 1995
Council of Fellows of the Collegium Ramazzini, 1995
International Society for the Study of Xenobiotics, 1996
Society of Toxicology, 1996
Society of Toxicology, Neurotoxicology Specialty Section, 1996
Society of Toxicology, Immunotoxicology Specialty Section, 1996
Renal Physicians Association, 1996
American Academy of Experts in Traumatic Stress, 1997
American Academy of Preventive Medicine
Environmental Assessment Association, 1997
American Academy of Disability Evaluating Physicians, 1998
British Toxicology Society, 1998
Environmental Assessment Association, 1998
Society of Toxicology, Risk Assessment  Specialty Section, 1999
California Society of Industrial Medicine and Surgery, Board of Directors, 2001
California Society of Industrial Medicine and Surgery, Member, Education Committee,
2001

**C.** **Awards and Fellowships:**

M.D. Thesis, "Prize for Excellence," Hadassah Medical School, Jerusalem, Israel,1970.
Fellow in Nephrology, V.A. Wadsworth Medical Center, J.W. Coburn, M.D., Los
Angeles, California, October, 1975 to September 1977.

"Prize for Excellence", American Student Medical Association, Western Branch:
Meritorious research paper, Carmel, California, 1977.

Traveling Scholarship, American Society of Nephrology, 1978.

Cedars-Sinai Hypertension Research Clinic, U.C.L.A., July 1976 to February 1977.

Award for "Outstanding Organization of the 2nd International Congress on Myocardial
and Cellular Bioenergetics," 1984, U.S.C.

Award for Excellence in Teaching and Community Involvement, The City of Los
Angeles Council, December 1984.

Award for Voluntary Work for the Hispanic Community, Los Angeles, City of L.A.,
Councilman A. Schneider, 9/85.

Award for 15 Years of Service, Queen of Angels/Hollywood Presbyterian Medical
Center, 12/95.

Fellow of the Collegium Ramazzini, 1995 to present

Fellow of the American College of Physicians, 1998

Resolution of Appreciation, Santa Clara Valley Water District, 09/07/99

Certificate of Recognition, California State Senate, Senator Richard G. Polanco, 09/21/99

Resolution Relative to Commending, Senator Richard J. Mountjoy, 29th Senatorial
District, 11/15/00

**Address and Telephone:**

Business:     6200 Wilshire Boulevard, Suite #1000
              Los Angeles, California 90048
              TL:(323) 634-6500 • Fax: (323) 634-6501
              E-Mail: brautbar@aol.com
              Web Site: www.environmentaldiseases.com


California License Number:        A-30713
Board of Internal Medicine:       Diplomate in Internal Medicine, January 1979
Board of Nephrology:              Diplomate in Nephrology, June 1980
Board of Forensic Examiners:      Diplomate in Forensic Medicine, January 1996
Citizenship:                      American, Naturalized, July 1980

**D.**   **Specific Teaching Responsibilities:** (Past and Present)
Internal Medicine Weekly Seminars for House Staff, 1974 1975, Hadassah, Jerusalem, Israel.
Lectures in Physical Examination and Diagnostics for Medical Students: U.C.L.A., 1977 -1978.
Lectures and Seminars in Renal Physiology to Residents, U.C.L.A., 1977-1978.
Mechanism of Diseases, U.S.C., Medical School, 1978-1987.
Pathophysiology Course, U.S.C., Medical School, 1978-1987.
Student Ward Attending, U.S.C., Medical School, 1978-1987.
Attending on Nephrology Ward, U.S.C., Medical School, 1978-1987.
Attending on Medicine Ward, U.S.C., Medical School, 1978-present
Residents Seminars in Nephrology, U.S.C. Medical School,          1978-1987.
Senior Advisor, Ph.D. Program, Department of Pharmacology, U.S.C., Medical School, 1978-1987.
Department of Medicine - Attending in Internal Medicine 1-2 Months Per Year. Direct Daily Teaching To Residents, Interns, and Students. University of Southern California, School of Medicine, Department of Medicine 1978-Present.

**E.**   **Medical Scientific Committees:** (Past and Present)
Assistant Chief Hemodialysis Unit, Wadsworth, V.A. Hospital and U.C.L.A., June 1977-June 1978, Center, January 1980-1983.
Director, Renal Research Laboratory, U.S.C./L.A.C. Medical Center, January 1980-1983.
Advisor to the Scientific Council, Kidney Foundation of Southern California.
Chairman, Nephrology Section, Hollywood Presbyterian Medical Center, Los Angeles, California.
Member, Research Committee, Kidney Foundation of Southern California, August 1979.
Chairman, Public Relations Committee, Kidney Foundation of Southern California, August, 1980.
Member, Research Committee, Kidney Foundation of Southern California, 1983.
Chairman, Research Council, Kidney Foundation of Southern California, 1983.
Chairman, Annual Scientific Symposium, Kidney Foundation of Southern California.
Chairman, Organizing Committee 2nd International Congress on Myocardial and Cellular Bioenergetics, 1984.
Member, Organizing Committee and Vice Chairman, Program Committee, American Society for Magnesium Research, Los Angeles, 1985.
Director, Center for Internal Occupational and Toxicological Medicine, March, 1986.
Director, Osteoporosis Center, March, 1986.
Chairman, Department of Medicine, Hollywood Presbyterian Medical Center, 1985-1987.
Chairman, Utilization Review Committee, Hollywood Presbyterian Medical Center, 1987-1989.
Member, Quality Utilization Council, Queen of Angels Medical Center, 1996.
Member, Medical Records Committee, Queen of Angels Medical Center, 1996.
Chairman, Subacute Care Committee SNF, Queen of Angels Medical Center, 1996.
Member, Clinical Nutrition Committee, Queen of Angels Medical Center, 1996.
Member, Executive Committee, California Society of Industrial Medicine and Surgery
Chairman Task Force Environmental Health, City of Los Angeles, City Attorney.
Chairman, Skilled Nursing Services, Queen of Angels Medical Center, 1996
Chairman, Allied Services Committee, Queen of Angels Medical Center, 1997

Vice-Chairman, Dept of Medicine, Queen of Angels Medical Center,1999, 2000, 2001
Chairman, Pharmacy & Therapeutics Committee, Queen of Angels Medical Center, 1999, 2000
Member, CSIMS Education Committee, California Society of Industrial Medicine & Surgery, 2000
Chairman, Panel Discussion, New York Academy of Sciences.  Carcinogenesis Bioassays and Protecting Public Health:  Commemorating the Lifework of Cesare Maltoni.  April , 2002.

**F.**     **Grants:**
Recipient of a Kidney Foundation Fellowship Grant, 1977

Recipient of an American Heart Association, Clinical Investigation Grant, 1980

Recipient of an NIH Grant, $240,000 for Investigation Into Myopathy of Phosphate Depletion, 1985-1987.

**G.**     **Editorial Boards, Consultants & Peer Review:** (Past and Present)
Editorial Board, Journal of Clean Technology and Environmental Sciences.
Editor-in-Chief, International Journal of Occupational Medicine and Toxicology.
Assistant Editor to Mineral and Electrolyte Metabolism.
Consultant to the Editor of Archives of Internal Medicine.
Consultant to the Editor of Biochemical Medicine.
Consultant to the Editor of Kidney International.
Consultant to the Editor of Journal of Clinical Investigation.
Editorial Board, Biochemical Medicine.
Editorial Board, Nephron.
Consultant to the Journal of Clinical Investigation.
Consultant to Kidney International.
Assistant Editor, American Journal of Nephrology.
Consultant to "Magnesium", Journal of the American Society for Magnesium Research.
Consultant to the Journal of the American College of Nutrition.
Consultant to the American Journal of Physiology.
Consultant to the Editor of Renal Physiology.
Consultant to the Editor of Advances of Modern Environmental Toxicology.
Editorial Board, Toxicology and Industrial Health.
Consultant to the Archives of Environmental Health
Consultant to the Journal of Exposure Analysis
Consultant for the Life Sciences Research Office, Federation of American Society for
        Experimental Biology
Consultant for the Scientific Advisory Committee and Study Section, American Heart Association, Los Angeles, California.
Editor-in-Chief, Journal of Clean Technology, Environmental Toxicology, and Occupational Medicine.
Coeditor, Toxicology and Industrial Health
Peer Reviewer, Department of Health & Human Services/ATSDR, A Follow-Up Investigation of the Stability and Predictive Value of Kidney Biomarkers Among Participants in Three Earlier ATSDR Health Investigations, 2000

Peer Reviewer, Federal Judicial Center, Reference Manual on Scientific Evidence, Second Edition, 2000
Peer Reviewer, Eastern Research Group/ATSDR, Malathion Chemical Technical Summary for Public Health and Public Safety Professionals, 2000
Editorial Board, International Journal of Occupational medicine and Environmental Health

## Publications:

1.    Better, O.S., N. Brautbar, S. Branstater, et al. Obstruction of the Inferior Vena Cava. Harefuah (Journal of the Israel Society of Medicine) 73:83-5, 1967.

2.    Brautbar, N., Lead Poisoning in a Family of Immigrants from Iran. Department of Public Health, Israel, 1967.

3.    Better, O.S., J. Garty, N. Brautbar, D. Barzilai. Diminished Functional Parathyroid Reserve Following 131 Treatment For Hyperthyroidism. Isr J Med Sci 5:419-22, 1969.

4.    Litwin, Y., N. Brautbar. Granulomatous Liver Disease, Induced by Quinidine. Harefuah (Journal of the Israeli Society of Medicine) 89:474-5, 1975.

5.    Berl, T., N. Brautbar, M. Ben-David, W. Czazkes, C.R. Kleeman. Osmotic Control of Prolactin Release And Its Effect On Renal Water Excretion In Man. Kidney International 10:158-83, 1976.

6.    Brautbar, N., M. Ben-David. Osmotic Regulation Of Prolactin And Renal Handling Of Water. A Review. Harefuah (Journal of the Israeli Society of Medicine) 91:97-8, 1976.

7.    Brufman, D., M. Brazis, N. Brautbar, R. Fink. Treatment of Primary Hepatocellular Carcinoma with Adriamycin. Harefuah (Journal of the Israeli Society of Medicine) 90:381-2, 1976.

8.    Brautbar, N., J. Rosler, J. Levi, et al. Familial Hyperkalemia and Hyporeninemia, A Distal Tubular Defect in Potassium Secretion. Clin Res 24:125, 1976.

9.    Berl, T., N. Brautbar, W. Chazkes, et al. Osmotic Control of Prolactin Release and the Effect of the Hormone on Renal Excretion of Water in Man. Clin Res 25:98, 1976.

10.   Brautbar, N., M. Walling, J.W. Coburn. Effects of Vitamin D and 1,25 (OH) 2d3 on Tissue and Serum P in Phosphate Depletion. Amer Soc Nephrol, 1976.

      Brautbar, N., M. Yaron, J.W. Coburn. Interactions Between Parathyroid Hormone and 1,25 (OH) 2 Vitamin D3 on Renal     Handling of Phosphate in the Dog. Clin Res 25:136A.

12.   Walling, M., N. Brautbar, J.W. Coburn. Effects of Phosphate Depletion on Active Transport of Phosphate by Rat Jejunum. Amer Soc Nephrol, 1976.

13. Brautbar, N., D.B.N. Lee, H. Carlson, et al. Experimental Phosphorus Depletion (PD): Attenuation of Biochemical Changes in Hypophysectomized Rats. Clin Res 25:165A.

14. Brautbar, N., Y. Litwin. Salt Wasting, Normokalemia, Elevated Plasma Renin Activity, and Normal Aldosterone: A Genetic Abnormality in Salt Conservation, Harefuah 91:182-4, 1977.

15. Sowers, J.R., H.E. Carlson, N. Brautbar, J.M. Hershman. Effect of Dexamethasone on Prolactin and TSH Response to TRH and Metaclopramide in Man. J Clin Endocrinol Metabol 44:237-41, 1977.

16. Brautbar, N. The Brain and Renal Hemostasis of Sodium. Harefuah, Journal of the Israeli Medical Association 92:34-5, 1977.

17. Brautbar, N., C.R. Kleeman. Vitamin D and Renal Handling of Calcium and Phosphorus, Harefuah 92:278-9, 1977.

18. Diengott, D., A. Spindel, N. Brautbar, F. Dreyfuss. A Radioisotope Test For Diagnosis of Deep Vein Thrombosis Of the Legs. Harefuah. Journal of the Israeli Medical Association. 13:414-18, 1977.

19. Brautbar, N., R. Luboshitzky. Combined Calcitonin and Oral Phosphate Treatment for Hypercalcemia in Multiple Myeloma. Arch Int Med 137:914-16, 1977.

20. Linvi, N., A. Behar, N. Brautbar. Ultrastructure of Hepatocellular Carcinoma in Cirrhotic Liver, Isr J Med Sci 13:590-9, 1977.

21 Brautbar, N., J. Lerman, J.W. Czaczkes, E. Rosenmann. Renal Failure and Interstitial Nephritis Due To Trichloroethylene Anesthesia and High Dose Penicillin. Isr J Med Sci 13:604-8, 1977.

22. Spitz, L.M., H. Landau, U. Almaliach, E. Rosen, N. Brautbar, A. Russel. Diminished Prolactin Reserve: A Case Report. J Clin Endocrinol Metabol 45:415-18, 1977.

23. Brautbar, N., M. Ben David. Adrenogenital Syndrome (11-Hydroxylase Deficiency) with Hyperprolactinemia. Reversal by Glucorticoid Administration. Arch Int Med 137:1608-9, 1977.

24. Lee, D.B.N., N. Brautbar, H. Carlson, C. Golvein, J.W. Coburn, C.R. Kleeman. The Biochemical Indices of Experimental Phosphorus Depletion. A re-examination of Their Physiological implications, 3rd Int'l. Congress on Phosphate and Other Minerals, Madrid, July 12, 1977.

25. Brautbar, N., B. Levine, J.W. Coburn, C.R. Kleeman. Somatostatin and the Renal Handling of Divalent Ions and Water. Amer Soc Nephrol Washington, D.C., 1977.

26. Lee, D.B.N., N. Brautbar, V. Walling, V. Sillis, J.W. Coburn, C.R. Kleeman. Experimental Phosphate Depletion in Young Rats: Evidence Against Intestinal Calcium Hyperabsorption. Amer Soc Nephrol, Washington, D.C. 1977.

27.  Lee, D.B.N., N. Brautbar, R. Grindland, H. Carlson,  J.W. Coburn, C.R. Kleeman. Experimental Phosphorus Depleotion and Growth Hormone Metabolism.  Amer Soc Nephrol, Washington, D.C., 1977.

28.  Brautbar, N., J. Shinaberger, J. Miller, P. Gardner.  Hemodialysis Pulmonary Dysfunction Syndrome: Dissociation Between the Cuprophane Membrane and Dialysis Solution.  Clin Res, 1977.

29.  Walling, N.W., N. Brautbar, J.W. Coburn. Jejunal Phosphate Active Transport.  Effects of Phosphorus Depletion and Vitamin D.  Federation Proceedings, 61st Annual Meeting, Chicago, 1977.

30.  Brautbar, N., J. Shinaberger, P. Gardner, J. Miller. Hemodialysis Pulmonary Dysfunction (studies with pure hemofiltration): Hypoxemia Induced by Dialysate Solution.  Phys, Boston, 1977.

31.  Brautbar, N., D.B.N. Lee, J.W. Coburn, C.R. Kleeman. Phosphate Depletion Without Hypophosphatemia: The Gut as a Sensor Organ.  7th Annual Meeting, Int'l.  Society of Nephrology, Canada, 1978.

32.  Brautbar, N., J. Shinaberger, J. Miller, P. Gardner.  Hemodialysis Induced Hypoxemia: Role of Dialysis Solution. 7th Annual Meeting, International Society of Nephrology, Canada, 1978

33.  Levine, B., N. Brautbar, J.W. Coburn, C.R. Kleeman. Somatostatin and Renal Handling of Water, Possible Interaction with ADH.  Clin Res 1978.

34.  Brautbar, N., J. Shinaberger, J. Miller, P. Gardner.  Acid Base and Blood Gas Studies During Sequential Hemofiltration and Hemodialysis.  Clin Res 1978.

35.  Brautbar, N., D.B.N. Lee, J.W. Coburn, C.R. Kleeman.  Dietary Phosphate Restriction, Phosphate Depletion: Different Aspects of Intestinal Absorption of Calcium.  7th Annual Meeting, Int'l Soc Nephrol, Montreal, 1978.

36.  Lee, D.B.N., N. Brautbar, H. Carlson, J.W. Coburn, C.R. Kleeman.  The Inter-relationship Between Experimental Phoshate Depletion and Growth Hormone Metabolism.  7th Annual Meeting Int'l Soc Nephrol, Montreal, 1978.

37.  Shinaberger, J, Brautbar, N. Miller, J Winkler, S.        Clinical and Physiological Studies of Sequential Ultrafiltration-Diffusion Dialysis.Western Dialysis and Transplant Society, 1978.

38.  Brautbar, N., M.W. Walling, J.W. Coburn.  Role of Vitamin D in the Intestinal Adaptation in Phosphate Depletion.  Amer Soc of Nephrol, 1978.

39.  Brautbar, N., D.B.N. Lee, J.W. Coburn, C.R. Kleeman. Magnesium Hemostasis in Phosphate Depletion.  Role of Dietary Magnesium.  Amer Soc Nephrol, 1978.

40.   Brautbar, N., J. Levi, A. Rosler, E. Leitsedorf, M. Djaldeti, M. Epstein, C. Kleeman. Familial Hyperkalemia, Hypertension and Hyporeninemia with Normal Aldosterone Levels: A Distal Tubular Defect In Potassium Handling, Arch Int Med 138:607-10, 1978.

41.   Brautbar, N., C. Menz, M. Winston, J.H. Shinaberger. Retroperitoneal Bleeding in Hemodialysis Patients. A Cause for Morbidity and Mortality. J Amer Med Assoc 239:1530-31, 1978.

42.   Levine, B.S., N. Brautbar, J.W. Coburn.  Does Vitamin D Affect the Renal Handling of Calcium and Phosphorus? Mineral Metabolism 1:395-402, 1978.

43.   Shinaberger, J.H., N. Brautbar, J.H. Miller, P.W. Gardner. Successful Application of Sequential Hemofiltration Followed by Diffusion Dialysis with Standard Dialysis Equipment. J Amer Soc Artif Organs 24:677-81, 1978.

44.   Better, O.S., D. Barzilai, N. Brautbar, D. Barzilai.  Error In Estimation Of Parathyroid Function In The Old Age Group. Harefuah (Journal of the Israel Society of  Medicine) 76:460, 1979.

45.   Brautbar, N., D.B.N. Lee, J.W. Coburn, C.R. Kleeman.  Normophosphatemic Phosphate Depletion in Growing Rats. Amer J Physiol 236:E283-8, 1979.

46.   Brautbar, N., M.W. Walling, J.W. Coburn.  Interactions  Between Vitamin D Deficiency and Phosphate Depletion in the Rat.  J Clin Invest 63:335-41, 1979.

47.   Lee, D.B.N., Brautbar, N., J.W. Coburn, H. Carlson, M.W. Walling, C.R. Kleeman. Effect of Phosphorus Depletion on Intestinal Calcium and Phosphorus Absorption. Amer J Physiol 236:E451-8, 1979.

48.   Brautbar, N., B. Levine, J.W. Coburn, C.R. Kleeman. Interaction of Somatostatin with PTH and AVP: Renal Effects.  Amer J Physiol 237:E428-31, 1979.

49.   Brautbar, N., D.B.N. Lee, J.W. Coburn, C.R. Kleeman. Influence of Dietary Magnesium in Experimental Phosphate Depletion: Bone and Soft Tissue Mineral hanges.  Amer J Physiol 237:E152-7, 1979.

50.   Levine, B., D.B.N. Lee, M. Walling, N. Brautbar, C. Kleeman, J. Coburn.  Effects of 1,2 OH) 2D3 and 24,25 (OH) 2D3 Alone in Combination in Rats.  Clin Res 1979.

51.   Winkler, S., B. Levine, N. Brautbar, K. Kurokawa.  Studies on the Interaction Between Somatostatin and ADH on the Vitro Renal Tubular Cells. Clin Res 1979.

52.   Brautbar, N., D.B.N. Lee, J.W. Coburn, C.R. Kleeman.  Role of Magnesium Balance in the Development of the Biochemical Picture of Phosphate Depletion. Clin Res 1979.

53.   Brautbar, N., M. Walling, A. Montcalm, J.W. Coburn.  Role of Dietary Phosphorus in the Intestinal Adaptation and Response to Vitamin D in Phosphate Depletion.  4th Int'l Workshop on Vitamin D Metabolism, Berlin, 1979.

54.  Walling, M.W., B. Levine, N. Brautbar, J.W. Coburn.  Renal Cortical Alkaline Phosphatase Activity and Renal Retention During P Depletion in Vitamin D Deficient Rats. Amer Soc Nephrol, 1979.

55.  Brautbar, N., D.B.N. Lee, J.W. Coburn, A. Montcalm, C.R. Kleeman.  Role of Dietary Magnesium on Soft Tissue and Bone Mineral Changes in Phosphate Depletion.  Clin Res, 1979.

56.  Meyer, W.A., N. Brautbar, A. Montcalm, S.G. Massry. Interaction Between Phosphate Depletion and Thiazide on Urinary Calcium.  Clin Res, 1979.

57.  Lee, D.B.N., B. Levine, M. Walling, N. Brautbar, R. Lessman, V. Sillis, J.W. Coburn. Role of 1,25 (OH) 2D3 in Homeostasis of Serum Phosphorus.  Clin Res, 1979.

     Moser, S., N. Brautbar, V. Gura, S.G. Massry.  Mechanism of the Hypophosphaturia of Dietary Phosphate Deprivation. Clin Res 465A, 1980.

59.  Brautbar, N., S. Moser, P. Finander, A. Montcalm, S.G. Massry.  Biochemical Changes in the Myocardium During Experimental Phosphate Depletion. Clin Res 386A, 1980.

60.  Leiboviei, H., N. Brautbar, P. Finander, S.G. Massry. Mechanism of Hypophosphatemia During Acute Hyperventilation. 13th Annual Meeting, Amer Soc Nephrol 2A, 1980.

     Brautbar, N., S. Moser, P. Finander, S.G. Massry.  Effects of Phosphate Depletion on Cell Membrane Phospholipids and Lucose Pathways in the Kidney, Liver and Skeletal Muscle. 13th Annual Meeting.  Amer Soc Nephrol 6A, 1980.

62.  Meyer, W.A., N. Brautbar, S. Moser, A. Montcalm, S.     Massry. Effect of Thiazide on the Hypercalciuria of Phosphate Depletion.  J Lab Clin Med 96:830-7, 1980.

63.  Lee, D.B.N., N. Brautbar, N. Walling, V. Silis, H. Carlson, R. Grindcland, J.W. Coburn, C.R. Kleeman.  Role of Growth and Growth Hormone in Experimental Phosphorus Deprivation in the Rat.  Calc Tiss Int'l 32:105-12, 1980.

64.  Brautbar, N., J. Sinaberger, J. Miller, M. Nachman. Hemodialysis Hypoxemia. Evaluation of Mechanisms Utilizing Sequential Ultrafiltration-Dialysis.Nephron 26:96-9, 1980.

65.  Levine, B., N. Brautbar, M.W. Walling, D.B.N. Lee, and J.W. Coburn.  The Effects of Vitamin D and Diet Magnesium on Magnesium Metabolism.  Amer J Physiol 239(6):E515-23, 1980.

66.  Massry, SG, N. Brautbar.  The Interrelationship Between Phosphate and Magnesium Metabolism. Adv Exper Med Biol, 1980, 128:51-66.

67.  Moser, S., N. Brautbar, V. Gura, C.R. Kleeman, S.G. Massry. On the Mechanism of Hypophosphaturia of Acute and Chronic Dietary Phosphate Restriction.  Min Elect Metabol 5:39-48, 1981.

68.  Brautbar, N., D.B.N. Lee, J.W. Coburn, C.R. Kleeman.  Soft Tissue and Bone Mineral Changes in Experimental Phosphate Depletion: The Role of Growth and Growth Hormone. Min Elect Metabol 5:304-10, 1981.

69.  Brautbar, N., B. Levine, M.W. Walling, J.W. Coburn. Intestinal Absorption of Calcium. Role of Dietary Phosphate and Vitamin D. Amer J Physiol 241:G49-53, 1981.

70.  Kraut, J., U. Gafter, N. Brautbar, J. Miller, J.Shinaherger. Prevention of Hypoxemia During Dialysis by By The Use Of Sequential Isolated Ultrafiltration- Diffusion Dialysis with Bicarbonate Buffer.       Clin Nephrol 15:181-4, 1981.

71.  Saglikes, Y., V. Campese, N. Brautbar, R. Barndt, S.G.Massry.  Hemodynamic Effect of Phosphate Depletion. 5th Int'l. Workshop on Phosphate and Other Minerals, 1981.

72.  Brautbar, N., H. Leibovici, P. Finander, S.G. Massry. Mechanism for the Hypophosphatemia of Acute Hyperventilation. 5th Int'l. Workshop on Phosphate and Other Minerals, 1981.

73.  Brautbar, N., S. Moser, S.G. Massry. Effects of Phosphate  Depletion on Cell Membrane Phospholipid and Glucose Pathway in Kidney and Liver.  Amer Soc Nephrol 125A, 1981.

74.  Brautbar, N., C. Carpenter, P. Geiger, A. Konforti, S.G. Massry.  Evidence for Impairment in Energy Transport Via the Creatine Phosphate Shuttle in the Myocardium of the Phosphate Depleted Rat. Clin Res, 1981.

75.  Baczynski, R., N. Brautbar, C. Carpenter, S.G. Massry. Effects of Parathyroid Hormone on Energy Metabolism of the Heart. 14th Annual Meeting of the Amer Soc Nephrol 1A, Washington, D.C., 1981.

76.  Doherty, C., P. LaBelle, N. Brautbar, D. Moyer, S.G. Massry. Effect of Intact Parathyroid Hormone and its Fragment on Human Polymorpho-Nuclear Leukocytes. Clin Res, 1982.

77.  Brautbar, N., C. Carpenter, R. Baczynski, R. Kohan, S.G. Massry.  The Effects of Phosphate Depletion on Energetics    of Skeletal Muscle. Clin Res 100A, 1982.

78.  Brautbar, N., C. Carpenter, R. Baczynski, R., Kohan, S.G. Massry.  Evidence for Impaired Energy Transport in Skeletal Muscle During Phosphate Depletion. Fed Proc 1982.

79.  Brautbar, N., R. Baczynski, R. Kohan, S.G. Massry.  Effects of Parathyroid Hormone on Skeletal Muscle Energy Production, Transport and Utilization.  Amer Soc Nephrol 1982.

80.  Massry, S.G., C. Doherty, P. Kimball, D. Moyer, N. Brautbar. Effects of Intact Parathyroid and its Amino-terminal Fragments on Human Polymorphonuclear Leukocytes:  Implications in Uremia. Amer Soc Nephrol 11A, 1982.

81  Campese, V., Y. Saglikes, N. Brautbar, R. Brandt, S.G. Massry.  Effects of Phosphate Depletion on Blood  Pressure. Amer Soc Nephrol 4A, 1982.

82.     Brautbar, N., R. Baczynski, C. Carpenter, S. Moser, P. Geiger, P. Finander, S.G. Massry. Impaired Metabolism In Rat Myocardium During Phosphate Depletion. Amer Jour Physiol 242:F699-704, 1982.

83.     Yoshina, M., R. Amerian, N. Brautbar.  Hyperalonemia Hypoaldosteronism In Sickle Cell Disease.  Nephron 31:242-4, 1982.

84.     Brautbar, N.  The Myopathy of Uremia.  Aspects of Energy Metabolism.  Int'l. Congress of  Nutrition in Uremia, Marseilles, 1982.

85.     Brautbar, N.  The Skeletal Myopathy of Phosphate Depletion.  Int'l. Congress on Phosphate and other Minerals, Verona., 1983.

86.     Brautbar, N., J. Tabernero-Romo, J. Coats, S.G. Massry. Impaired Fatty Acid Oxidation and Phospholipid Biosynthesis in the Myocardium During Phosphate Depletion. Clin Res 381A, 1983.

87.     Brautbar, N., J. Chakraborty, J. Coats, S.G. Massry.  Effects of PTH and Calcium on Phospholipid Turnover of Human Red Blood Cells.  Amer Soc Nephrol 3A, 1983.

        Brautbar, N., J. Coats, S.G. Massry.  Impaired Lipid Metabolism in Phosphate Depletion. Clin Res 1983.

89.     Brautbar, N., H. Leiboviei, S.G. Massry.  On The Mechanism Of Hypophosphatemia During Acute Hyperventilation: Evidence For Increased Muscle Glycolysis.  Min Elect Metabol 9:45-50, 1983.

90.     Brautbar, N., C. Carpenter, R. Bacynski, R. Kohan, S.G.  Massry. Impaired Energy Metabolism In Skeletal Muscle During Phosphate Depletion. Kid Int 24:53-8, 1983.

        Brautbar, N., P. Geiger.  Application Chromatography To The Analysis Of Phosphate Compounds In Small Biopsy Tissue Samples In Different Experimental Conditions. Biochem Med 291:364-71, 1983.

92.     Brautbar, N.  Skeletal Myopathy In Uremia: Abnormal Energy Metabolism.  Kid Int. 24:supl. 16:581-6, 1984.

93.     Brautbar, N., J. Tabernero-Romo, J. Coats, S.G. Massry. Impaired Myocardial Lipid Metabolism In Phosphate Depletion. Kid Int. 26:18-23, 1984.

94.     Brautbar, N., H. Gruber.  Metabolic Bone Disease And The Elderly  Nephron, 381:76-86, 1984.

95.     Brautbar, M., C. Carpenter.  Skeletal Myopathy and Magnesium Depletion:  Cellular Mechanisms.  Magnesium, 1984, 3(2):57-62.

96.     Zawada, E., N. Brautbar.  The Possible Role Of Magnesium In  Hypercalcemic Hypertension. Magnesium 3(3):132-7, 1984.

97.    Brautbar, N., J. Coats.  Rapid Separation And Quantitation Of Cell Membrane In Skeletal
Muscle Phospholipids By HPLC And Automatic Phosphorus Analysis.  Liquid
Chromatology 2:690-4, 1984.

98.    Brautbar, N., C. Carpenter, S.G. Massry.  Effects of Phosphate Depletion on Liver
Phospholipid and  Carbohydrate Metabolism.  Clin Res 1984.

99.    Brautbar, N., C. Carpenter, S.G. Massry.  Impaired Liver Carbohydrate and Phospholipid
Metabolism During Experimental phosphate Depletion.  Intl Soc Nephrol  1984.

       Brautbar, N., M. Maggott, S.G. Massry. Effects of Magnesium Depletion on Myocardial
Bioenergetics Phospholipid.  Intl Soc Nephrol 1984.

101    Brautbar, N., M. Maggott, S. Heanton, J. Lawson, S.G. Massry.  Magnesium Depletion:
Myocardial and Cellular Bioenergetics and Phospholipid Metabolism.  Transact Biochem
Soc 1984.

102.   Brautbar, N., M. Maggott, K. Anderson, A. Tran, S.G. Massry. Effects of Dietary
Magnesium Restriction, Hypomagnesemia and Magnesium Depletion on Myocardial
Oxidative Phosphorylation.  57th Annual Scientific Meeting of the American Heart
Association, 1984.

103.   Brautbar, N. Effects of Dietary Phosphate Deprivation on Liver Intermediary
Metabolism. American College of Nutrition, 1984.

       Savabi, F., V. Gura, S. Bessman, N. Brautbar.  Effects of Magnesium Depletion on
Myocardial Adenine Nucleotide and Contractility.  American College of Nutrition, 1984.

       Saglikes, Y., S.G. Massry, K. Iseki, N. Brautbar, R. Barndt, L. Brunton, I. Buxton.  Effect
of Phosphate Depletion On Blood Pressure and Vascular Reactivity to Norepinephrine
and Angiotensin In The Rat.  Amer Jour Physio 248:F93-9, 1985.

106.   Baczynski, R., S.G. Massry, R. Kohan, M. Magott, N. Brautbar. Effect of Parathyroid
Hormone On Myocardial Energy Metabolism in the Rat. Kid Int 27:718-25, 1985.

107.   Zawada, E.T., N. Brautbar.  Calcium Supplement Therapy of  Hypertension -- Has the
Time Come?  Nephron, 1985, 41(2):129-31.

       Brautbar, N., R. Baczynski, R. Kohan, S.G. Massry.  Effects Of Parathyroid Hormone On
Skeletal Muscle Energy Transport And Utilization.  Kid Int, 28:L722-7, 1985.

109.   Brautbar, N., J. Coats, S.G. Massry.  Effects Of Parathyroid Hormone On Red Blood Cell
Phospholipid Metabolism.  Min Elect Metab, 11:111-16, 1985.

 10.   Brautbar, N., K. Anderson, M. Maggott, A. Tran, S.G. Massry. Effects of Magnesium
Depletion on Skeletal Muscle Bioenergetics.  FASEB, 1985.

11  Brautbar, N. Diagnosis, Prevention and Treatment of Osteoporosis. Hollywood Academy of Medicine, 1985.

Baczynski, R., S.G. Massry, M. Magott, S. El-Bellbasi, R. Kohan, N. Brautbar. Effects of Parathyroid Hormone        on Energy Metabolism of Skeletal Muscle. Kid Int 28:722-28, 1985.

Lee, D., M. Walling, N. Brautbar. Intestinal Phosphate Absorption: Influence Of Vitamin D And Non-Vitamin D Factors. Amer Jour Physiol 250:G369-73, 1986.

Brautbar, N., H. Gruber. Magnesium and Bone Disease. Nephron 44:1-7, 1986.

Brautbar, N. Osteoporosis And The Role Of 1,25 (OH)2 Vitamin D. Nephron, 1986.

Savabi, F., S. Bessman, V. Gura, N. Brautbar. Magnesium Depletion on Myocardial High Energy Phosphates and Contractility. Biochem Med Metab Biol, 39:131-9, 1986.

117  Brautbar, N., Altura, B.M., Phosphate and Magnesium Abnormalitis in Alcoholism, Alcholism: Clin. and Exp. Res. 11:118-126, 1987.

Brautbar, N., B. Altura. The Role Of Magnesium And Phosphate Depletion In Alcoholic Cardiomyopathy. Alcoholism. Alcohol Clin Exper Resear 11(2):118-26, 1987.

Savabi, F., V. Gura, S. Bessman, N. Brautbar. Effects Of Magnesium Depletion On Myocardial High-Energy Phosphates and Contractility. Biochem Med Metab Biol, 39:131-9, 1988.

120.  Doherty, C., P. LaBelle, J. Collins, N. Brautbar, S.G. Massry. Effects Of Parathyroid Hormone On Random Migration Of Human Polymorphonuclear Leukocytes, Am J Nephrol, 8:212-19, 1988.

Roy, A.T, L.E. Johnson, D.B.N. Lee, N. Brautbar, J.E. Morley. UCLA Grand Rounds: Renal Failure in the Elderly. J Am Geri Soc 38:239-53, 1990.

Hardrick, L.L., M.R. Jones, N. Brautbar, D.B.N. Lee. The Site and the Mechanism of Intestinal Magnesium Absorption. Min Electro Metab 16:174-80, 1990.

123.  Hardrick, L.L., M.R. Jones, N. Brautbar, D.B.N. Lee. Magnesium Absorption: Mechanisms and the Influence of Vitamin D, Calcium and Phosphate. J Nutrition 121:13-21, 1991.

Roy, A.T, N. Brautbar, D. Lee. Hydrocarbons and Renal Failure. Nephron, 58:385-92, 1991.

125.  Nakoul, F., L. Kayne, N. Brautbar, M. Hu, A. McDonough, P. Eggena, M. Golub, M. Berger, C. Chang, N. Jamgotchian, D. Lee. Rapid Hypertensinogenic Effect of Lead: Studies in the Spontaneously Hypertensive Rat.Tox Ind Health, 8(1/2):89-102, 1992.

Niu, P.C., M. Roberts, B. Tabibian, N. Brautbar, D.B.N. Lee. How can the care of elderly dialysis patients be improved? Seminars in Dialysis 5(1):31-3, 1992.

Brautbar, N., A. Vojdani, A. Campbell.  Silicone Implants and Systemic Immunological Disease:  Review of the Literature and Preliminary Results.  Tox Ind Health, 8(5):231-7, 1992.

Vojdani, A., M. Ghoneum, N. Brautbar.  Immune Alteration Associated with Exposure to Toxic Chemicals. Tox Ind Health, 8(5):239-54, 1992.

129.  Brautbar, N., A. Vojdani.  Multiple Chemical Sensitivities - Facts or Myth.  Tox Ind Health, 8:6 V-XIII, 1992.

130.  Vojdani, A., A. Campbell, N. Brautbar.  Immune Functional Abnormalities in Patients with Clinical Abnormalities and Silicone Breast Implants.  Tox Ind Health, 8:415-426, 1992.

131  Vojdani, A., A. Campbell, N. Brautbar.  Immune Functional Abnormalities of Patients with Silicone Breast Implants.  Society of Toxicology Meeting, 11/92.

132.  Brautbar, N., A. Vojdani, A. Campbell.  Effects of Industrial Solvents on Immune Functions. Society of Toxicology Meeting, 11/92.

133.  Lee, D.B.N., A. Campbell, N. Brautbar.  Abstract.  Uremic Anemia and Mits Reversal By Renal Transplantation:  New Insights and New Questions.  Proceedings of the 5th Asian Pacific Congress of Nephrology, New Dehli, India, 12/9-13/92.

134.  Lee, D.B.N., A. Campbell, N. Brautbar.  Erythropoietin and the Renin-Angiotensin Axis:  The Revival of An Old Association.  Presented, Proceedings of the 5th Asian Pacific Congress of Nephrology, New Dehli, India, 12/9-13/92.

135.  Brautbar, N., A. Vojdani, A. Campbell.  Toxic Solvents: Mechanism of Human Immune System Damages.  International Congress on the Health Effects of Hazardous Waste, Atlanta, Georgia, 5/3-6/93.

136.  Vojdani, A., N. Brautbar, A. Campbell.  Abstract, Immune Functional Abnormalities and Autoimmunity in Patients With Silicone Breast Implants.  Joint Meeting of the American Association of Immunologists and the Clinical Immunology Society, Denver, Colorado, 5/21-25/93.

137.  Brautbar, N., A. Vojdani, A. Campbell.  Immunological and Lymphocyte Subset Abnormalities in Patients With Silicone Breast Implants. Twenty-Eighth Annual Meeting of the American Academy of Environmental Medicine, 10/9-12/93.

138.  Brautbar, N., A. Vojdani, A. Campbell.  Industrial Solvents: Immunological and Neurological Abnormalities. 1994 Annual Meeting of the American Association for the Advancement of Science, 2/94.

Vojdani, A., N. Brautbar, A. Campbell.  Antibody To Silicone  and Native Macromolecules in Women With Silicone Breast Implants.  Immunopharm Immunotox 16(4), 1994.

Brautbar, N., A. Vojdani, A. Campbell.  Silicone Breast  Implants and Autoimmunity, Causation or Myth?  Arch Environ Health 49(3):151-53, 1994.

141   Vojdani, A., N. Brautbar, A. Campbell.  Immunologic and Biologic Markers for Silicone. Tox Ind Health, 10:25-42, 1994.

Vojdani, A., N. Brautbar, A. Campbell.  Laboratory Tests in Aid for Diagnosis of Silicone Induced Immunological Disorders.  Inter J of Occu Med Tox 3:1-19, 1994.

Brautbar, N., A. Vojdani, A. Campbell.  Industrial Exposure To Solvents and Immune System Dysfunction.  Hazardous Waste and Public Health:International Congress on the Health Effects of Hazardous Waste.  Sec 4, Chap 8:556-65, 1994.

Campbell, A., N. Brautbar, A. Vojdani.  Reversal of Silicone Induced Reduction in Natural Killer Cell Activity After Silicone Breast Implant Explantation. Tox Ind Health 10(3):149-54, 1994.

Gruber, H., S.G. Massry, N. Brautbar.  Effect of Relatively Long-Term Hypomagnesemia on the Chondro-Osseous Features of the Rat Vertebrae.  Min Electro Metab 20:282-6, 1994.

146.   Brautbar, N., A. Campbell.  Silicone Breast Implants and Immunogenic Dysfunction. Breast Diseases: A Yearbook Quarterly 5(4):21-3, 1995.

Brautbar, N.  Direct Effects of Nicotine on the Brain:Evidence for Chemical Addiction. Arch Envir Health 50(4):263-66, 1995.

Brautbar, N., A. Campbell, A. Vojdani. Silicone Breast Implants and Autoimmunity: Causation, Association or Myth? J Biomater Sci:Polymer Edition, 7(2):133-45, 1995.

149.   Campbell, A., N. Brautbar.  Norplant:Systemic Immunological Complications-Case Report.  Tox Ind Health 11(1):41-7, 1995.

Brautbar, N., A. Campbell.  Silicone Implants and Immune Dysfunction: Scientific Evidence for Causation.  Inter J Occup Med Tox 4(1):3-14, 6/95.

Brautbar, N., A. Campbell.  Silicone is a Potential Carcinogen. Inter J Occup Med Tox 4(1):71-4, 6/95.

152.   Brautbar, N., A. Campbell.  Special Editorial:  Is There Treatment For Silicone Toxicity? Inter J Occup Med Tox 4(1):15-24, 6/95.

153.   Brautbar, N.  Editorial:  Silicone Toxicity as a Result of Silicone Implants.  Inter J Occup Medox 4(1):1-2, 6/95.

Vojdani, A., A. Campbell, R. Karjoo, N. Brautbar. Neuroimmunologic Evaluation of Patients With Silicone Implants.  Inter J Occup Med Tox 4(1):25-62, 6/95.

Campbell, A., N. Brautbar.  Silicone Breast Implant Recipients and Autoimmune Endocrinopathy.  Inter J Occup Med Tox 4(1):75-78, 6/95.

156.  Vojdani, A., N. Brautbar. Immunologic Analyses of Blood Samples From Workers Exposed to Methyl Tertiary-Butyl Ether in Service Stations. Sixteenth Annual Meeting of the American College of Toxicology, 8/95.

157.  Jones, K., N. Brautbar. Toxicity to the Lung in Patients with Prolonged Exposure to Organic Solvents.  Thirty-Fifth Annual Meeting of the Society of Toxicology, 12/95.

Brautbar, N. Association or Flawed Methodology for Assessment or Causation: Critical Analysis of the Most Recent New England Study Claiming No Association Between Silicone Breast Implants and Connective Tissue Disease. Inter J Occup Med Tox 4(4):413-15, 1995.

159.  Brautbar, N., K. Jones. Abstract, Neurotoxic Effects of Industrial Solvents. Spring 1996 Meeting of the American Academy of Preventive Medicine, 1/96.

Mordechai, E., A. Vojdani, L. Magtoto, P.C. Choppa, N. Brautbar, Abstract, Induction of Apoptosis in Individuals Exposed to Methyl Tertiary-Butyl Ether (MTBE), Society of Toxicology National Meeting, 1996.

161  Vojdani, A., E. Mordechai, N. Brautbar, Abstract, Detection of Circulating Methyl Tertiary-Butyl Ether (MTBE) Antibodies in Petrol Station Attendants, Society of Toxicology National Meeting, 1996.

Jones, R. Kathleen, N. Brautbar, Reactive Airway Disease In Patients With Prolonged Exposure to Industrial Solvents, Toxicology and Industrial Health, Vol. 13, No. 6, pp 743-750, 1997

163.  Vodjani, A., H. Kalhor, N. Brautbar. Expression of CYP1A1 Gene In Peripheral Lymphocytes as a Marker of Exposure to Petroleum Products in Service Stations. American Chemical Society, Submitted.

164.  Altura, M.B., A. Gebrewold, B. Altura, N. Brautbar.  Magnesium Depletion Impairs Myocardial Carbohydrate and Lipid Metabolism and Cardiac Bioenergetics and Raises, Myocardial Calcium Content In Vivo:  Relationship to Etiology of Cardiac Diseases. Biochem Mol Biol Int, 1996, December, 40(6):1183-90

165.  Vojdani, A., G. Namatalla, N. Brautbar.  Methyl Tertiary-Butyl Ether Antibodies among Gasoline Service Station Attendants.  Annals N.Y. Academy of Science 1997, 837, 96-104.

Vojdani, A., E. Mordechai, N. Brautbar.  Abnormal Apoptosis and Cell Cycle Progression in Humans Exposed to Methyl Tertiary-Butyl Ether:  The role of NF-kB. Human & Experimental Toxicology, 1997, 16, 485-494.

Brautbar, N. Science and the Law: Scientific Evidence, Admissibility, Reliability, and the "Daubert" Decision. J. Clean Technol., Environ, Toxicol., & Occup. Med., Vol. 6, No. 1, 1997

Brautbar, N., K. Jones. Abstract, Neutotoxic Effects of Industrial Solvents (IS), American College of Toxicology, Eighteenth Annual Meeting, 1997.

Lin, R., N. Brautbar. Abstract, Industrial Solvents Exposure and Human Immune Response, Society of Toxicology, 1998 Annual Meeting

Brautbar, N., R. Lin, A. Vojdani. Abstact, Mixed Solvents Exposure, Autoimmunity and Connective Tissue Disease, Society of Toxicology, 1998 Annual Meeting

Joyner, L.R., A. Desai, N. Brautbar. Abstract, Reactive Airway Disease Syndrome (RADS) in Patients Exposed to Nitrogen Tetroxide (N2O4), Society of Toxicology, 1998 Annual Meeting

72. Joyner, L.R., P. Harch, A. Desai, N. Brautbar. Chronic Neurological Symptomatology and Abnormal SPECT Tomographic Analysis of the Brain After Nitrogen Tetroxide Exposure, Society of Toxicology, 1998 Annual Meeting.

173. Brautbar, N., V. Chen. Establishing Causation in Forensic Medicine (From Henle to Bradford-Hill), J Clean Technol, Envrion, Toxicol, & Occup Med, Vol 6, No 4, pages 345-350, 1997

74. Brautbar, N., A Vodjani Effects of Drinking Water Contaminated with MTBE on Human Cell Cycles and Specifically Apoptosis, Annual Ramazzini Days 1997, Collegium Ramazzini, Carpi (Italy)

175. Brautbar, N, K. Jones, Industrial Solvents Exposure and Reactive Airway Disease, Annual Ramazzini Days 1997, Collegium Ramazzini, Carpi (Italy)

Brautbar, N., K. Jones. Occupational Exposure to Industrial Solvents (IS) and Neurotoxicity, ISEE/ISEA Joint Conference 1998, Accepted for Presentation (08/17/98)

77. Brautbar, N. K. Jones. Prolonged Exposure to Volatile Industrial Solvents and the Development of Reactive Airway Disease: Role of Methacholine Stimulation Test, Eur J Oncol, Vol 3, No. 4, pages 395-398, 1998.

178. Vojdani, A., N. Brautbar. Contaminated Drinking Water with MTBE and Gasoline:Immunological and Cellular Effects, Euro. J. Oncol. Vol 3, No.3, pages 191-199, 1998.

179. Vojdani, A., N. Brautbar, C. Tagle, P. Choppa. Polymorphisms in Chemical Metabolizing Enzymes as a Mechanism Responsible for Altered Immune Functions in Patients with Chemical Sensitivities, American Chemical Society, National Meeting 1998

Brautbar, N, N. Navizadeh. Sewer Workers: Occupational Risk for Hepatitis C  Report of Two Cases and Review of Literature, Archives of Environmental Health, September/October 1999,  Volume 54, No. 5, pages 328-330

Brautbar, N, R. Lin, A. Vojdani. Solvent Exposure, Autoimmunity and Connective Tissue Diseases, 2nd International Congress for Autoimmunity, Israel, 1999.

182.   Joyner, LR, N. Brautbar. Accidental Release of Nitrogen Tetroxide (N204) Causing Reactive Airway Disease in Exposed Patients, Annual Ramazzini Days 1998, Collegium Ramazzini,

183.   Brautbar, N., A. Vojdani. White Blood Cell DNA Adducts and Immunological Abnormalities in Humans Exposed to Contaminated Drinking Water Containing Gasoline and MTBE, Annual Ramazzini Days 1998, Collegium Ramazzini

184.   Brautbar, N., Ammonia Exposure: A Common Cause for Sinusitis  A Case Report and Review of the Literature. Toxicology & Industrial Health, Vol. 14, No. 6, pages 891-895, 1998.

Brautbar, N., Science and the Law: Scientific Evidence, Causation, Admissibility, Reliability. Daubert Decision Revisited.  Toxicology and Industrial Health, 15, pages 532-551, 1999

Brautbar, N., A. Barnett. Hydrocarbon Exposure & Chronic Renal Disease. Environmental Epidemiology and Toxicology, 1999, 1, 163-166, 1999.

187.   Vojdani, A., N. Brautbar. White Blood Cell DNA Adducts and Immunological Abnormalities in Humans Exposed to Contaminated Drinking Water Containing Gasoline and MTBE. Euro. J. Oncol. Volume 4, Number 5,  pages 573-578, 1999

188.   Brautbar, N, R. Lin, A. Vojdani. Solvent Exposure, Autoimmunity and Connective Tissue Diseases, Journal of Autoimmunity, Proceedings of the 2nd International Congress on Autoimmunity, March 7-11, 1999

189.   Brautbar, N, T Callahan, W. Shell, L. Joyner. Cardiac Toxicity of Nitrogen Tetroxide: QTc Prolongation in Exposed Patients, Society of Toxicology, 2000 Annual Meeting

Shell WE, T Callahan, L Joyner, E Charuvastra, R. Haley, N. Brautbar.  Detection and Quantification of Autonomic Dysfunction Associated with Exposure to Environmental Toxins.  Submitted for publication.

Brautbar, N, R. Lin, A. Vojdani. Solvent Exposure, Autoimmunity and Connective Tissue Diseases, Journal of Autoimmunity, Annual Ramazzini Days 1999, Collegium Ramazzini

192.   Brautbar, N, R Lin, G Gaines, A Vojdani, Occupational Solvent Exposure, Autoimmunity and Connective Tissue Disease, Eur J Oncol, Volume 5, Suppl 2, pages 17-20, 2000

Teitelbaum DT, N Brautbar, M Mehlman, J LaDou, To The Editor: Benzene and Multiple Myeloma: Appraisal of the Scientific Evidence, Blood, May 1, 2000, Volume 95, Number 9, 2995-2996

194.  Brautbar N, T Callahan, W Shell, LR Joyner, Effects of Nitrogen Tetroxide on the Heart, Annual Ramazzini Days 2000 Collegium Ramazzini

195.  Shell WE, LR Joyner, E Charuvastra, T Callahan, N Brautbar, Detection and Quantification of Autonomic Dysfunction Associated With Exposure Nitrogen Tetroxide, Submitted for Publication, 2002.

Joyner, LR, Brautbar, Reactive Airway Disease (RADS) After Sudden and Not So Sudden Exposure to Irritant Vapors and Fumes, First International Symposium on "The Use of Induced Sputum in Medicine", in conjunction with the Israel Society of Occupational Medicine and Israel Society of Pulmonology, March 28-31, 2001.

197.  Shell, WE, Charuvastra, E, Joyner, LR, Brautbar, N., Vincent, GM, Alteration of the Circadian Rhythm of QTc Interval and Heart Rate Variability in Patients Exposed to Nitrogen Tetroxide in Bogalusa, Louisiana. Annual Ramazzini Days, 2001, Collegium Ramazzini

198.  Brautbar, N., Williams, J.A. Industrial Solvents and Liver Toxicity: Risk Assessment, Risk Factors and Mechanisms. International Journal of Hygiene and Environmental Health. In press, 2002

Brautbar, N. Industrial Solvent Exposure and Chronic Kidney Disease. Submitted for Publication, 2002.

Brautbar, N. Chronic Ammonia Inhalation and Industrial Pulmonary Fibrosis. Submitted for publication, 2002.

Kralik, M., Macho, V., Brautbar, N., Vachalkova, A., Mikulec, J. Engine Fuels in the 21st Century. In press, 2002.

Brautbar, N., Kralik, M., Macho, V., Mikulec, J., Vachalkova, A. A Continuation of the MTBE Story. In press, 2002.

Friedlam, LS, Brautbar, N, Barach, P, Wolfe, Amir, Richter, ED. Creatine Phosphate Kinase Elevations Signaling Muscle Damage After Exposures to Anticholinesterases: Two Sentinel Patients. In press, Archives of Environmental Health.

**Book Chapters and Reviews:**
1.    Brautbar, N., M. Walling, J. Coburn. Experimental Phosphate Depletion: The Role Of Vitamin D. Proceedings Of The 3rd Int'l. Workshop On Vitamin D. Biochemical, Chemical And Clinical Aspects Related To Calcium Metabolism. Editors: A Normal, et, al., De Bruyer, New York, 437-9, 1977.

2.   Lee, D., N. Brautbar, M. Walling, et. al.  Mineral Balance And Gut Sac Transport Studies In Phosphorus Depletion Intact And Hypophysectomized Rats.  3rd Int'l. Workshop on Phosphate, Madrid, June 1977.

3.   Coburn, J., N. Brautbar.  Disease States In Man Related to Vitamin D. In: Vitamin D - Molecular Biology and Clinical  Nutrition.  A. Normal (Ed). Marcel Deker, New York, 515-77, 1980.

4.   Brautbar, N., C.R. Kleeman.  Osteodystrophy and Renal Handling of Divalent Ions in Chronic Renal Failure.  Advances in Nephrology.  8:170-205, 1979.

5.   Massry, S.G., N. Brautbar.  Renal Handling of Phosphate in Renal Failure.  Renal Handling of Phosphate.  S.G. Massry, H. Fleisch (Eds). Plenum Press, New York, 307-19, 1980.

6.   Lee, D.B.N., N. Brautbar, C.R. Kleeman.  Disorders of Phosphorus Metabolism. Disorders of Mineral Metabolism. F. Bromer, J.W. Coburn (Eds). Vol. 3, 1981.

7.   Brautbar, N., M.W. Walling, J.W. Coburn.  The Role of Phosphorus in the Intestinal Transport of Calcium: Studies in Vitamin D and Deficient Rats.  Phosphate and Minerals in Health and Disease. S.G. Massry, E. Ritz, H. Jahn (Eds). Plenum Press, New York, 391-9, 1980.

8.   Levine, B.S., D.B. Lee, N. Brautbar, M.W. Walling, C.R. Kleeman, J.W. Coburn. Effects on Mineral Homeostasis of 1,25 (OH) 2D3 and 23, 25 (OH) 2D3 Alone in Combination, In Rats. Vitamin D: Basic Research and its Clinical Application.  A. Norman, K. Schaefer, D. Herrath, H. Grigoeit, J.W. Coburn, H.F. DeLuca, E.B. Mawer, T. Suda, W. DeGruyter (Eds). Berlin, New York. 429-31, 1979.

9.   Levine, B.S., N. Brautbar, D.B.N. Lee, M.W. Walling,  C. Kurokaw, C.R. Kleeman, J.W. Coburn.  The Effect of Vitamin D3 and its Metabolism on Magnesium Metabolism. Vitamin D: Basic Research and its Clinical Application.  A. Norman, K. Schaefer, D. Herrath, H. Grigoleit, J. Coburn, H. DeLuca, E. Mower, T. Suda (Eds). 1979.

10.  Lee D.B., B.S. Levine, M.W. Walling, N. Brautbar, C.R. Kleeman, W. Millis, J.W Coburn.  Regulation of Serum Phosphorus by 1,25 (OH) D23.  Vitamin D: Basic Research and its Clinical Application, op cit. 939-41, 1979.

11.  Nortman, D.F., J.W. Coburn, N. Brautbar, D. Sherrard, M.R. Haussler, F.R. Singer, A.S. Erickman, R.T. Sarton.  Treatment of Mesenchymal Tumor Associated Osteomalacia with 1,25 (OH) 2D3: Report of a Case. Vitamin D: Basic Research and its Clinical Application, op cit. 1167-9, 1979.

12.  Massry, S.G., N. Brautbar.  The Inter-Relationship Between Phosphate and Magnesium Metabolism.  Phosphate and Minerals in Health and Disease. S.G. Massry, E. Ritz, H. Jahn (Eds). Plenum Press, New York, 51-66, 1980.

13.   Massry, S.G., N. Brautbar, D. Goldstein.  Renal Handling of Calcium Magnesium, and Phosphorus in Renal Failure.  Nephrology.  W. Flamenbrawn, R. Hamburger (Eds.) Lippincott, 159-93, 1982.

14.   Brautbar, N.  Extrarenal Factors in Acid Base Balance. Seminars in Nephrology. 1:232-50, 1981.

15.   Brautbar, N., D.B.N. Lee, C.R. Kleeman.  Divalent Ion Metabolism.  Contemporary Metabolism.  N. Freinkel (Ed) Plenum Press, New York. 441-509, 1982.

16.   Lee, D.B.N., N. Brautbar, S.G. Massry.  Renal Production and Metabolites.  Seminars in Nephrology 1:335-55, 1981.

7.    Brautbar, N., R. Baczynski, C. Carpenter, S.G. Massry.  Effects of Phosphate Depletion on the Myocardium.  Regulation of Phosphate and Mineral Metabolism.  5th International Workshop on Phosphate & Other Minerals. Plenum Press, New York, 1982;199-207.

18.   Massry, S.G., N. Brautbar.  Effects of Electrolyte Disturbances on the Kidney.  Textbook in Nephrology.  1:148-58.  R. Glassook, S.G. Massry (Eds) Williams and Wilkins, 1983.

19.   Brautbar, N.  Calcium, Magnesium, and Phosphate Excretion.  Renal Physiology.  D. Marsh (Ed) Raven Press, 138-50, 1983.

      Brautbar, N., G. Gruber, D.B.N. Lee.  Divalent Ion Metabolism and Vitamin D., G. Gonick (Ed). Current Nephrology 7:371-487, 1984.

21    Brautbar, N., C.R. Kleeman.  Hyper and Hypophosphatemia.  Therapy of Renal Diseases and Related Disorders: Current Therapy, W. Suki, S.G. Massry (Eds).  Martinus Nijhoff Publishers, 105-29, 1984.

22.   Kleeman, C.R., N. Brautbar.  Clinical Aspects of Impaired Phosphate Homeostasis.  Clinical Disorders of Fluid and Electrolyte Metabolism.  C.R. Kleeman, R. Narins (Eds). 4th Edition, McGraw Hill, 1987.

      Nakhoul, F., G. Yu, N. Brautbar, D. Lee.  Hypophosphatemia  and Phosphorus Depletion. R.J. Glassock (Ed).  Current Therapy in Nephrology and Hypertension, 3rd Edition, BC Decker, Inc., 1991.

24.   Brautbar, N., A. Roy, P. Hom, D.B.N. Lee.  Hypomagnesemia and Hypermagnesemia.  Metal Ions in Biological Systems. 26:285-320, 1990.

      Kayne, L., A. Koteva, N. Brautbar, D.B.N. Lee.  Intestinal  Absorption of Phosphate.  S.G. Massry, R.J. Glassock (Eds). Textbook of Nephrology, 3rd Edition, 22(1):380-88, 1995.

26.   Brautbar, N., A. Campbell.  Silicone Breast Implants and Autoimmune Disease:Evidence for Causation. N. Brautbar, A. Campbell, M. Mehlman (Eds).  Health Effects of Toxic Chemicals, Silicone, Asbestos, and Man-Made Fibers. Princeton Scientific Publishing, 23-36, 1994.

27.     Campbell, A., N. Brautbar.  Silicone Breast Implants and Immunological Disease: Historical Background and Clinical Overview.  N. Brautbar, A. Campbell, M. Mehlman (Eds).  Health Effects of Toxic Chemicals, Silicone, Asbestos, and Man-Made Fibers. Princeton Scientific Publishing, 243-8, 1994.

28.     Lee, D.B.N., A. Campbell, N. Brautbar.  Erythropoietin and the Renin-Angiotensin Axis: The Revival of an Old Association.  KS. Chugh (Ed),  Asian Nephrology.  Oxford University Press, 1994.

29.     Lee, D.B.N., A. Campbell, N. Brautbar.  Cyclosporin and the Renin Axis.  K.S. Chugh (Ed), Asian Nephrology.  Oxford University Press, 1994.

30.     Brautbar, N., A. Campbell, M. Mehlman. Health Effects of Toxic Chemicals, Silicone, Asbestos, and Man-Made Fibers. Princeton Scientific Publishing Co., Inc., 1994.

31.     Brautbar, N., A. Vojdani. The Augmented Breast. D.P. Gorczyca, R.J. Brenner (eds). Immunological and Clinical Aspects of Silicone in Women With Breast Implants. Thieme. 1997

32.     Brautbar, N. Scientific Evidence.  M. Shiffman (ed). Ethics in Forensic Science and Medicine: Guidelines for the Forensic Expert and the Attorney. Charles C. Thomas Publisher, Ltd., 1999.

33.     Brautbar, N.  Industrial Solvents and Kidney Disease, Chapter 20.4, In: Handbook of Solvents, George Wypych (ed), William Andrew Publishing/ChemTec Publishing, 2001

34.     Brautbar, N. Lymphohematopoietic Study of Workers Exposed to Benzene Including Multiple Myeloma, Lymphoma and Chronic Lymphatic Leukemia,  Chapter 20.5, In: Handbook of Solvents, George Wypych (ed),  William Andrew Publishing/ChemTec Publishing, 2001

35.     Brautbar, N. Chromosomal Aberrations and Sister Chromatoid Exchanges, Chapter 20.6, In: Handbook of Solvents, George Wypych (ed), William Andrew Publishing/ChemTec Publishing, 2001

36.     Brautbar, N. Hepatotoxicity, Chapter 20.7, In: Handbook of Solvents, George Wypych (ed), William Andrew Publishing/ChemTec Publishing, 2001

**Service Record and Professional Leadership**: (Past and Present)
**A.     Academic Administration, Departmental, School and University Committee Membership:**

                Committee for the course in Physiology-Renal and Electrolyte for Year I.
2.     Committee for the course in Nephrology for Year II.
3.     Committee for the Mechanism of Diseases for Years II and III.
4.     Director of Renal Research Laboratory.
5.     Member, Radiation Safety Committee.
6.     Director, Renal and Electrolyte Outpatient Services, LAC/USC Medical Center.

**B.**    **Chairmanships and Organizing Committees:**

1.    Chairman of the Public Relation Committee for the Scientific Advisory Committee of the Kidney Foundation of Southern California.

2.    Chairman, Annual Scientific Symposium, Kidney Foundation of Southern California.

3.    Organizing Committee, Int'l. Nephrology Congress, 1984.

4.    Program Chairman, 2nd Int'l. Congress on Myocardial Metabolism and Compartmentation, 1983.

5.    Member, Research Committee, Scientific Advisory Committee of the Kidney Foundation of Southern California.

6.    Consultant and Reviewer for multiple journals (see bibliography).

7    Chairman, Organizing Committee, American Society for Magnesium Research, 1984.

8.    Chairman, Organizing Committee, 2nd Int'l. Congress on Myocardial and Cellular Bioenergetics and Compartmentation, 1984.

9.    Chairman, Nephrology Section, Hollywood Presbyterian Medical Center, 1980 to present.

10.    Member, Acute Utilization Review Committee, Hollywood Presbyterian Medical Center, 1983 to 1985.

11    Member, Medical Records Committee, Queen of Angels/Hollywood Presbyterian Medical Center, 1983 to 1985.

12.    Chairman, Department of Medicine, Hollywood Presbyterian Medical Center. (2 years).

13.    Member, Clinical Nutrition Committee, Queen of Angels/ Hollywood Presbyterian Medical Center, 1994-present.

14.    Member, Quality Management Committee, Queen of Angels /Hollywood Presbyterian Medical Center, 1996.

15.    Member, Emergency Room Services Committee, Queen of Angels/Hollywood Presbyterian Medical Center, 1996.

16.    Chairman, Subacute Care Committee, Queen of Angels/ Hollywood Presbyterian Medical Center, 1996.

17.     Member, Medicine Supervisory Committee, Queen of Angels/Hollywood
        Presbyterian Medical Center, 1997

18.     Member, Quality Management Committee, Queen of Angels/Hollywood
        Presbyterian Medical Center, 1997

19.     Member, Emergency Room Services Committee, Queen of Angels/Hollywood
        Presbyterian Medical Center, 1997

20.     Member, Medicine Supervisory Committee, Queen of Angels/Hollywood
        Presbyterian Medical Center, 1998

21.     Member, Quality Management Committee, Queen of Angels/Hollywood
        Presbyterian Medical Center, 1998

22.     Member, Emergency Room Services Committee, Queen of Angels/Hollywood
        Presbyterian Medical Center, 1998

23.     Vice Chairman, Department of Medicine, Queen of Angels/Hollywood
        Presbyterian Medical Center, 1999, 2000, 2001

24.     Chairman, Pharmacy & Therapeutics Committee, Queen of Angels/Hollywood
        Presbyterian Medical Center, 1999.

25.     Chairman of By-Laws Committee, Queen of Angel/Hollywood Presbyterian
        Medical Center, 2000.

26.     Member, Credentialing Committee, Queen of Angels/Hollywood Presbyterian
        Medical Center, 2001.

27.     Vice Chairman, Department of Medicine, Queen of Angles/Hollywood
        Presbyterian Medical Center, 2001, 2002.

**C.**   **Chairing Scientific Sessions in National and International Meetings:**
1.      American Society of Nephrology, 1979.

2.      International Society for Phosphate and Mineral Metabolism, 1978.

3.      International Society for Phosphate and Mineral Metabolism, 1981

**D.**   **Invited Speaker, Professorship or Visiting Scientist:**
1.      Annual Gordon Conference on Magnesium, 1980.

2.      Visiting Scientist, Max Plank National Institute; Heidelberg, Germany,
        Department of Biochemistry, 1980.

3.      International Society for Phosphate and Mineral Metabolism, 1981

4.    National Institute of Health, Renal and Electrolyte Laboratory, 1981.

5.    Yale University and Medical School, Department of Medicine and Physiology, 1981.

6.    Downstate University and V.A. Hospital, New York Medical School, 1981.

7.    University of Virginia, Richmond, Department of Medicine and Nephrology, 1981.

8.    International Congress for Nutrition in Uremia, 1982.

9.    Harvard Medical School, Peter Brent Brigham and Women's Hospital, Division of Medicine, Department of Nephrology, 1982.

10.   Mayo Clinic, Mayo Medical School, Department of Nephrology and Physiology, 1982.

11    International Society for Phosphate and Mineral Metabolism, 1983.

12.   Annual Gordon Conference on Magnesium, 1984.

13.   International Congress of Nephrology, 1984.

14.   National Institute of Health, Renal and Electrolyte Laboratory, 1984.

15.   Weitzman Institute for Sciences, Rehovot Israel, Visiting Professor, Department of Agriculture, 1988.

16.   Beilinson Hospital, Tel Aviv University, Visiting Professor, Department of Medicine, 1988.

17.   Collegium Ramazzini, Experimental Cancer Center, Bologna, Italy, 1995.

18.   Hadassah Medical Center, Hebrew University, Department of Environmental Medicine, Israel, 1995.

19.   Hadassah Medical Center, Hebrew University, Department of Immunogenetics and Tissue Typing, Israel, 1996.

20.   National Institute of Public Health, Czech Republic, 1996.

21.   Hebrew University-Hadassah School of Medicine, Jerusalem, Lautenberg Center for General & Tumor Immunology, Israel, 1996.

22.   Autoimmune Research Institute and Department of Medicine, Sheba, Tel Hashomer Hospital, and University of Tel-Aviv, 1996.

23.     Lautenberg Center for General and Tumor Immunology, Hebrew University, Hadassah Medical School, Israel, 1997.

24.     Hadassah Medical Center, Hebrew University, Department of Environmental Medicine, Israel, 1997.

25.     Institute of Biochemistry, Food Science and Nutrition, Hebrew University of Jerusalem, Faculty of Agriculture, Rehovot Israel, 1997.

26.     Technion-Israel Institute of Technology, Department of Nephrology, Israel, 1997.

27.     Hadassah Medical Center, Hebrew University, Department of Environmental Medicine, Israel, 1998.

28.     Joseph H & Bell R Braun Hebrew University  Hadassah School of Public Health & Community Medicine, Department of Occupational & Environmental Medicine, Israel, 1998.

29.     Baylor College of Medicine, Houston, Texas, 1998.

30.     Hebrew University-Hadassah School of Medicine, Jerusalem, Lautenberg Center for General & Tumor Immunology, Israel, 1998.

31.     Techninon  Israel Institute of Technology, Israel, 1998

32.     Bnai Zion  Medical Center, Department of Emergency Medicine, Israel, 1998

33.     National Judicial College, Science and the Courtroom, Reno, Nevada, 1998

34.     2nd International Autoimmunity Congress, Tel Aviv, Israel, 1999

35.     Israel Association for Occupational Medicine, Israel, 1999

36.     Hebrew University-Hadassah School of Medicine, Jerusalem, Lautenberg Center for General & Tumor Immunology, Israel, 1999

37.     Joseph H & Bell R Braun Hebrew University  Hadassah School of Public Health & Community Medicine, Department of Occupational & Environmental Medicine, Israel, 1999

38.     Techninon  Israel Institute of Technology, Israel, 2001

39.     Joseph H & Bell R Braun Hebrew University  Hadassah School of Public Health & Community Medicine, Department of Occupational & Environmental Medicine, Israel, 2001

40.     Israel Society of Occupational Medicine, First International Symposium on "The Use of Induced Sputum in Medicine", 2001

**Teaching Record:**

1.  Full-time responsibility as an Attending Staff Physician in Renal Ward for 2 months per year.  This includes daily teaching rounds and consult rounds, 1977-1987.

2.  Residents and Students seminars in Nephrology, 1977-1987.

3.  Attending on the Student Ward for 6-8 weeks per year.  This includes teaching rounds and case discussions, 1977-1987.

4.  Attending on General Medicine Ward for 2-3 months per year.  This includes presentation of cases, intake rounds and daily teaching rounds, 1977-1987.

5.  Course in Renal Physiology - Fluids and Electrolytes, for Year I students, 1977-1987.

6.  Course in Nephrology for Year II students, 1977-1987.

7.  Mechanism of Disease for Years II and IV, 1977-1987.

**Current Teaching:**

1.  Clinical Professor of Medicine, University of Southern California School of Medicine, Department of Medicine.  1-2 months per year.  Daily rounds, teaching rounds, patient care, student seminars.

2.  Advisor, Collegium Salerni USC. Advisor for 1st year medical students.

3.  In-office teaching (medical students), University of Southern California School of Medicine, Department of Medicine

**Civic Activity:**

Member, Bereavement Committee, Sinai Temple, Los Angeles, California.

2.  Member, Board of Directors, Sinai Temple, Los Angeles, 1994-1996.

**Testimony in State & U.S. Government Committees:**

1.  California State Senate Transportation Committee, 04/15/97
        (Regarding Gasoline & MTBE Toxicity)

2.  California State Senate Environmental Quality Committee, 05/12/97
        (Regarding Gasoline & MTBE Toxicity)

3.  U.S. Senate Committee on Environment & Public Works, 12/02/97
        (Regarding Gasoline & MTBE Toxicity)

4.  California State Senate Environmental Quality Committee, 04/15/98
        (Regarding Gasoline & MTBE Toxicity)

**REVISED 4/13/02**

Exhibit B

## Curriculum Vitae

**Name:**                              Kenneth Mark Rudo

**Date and Place of Birth:**           August 24, 1955 – Baltimore, Maryland

**Citizenship:**                       United States

**Marital Status:**                    Married

**Address:**                           1005 Brendan Court, Chapel Hill, NC 27516

**Education:**                         B.S., Entomology, University of Maryland, 1978

                                       M.S., Toxicology, University of Maryland, 1981

                                       Ph.D., Toxicology, North Carolina State University, 1988

**Chronology of Employment:**

1981 – 1983 -        Northrop Services Inc.
                     Research Triangle Park, NC 27709

1983 – 1985 -        Environmental Health Research Testing, Inc.
                     Research Triangle Park, NC 27709

1983 – 1989 -        National Institute of Environmental Health Sciences
                     Research Triangle Park, NC 27709

1989 – Present -     State Environmental Toxicologist
                     State of North Carolina
                     Department of Health and Human Services
                     Division of Public Health
                     Occupational and Environmental Epidemiology Branch
                     Raleigh, NC
                     Current Work Phone Number: (919) 715-6430

Kenneth Mark Rudo
Curriculum Vitae
Page Two

## Bibliography

Nesnow S, Rudo KM, Bryant B, and Easterling RE.  Reanalysis and clarification of the structures of alpha-naphthoflavone dihydrodiols formed by uninduced and induced rat liver microsomes from Charles River CD and Spraque Dawley rats.  Carcinogenesis 4, 425-430, 1983.

Rudo KM, Ellis S, Bryant BJ, Lawrence K, Curtis G, Garland H, and Nesnow S.  Quantitative analysis of the metabolism of benzo(a)pyrene by transformable C3H10T1/2CL8 mouse embryo fibroblasts.  Teratogenesis, Carcinogenesis, and Mutagenesis 6, 307-319, 1986.

Siegfried JM, Rudo KM, Bryant BJ, Ellis S, Mass M, and Nesnow S.  Metabolism of benzo(a)pyrene in monolayer cultures of human bronchial epithelial cells from a series of donors.  Cancer Research 46, 4368-4371, 1986.

Rudo KM, Meyers WC, Dauterman W, and Langenbach R.  Comparison of human and rat hepatocyte metabolism and mutagenic activation of 2-acetylaminofluorene.  Cancer Research 47, 5861-5867, 1987.

Langenbach R, Rudo KM, Ellis S, Hix C, and Nesnow S.  Species variation in bladder cell and liver cell activation of acetylaminofluorene.  Cell Biology and Toxicology 3, 303-319, 1987.

Mohapatra N, Macnair P, Bryant BJ, Ellis S, Rudo KM, Sangaiah R, Gold A, and Nesnow S.  Morphological transforming activity and metabolism of cyclopenta-fused isomers of benz(a)anthracene in mammalian cells.  Mutation Research 188, 323-334, 1987.

Langenbach R and Rudo KM.  Human hepatocyte and kidney cell metabolism of 2-acetylaminofluorene and comparison to the respective rat cells.  Cell Biology and Toxicology 4, 453-465, 1988.

Rudo KM, Dauterman W, and Langenbach R.  Human and rat kidney cell metabolism of 2-acetylaminofluorene and benzo(a)pyrene.  Cancer Research 49, 1187-1192, 1989.

Crespi CL, Langenbach R, Rudo KM, Chen YT, and Davies RL.  Transfection of a human cytochrome p-450 gene into the human lymphoblastoid cell line, AHH-1, and the use of the recombinant cell line in gene mutation assays.  Carcinogenesis 10, 295-301, 1989.

Davies RL, Langenbach R, Rudo KM, Turner TR, and Crespi CL.  Expression of human genes for a cytochrome p-450 and an epoxide hydrolase in a human lymphoblastoid cell line.  Carcinogenesis 10, 885-891, 1989.

Kenneth Mark Rudo
Curriculum Vitae
Page Three

Hansen SK, Ross JA, Siegfried JM, Leavitt S, Rudo K, Langenbach R, and Nesnow S. Transfection of a rat cytochrome P450b cDNA into C3H10T1/2 C28 mouse embryo fibroblasts.  Molecular Carcinogenesis 2, 261-267, 1989.

Rudo KM, and Langenbach R.  Comparative metabolism of 2-acetylaminofluorene and benzo(a)pyrene by human and rodent cells.  The Nucleus 31, 87-89, 1990.

Kari FW, Driscoll SM, Abu-Shakra A, Strom SL, Jenkins WL, Volosin JS, Rudo KM, and Langenbach R.  Comparative metabolism and genotoxicity of the structurally similar nitrophenylenediamine dyes, HC Blue 1 and HC Blue 2, in mouse hepatocytes.  Cell Biology and Toxicology 6, 139-155, 1990.

Taylor T and Rudo KM.  Risk assessment of dioxin contaminated fish.  Environmental Epidemiology Section, Division of Epidemiology, Department of Environment, Health, and Natural Resources, Raleigh, North Carolina, 1-34, April 1990.

Rudo K and Smith CG.  Evaluation of Environmental Sampling Results - Carolina Solite Corporation.  Environmental Epidemiology Section, Division of Epidemiology, Department of Environment, Health, and Natural Resources, Raleigh, North Carolina, p. 1-16, April 1991.

Rudo K.  Methyl Tertiary Butyl Ether (MTBE) - Evaluation of MTBE Carcinogenicity Studies.  Toxicol. Ind. Health 11 (2), 167-173, 1995.

Rudo K, Pate WJ, and Smith CG.  The public health impact of the oxygenated fuels program in North Carolina.  Occupational and Environmental Epidemiology Section, Division of Epidemiology, North Carolina Department of Environment, Health, and Natural Resources, Raleigh, North Carolina, p. 1-8, July 1995.

Rudo KM.  Human and rat liver S9, microsomal, and hepatocyte metabolism and mutagenesis of 2-acetylaminofluorene.  Toxicology and Applied Pharmacology (in preparation).

Rudo KM.  Review of the Wisconsin DHSS report on health concerns attributed to reformulated gasoline use in southeastern Wisconsin.  Toxicol. Ind. Health, 11(5), 463-466, 1995.

Moore JA and IEHR Expert Scientific Committee.  An assessment of lithium using the IEHR evaluative process for assessing human developmental and reproductive toxicity of agents.  Reprod. Tox. 9(2), 175-210, 1995.

Kenneth Mark Rudo
Curriculum Vitae
Page Four

Rudo KM, Pate WJ, and Smith CG. The public health impact of the oxygenated fuels program in North Carolina. The Toxicologist 15(1),140, 1995.

Rudo KM. The oxygenated fuels program in North Carolina: A public health risk assessment. he Toxicologist, 16(1), abstract #747, 1996.

**Book Chapters**

Cyclopenta-fused isomers of benz(a)anthracene: II. Mutagenic effects on mammalian cells, in: A. J. Dennis and M. Cooke (Eds.), Polynuclear Aromatic Hydrocarbons, Vol. 8, Battelle Press, Columbus, Ohio, pp. 949-960, 1985.

Cyclopenta-fused isomers of benz(a)anthracene: I. Identification of the major microsomal metabolites, in: A. J. Dennis and M. Cooke (Eds.), Polynuclear Aromatic Hydrocarbons, Vol. 8, Battelle Press, Columbus, Ohio, pp. 1151-1172, 1985.

Metabolic activation pathways of cyclopenta-fused PAH and their relationship to genetic and carcinogenic activity, in: C. Ramel, B. Lambert, and J. Magnusson (Eds.), Progress in Clinical and Biological Research, Vol. 209A, Genetic Toxicology of Environmental Chemicals, Part A: Basic Principles and Mechanisms of Action, Alan R. Liss, New York, pp. 515-522, 1986.

Biological activity and metabolism of aceanthrylene and acephenanthrylene, in: A. J. Dennis and M. Cooke (Eds.), Polynuclear Aromatic Hydrocarbons, Vol. 9, Battelle Press, Columbus. Ohio, pp. 795-810, 1986.

Human and animal hepatocyte xenobiotic metabolism, in: S. Sharma (Ed.), Current Developments in Cell Genetics, Oxford & IBH Publishing Co., New Delhi, India, pp. 73-88, 1989.

Species comparisons regarding comparative metabolism of two structurally similar phenylenediamines (HC Blue 1 and HC Blue 2), in: Mutation and the Environment, Part D, Wiley-Liss, Inc., New York, pp. 305-314, 1990.

ransfection of cytochrome P-450 cDNAs into mammalian cells used in mutation and transformation assays, in: Mutation and the Environment, Part D, Wiley-Liss, Inc New York, pp. 239-248, 1990.

Kenneth Mark Rudo
Curriculum Vitae
Page Five


## Memberships - Committees and Societies

- Secretary's Scientific Advisory Board on Toxic Air Pollutants

- North Carolina Pesticide Board's Interagency Working Group

- Health Effects Institute Advisory Panel on Oxygenates

- ASTHO Review Panel for the Wisconsin DHSS Oxygenates Report

- Federal and State Toxicology and Risk Assessment Committee (FSTRAC)

- North Carolina Society for Risk Analysis

- North Carolina Society of Toxicology

- Institute for Evaluating Health Risks Expert Scientific Committee