# Thomas G. Osimitz, Ph.D., D.A.B.T.

**HOME ADDRESS:**

    1159 River Chase Ridge
    Charlottesville, VA 22901
    Phone: 434-964-9198

**EDUCATION:**

    Doctor of Philosophy in Toxicology,
    The University of Michigan, Ann Arbor, MI,
    1984.

    Bachelor of Science in Biological Sciences
    The University of Minnesota, Minneapolis, MN,
    1978.

**EXPERIENCE:**

INFOSCIENTIFIC, INC., Charlottesville, VA

Principal (2001-present) – Leads human health and environmental practice for a consulting firm specializing in safety assessment. Provides strategic guidance for dietary and non-dietary safety assessment programs and regulatory interactions. Designs, monitors, and interprets non-clinical and clinical safety assessment studies and exposure assessment studies. Provides scientific evaluations and strategies for regulatory and legal actions.

S.C. JOHNSON & SON, INC., Racine, WI

Vice President – Global Safety Assessment and Regulatory Affairs (1997-2001). Led global scientific and regulatory efforts. Developed and implemented global strategies for safety, environment, and regulatory affairs for consumer products and commercial chemicals.

Manager – Global Safety Assessment, Government Compliance, and Regulatory Affairs (1994-1997) – Directed design of the testing programs and regulatory affairs strategy for new molecules and formulations and development of systems to insure regulatory compliance and the marketing of safe products.

Section Manager – Product Safety and Toxicology (1990-1994) – Led the effort establish toxicology and exposure assessment programs for major product categories.

Responsibilities included the safety assessment of pesticides, industrial and specialty chemicals, consumer products, and OTC drugs. Represented company at regulatory agencies.

Group Leader – Product Safety (1989-90) – Led group with responsibility for applied toxicology studies and directed the company's emergency medical information system.

Research Toxicologist (1987-89) – Responsible for pesticide toxicology worldwide. Designed, monitored, and interpreted toxicology studies. Performed exposure and risk assessments. Developed exploratory toxicology research projects to address specific problems.

MOBIL OIL CORPORATION, Princeton, NJ

Senior Inhalation Toxicologist (1986-87) – As Study Director, responsible for GLP laboratory operations, protocol development, study conduct, and interpretation. Represented Toxicology Division on Corporate Acceptable Exposure Standards Committee.

Inhalation Toxicologist (1984-86) – Designed, conducted, and evaluated inhalation toxicology studies.

ALBERTA ENVIRONMENTAL CENTRE, Vegreville, Canada

Post-doctoral Toxicologist (1984) – Examined mechanisms of toxic chemicals at multidisciplinary research center.

UNIVERSITY OF MICHIGAN, Ann Arbor, MI

Doctoral Candidate in Interdepartmental Toxicology Program (1979-1983) – Thesis topic: metabolism of xenobiotics during pregnancy.

ENERGY RESOURCES COMPANY, Wahington, DC

Environmental Scientist (1978-79) – Major projects: environmental and health impact of energy sources (DOE), assessment of hazardous waste problems, evaluations of risk from new chemicals (EPA).

MINNESOTA POLLUTION CONTROL AGENCY, Roseville, MN

Legislative Aide to Assistant Director (1976-77) – Wrote agency position papers, prepared testimony, and worked with legislative staffs on science policy issues.

MINNESOTA PUBLIC INTEREST RESEARCH GROUP, Minneapolis, MN

Environmental Intern (1975-76) – Directed Minnesotans Against Pollution program. Worked on water quality issues.

**CONTINUING EDUCATION  (1979-present):**

    **Scientific:**

    Sensory System Toxicology
    Physiologically-based Pharmacokinetics
    Role of Toxicologic Pathology in Safety Assessment – NAS
    Application of Advanced Technologies to Problems in Toxicology
    Development and Safety Evaluation of Recombinant DNA Products
    Harvard Program in Risk Analysis
    Environmental Toxicology
    Novel Techniques in Inhalation Toxicology
    Science of Route to Route Extrapolation
    Massachusetts Institute of Technology Summer Program on Quantitive Risk Assessment
    Gastrointestinal Toxicology
    Toxicology of Special Senses
    International Union of Toxicology Risk Assessment Summer School
    Infectious Agents in Toxicological Research
    National Inhalation Toxicology Workshop
    Inhalation Toxicology
    Environmental Health
    Technical Writing

    **Management/Leadership:**

    Program in Technology Leadership, The Kellogg Graduate School of Management, Northwestern University.
    Creative Innovation – Center for Creative Leadership
    Enhancing Your Presentation Style
    Financial Management for Managers
    Johnson Management Institute

        Leadership and Influence
        Management Skills Assessment Program
        Media Skills Training
        Negotiation Skills
        Perceptive communication
        Performance appraisal
        Principals of Management
        Principal-centered Leadership – Covey Leadership Institute
        Targeted Selection

**HONORS/ACTIVITIES:**

THE NATURE CONSERVANCY – (1999-2001)- Member, International Leadership Council.

KEYSTONE CENTER – (1999-2001) - Member, Board of Trustees.

ENDOCRINE DISRUPTOR SCREENING AND TESTING ADVISORY COMMITTEE (EDSTAC), (1995-1998), Member, appointed by Assistant Administrator, U.S. Environmental Protection Agency.

N, N'-diethyl-meta-toluamide (DEET) JOINT VENTURE GROUP – Chair, Toxicology committee (1994-present).

PYRETHRUM JOINT VENTURE – (1987-present) – Chair, Toxicology and Metabolism Working Group.

PIPERONYL BUTOXIDE TASK FORCE – (1987-present) – Chair, Toxicology and Metabolism Working Group.

CHEMICAL MANUFACTURERS ASSOCIATION – (1993-1998) – Member, Exposure Assessment Task Group.

SCIENTIFIC ADVISORY BOARD – Human Biologics, Inc., Tempe, AZ (1991-present)

MIDWEST CHAPTER SOCIETY OF TOXICOLOGY – Elected as Secretary (1990-92) and Councilor (1988-90). Member of Program Committee (1994-95), Education Committee (1989-90), Awards Committee (1987-88). Chair of Membership Committee (1988-89).

CHEMICAL SPECIALTIES MANUFACTURING ASSOCIATION (1989-1991) – Member, Chronic Hazard Labeling Task Force.

AMERICAN BOARD OF TOXICOLOGY (1987) – Became a Diplomate by earning Certification in General Toxicology. Recertified in 1992, 1997.

INTERNATIONAL RISK ASSESSMENT SUMMER SCHOOL (1987) – Participant, nominated by the Society of Toxicology, selected by the International Union of Toxicology. One of six attendees from the U.S.

EDITORIAL BOARD OF TOXICOLOGY AND INDUSTRIAL HEALTH (1986-present)

TOXICOLOGY PROGRAM DIRECTOR SEARCH COMMITTEE (1982) – University of Michigan, nominated and elected by the student body.

NATIONAL RESEARCH SERVICE AWARD (1982, 1980) – From National Institute for Environmental Health Sciences.

TUITION AWARD (1982) – Grant from Lovelace Inhalation Toxicology Research Institute to attend National Inhalation Toxicology Workshop.

PREDOCTORAL FELLOWSHIP (1981) – From Rackham Graduate School, one of 60 recipients from 800 university-wide nominees.

RACKHAM DISSERTATION GRANT (1981) – Competitive award for research equipment.

MICHIGAN FIRST YEAR FELLOWSHIP (1979) – From Rackham Graduate School, one of 40 awardees from 750 nominees.

PHI KAPPA PHI HONOR SOCIETY (1977-present)

MINNESOTA PUBLIC INTEREST RESEARCH GROUP INTERNSHIP (1975) – Chosen from 40 applicants.

**MEMBERSHIPS:**

International Society for Exposure Analysis

International Society of Regulatory Toxicology and Pharmacology

Society for Environmental Toxicology and Chemistry

Society for Risk Analysis

Society of Toxicology

**INVITED WORKSHOPS/SEMINARS:**

Risk Assessment, Risk Management, and the Precautionary Principle. Environmental Design Conference (ED05), April, 2001

Science and Policy Issues Associated with Endocrine Screening and Testing. American Bar Association Meeting. October, 1998.

Endocrine Disrupters – Science and Policy. Illinois Association of Environmental Professionals. July, 1998.

Priority Setting for Endocrine Screening and Testing. SOT Annual Meeting, March, 1998.

Non-Occupational Exposure Assessment Continuing Education Course on Risk Assessment, Society of Teratology Annual Meeting, June, 1996.

Role of Toxicology in Research and Development, University of Arkansas Medical School Toxicology Program Seminar Series, April, 1996.

Assessing Environmental Fate of Chemicals, Continuing Education Course – Ecotoxicity for Hazard Communications, Society for Hazard Communications Annual Meeting, October, 1995.

Chair, Scientific Session on Multiple Chemical Sensitivity, Chemical Specialties Manufacturers Association Fall Conference, October, 1995.

Chair, Scientific Session – Environmental Endocrine Disrupters, Midwest Society of Toxicology Spring Meeting, June, 1995.

Presenter and participant in panel discussion: What do you do when a toxicologic problem happens?, Chemical Specialties Manufacturers Association Annual Meeting, May, 1995.

Chair of Poster Session on Risk Assessment, Society of Toxicology, March, 1995.

The role of poison control center data in the comprehensive risk assessment of pesticides. Invited talk at the Annual Meeting of the American Association of Poison Control Centers, September, 1994.

Osimitz, T.G. and Fell, L.A. Assessment of exposures to chemicals in consumer products: A Case Study. Invited talk at the Workshop on Residential Exposure Assessment, International Society of Exposure Analysis, September, 1994.

Grothaus, R.H. and Osimitz, T.G. The future of insect repellents and the current toxicology status of DEET. Invited talk at the Annual Meeting of the American Mosquito Control Association, April, 1994.

Chair of Poster Session on Pesticide Toxicology, Society of Toxicology, March, 1994.

Osimitz, T.G. and Fell, L.A. Approaches to the safety assessment of chemical exposures in the home. Invited talk at the Society for Risk Analysis Workshop on Exposure Assessment, December, 1993.

U.S. Environmental Protection Agency – Invited Panelist to the Risk Assessment Forum's Workshop on Exposure Factors, 1993.

U.S. Environmental Protection Agency – Invited panelist for the Development of Post-application Exposure Monitoring and Assessment Guildlines, 1992.

Osimitz, T.G. Does Everything Really Cause Cancer? A Perspective on Environmental Risk Assessment. Invited talk at the Winter Meeting of the Wisconsin Chapter of the American Industrial Hygiene Association, February, 1992.

Guest Lecturer in Toxicology and Safety Assessment – Carrol College, 1992-1993.

Guest Lecturer in Toxicology, University of Illinois – Chicago, 1989-2001.

Chair of Poster Session on Toxicokinetics, Society of Toxicology, February, 1991.

Co-chair of Poster Discussion Session on Risk Assessment Methodologies, Society of Toxicology, February, 1990.

Invited Panelist for Workshop on Risk Perceptions in Toxicology, February, 1990, 1991.

Osimitz, T.G. Risk Assessment as a Strategy for Establishing Safe Contaminant Levels in Food. Invited talk at the conference "The Great Lakes Basin: A Regional Focus on the Environment and Human Health", sponsored by the Great Lakes Coalition of Public Health Associations, October, 1988.

**PRESENTATIONS:**

Osimitz, T.G., Gabriel, K.L., Capen, C.C., Martin, T., and Finch, J.M. Mechanistic Toxicity Study in Rats with Pyrethrins: Effects Thyroid Hormones. For presentation at the 42nd Annual Society of Toxicology (SOT) Meeting, March, 2003.

Lake, B.G., Renwick, A.B., Price, R.J., Gabriel, K.L., Finch, J.M., and Osimitz, T.G., Effects of Pyrethrins on Rat Hepatic Xenobiotic Metabolising Enzymes. For presentation at the 42nd Annual Society of Toxicology (SOT) Meeting, March, 2003.

Finch, J.M., Osimitz, T.G., Gabriel, K.L., Butler, W.H., and Henderson, W. Mechanistic Toxicity Study in Rats with Pyrethrins: Pathologic Effects. For presentation at the 42nd Annual Society of Toxicology (SOT) Meeting, March, 2003.

Olson, J.J., Osimitz, T.G.; Vedula, U., Reifenrath, W.G.  Skin Penetration and Evaporation of p-Menthane-3,8 Diol in Ethanol and in Lotion Formulation After Topical Application to Excised Pig and Rat Skin: A Model for Human Dermal Absorption. For presentation at the 42nd Annual Society of Toxicology (SOT) Meeting, March, 2003.

Borgert, C.J., Gross, T.S., Guiney, P.D., Osimitz, T.G., Price, B. , and Wells, C. Interactive Effects Of DDE And Methoxychlor On Hormone Synthesis In Bass Gonadal Cultures. Presented at the 41st Annual Society of Toxicology (SOT) Meeting, March, 2002.

Price, B., Borgert, C.J., Wells, C., Gross, T.S., Guiney, P.D., Osimitz, T. G. Study Designs for Assessing Interactions in Chemical Mixtures. 39th Annual SOT Meeting, March, 2000.

Borgert, C.J.,Gross, T.S., Guiney, P.D., Osimitz, T.G. Interactive Effects of DDE, Dieldrin and Mehtoxychlor on Hormone Synthesis in Bass Gonadal Cultures. 38th Annual SOT Meeting, March, 1999.

Osimitz, T.G., Gill, M.W., Gabriel, K.L., Hermansky, S.J., and Schoenig, C.P. DEET Blood Level Studies in Rats Following a Single Oral Administration and Single Repeated Dermal Applications. 38th Annual SOT Meeting, March, 1999.

Fell, L.A., Osimitz, T.G., DeProspo, J., Preiss, F.J., Driver, J., Whitmyre, G., Pandian, M., Rogers, R.E. An Overview of a Multi-Year Residential Exposure Monitoring Program. International Society for Exposure Assessment Meeting. August, 1998.

Philips, J.C., Cunninghame, M.E., Price, R.J., Osimitz, T.G., Gabriel, K.L., Preiss, F.J., Butler, W.H., and Lake, B.G. Effect of Piperonyl Butoxide (PBO) on Cell Replication and Xenobiotic Metabolism in the Rat Liver. 35th Society of Toxicology (SOT) meeting, March, 1996.

Osimitz, T.G., Fell, L.A., Furtaw, E., Pahndian, M. Measurement and Modeling of Exposure to Constituents of a Household Spray Cleaner. Society For Risk Analysis Meeting, December, 1995.

Philips, J.C., Cunninghame, M.E., Price, R.J., Osimitz, T.G., Gabriel, K.L., Preiss, F.J., Butler, W.H., and Lake, B.G. Effect of Piperonyl Butoxide (PBO) on Cell Replication and Xenobiotic Metabolism in the Mouse Liver. 34th SOT Meeting, March, 1995.

Price, R.J., Beamand, J.A., Glynne Jones, G.D., Osimitz, T.G., Gabriel, K.L., Preiss, F.J., Butler, W.H., Lake, B.G. Effect of Piperonyl Butoxide (PBO) on Unscheduled DNA Synthesis in Precision-cut Liver Slices. 34th SOT Meeting, March 1995.

Case: 3:01-cv-07584-DAK  Doc #: 121-3  Filed: 02/18/03  9 of 12.  PageID #: 427

Evaluation of N, N'-diethyl-m-toluamide (DEET) for chronic toxicity, oncogenicity, and reproductive effects. Shoenig, G.P., Gabriel, K.L., Glodenthal, E.I., Hartnagel, R.E., and Osimitz, T.G. 34th SOT Meeting, March, 1995.

Osimitz, T.G. and Fell, L.A. Exposure Assessment and Risk Assessment of Total Relaease Insecticide Products. International Society for Exposure Analysis, September, 1994.

Osimitz, T.G., Schoenig, G.P., Hartnagel, R.E., and Goldenthal, E.I. The Relationship Between Alpha-2-microglobulin Accumulation and Renal Lesions Observed in Male Rats Administered N, N-diethyl-m-toluamide (DEET). 33rd SOT Meeting, March, 1994.

Hartnagel, R.E., Gabriel, K.L., Osimitz, T.G., and Schoenig, G.P. Absorption, Metabolism, and Excretion of DEET Following Dermal Application to Human Volunteers. 33rd Society of Toxicology (SOT) Meeting, March, 1994.

Schoenig, G.P., Hartnagel, R.E., Osimitz, T.G., and Selim, S.E. Absorption, Distribution, Metabolism, and Excretion of DEET Following Oral Dermal Administration in the Rat. 33rd Society of Toxicology (SOT) Meeting, March, 1994.

Costello, A.C., Henwood, S.M., and Osimitz, T.G. Developmental Toxicity Study with Lithium Perfluorooctane Sulfonate in Rabbits. 33rd Society of Toxicology (SOT) Meeting, March, 1994.

Henwood, S.M., Costello, A.C., and Osimitz, T.G. Developmental Toxicity Study with Lithium Perfluorooctane Sulfonate in Rats. 33rd Society of Toxicology (SOT) Meeting, March, 1994.

Swanson, J.E., Edwards, S.M., Donnelly, T.A., Lake, L.K., Osimitz, T.G., and Rheins, L.A. Predicting the Ocular Irritancy of Full-strength Cleaners and Strippers Using the Tissue Equivalent Assay. Presented at the World Congress on Alternatives to Animal Testing, November, 1993.

Newton, P.E., Lake, L.K., Bolte, H.F., and Osimitz, T.G. Subchronic Inhalation Toxicity Study of a High Molecular Emulsion Polymer in the Rat. 31st SOT Meeting, February, 1992.

Osimitz, T.G., Costello, A., and Maibach, H.I. Cutaneous Effects from Pyrethroid Pesticide-containing Fumigation Mixtures. 30th SOT Meeting, February, 1991.

Oehme, F.W., Pickrell, J.A., Albertson, J.S., Ali, N. Osimitz, T.G., and Manderfield, C.E. Acute Toxicity Study with a Flea Control Product Containing Pyrethrins, Tetramethrin, Piperonyl Butoxide, N-Octyl-Bicycloheptene Dicarboximide, and Fenoxycarb in Dogs. 30th SOT Meeting, February, 1991.

Costello, A., Gill, M., and Osimitz, T.G. Minimum Toxicity Screen of Acetylcyclopentanone and Acetylpyridine in Sprague-Dawley Rats. 30th SOT Meeting, February, 1991.

Costello, A., Manderfield, C.E., Lake, L.K., Hohnstein, A., and Osimitz, T.G. Delayed Contact Hypersensitization to 2-ethyl-1,3-hexanediol. Midwest Regional Chapter/Society of Toxicology Meeting, May, 1990.

Osimitz, T.G., Manderfield, C.E., Stock, M., Schaper, M., and Alarie, Y. Respiratory Effects of Aerosols from Four Different Pyrethroid-containing Insecticidal Fumigating Formulas. 29th SOT Meeting, February, 1990.

Kleeman, J., Busch, R., Hall, R., Lester, B., and Osimitz, T.G. 13-Week toxicity Study with 2-napthoxyacetic acid in dogs. 29th SOT Meeting, February, 1990.

Henwood, S., Mellon, K., and Osimitz, T.G. Tertaology Study with 2-napthoxyacetic acid. 29th SOT Meeting, February, 1990.

Osimitz, T.G., Guzzie, P.J., Morabit, E.R., and Slesinski, R.S. Genetic Toxicity of the Plant HormoneAnalog Beta-napthoxyacetic acid. 28th Annual SOT Meeting, February, 1989.

Soto, R..J., Osimitz, T.G., Turk, R.E., and Stewart, R.D. Toxpert: An Expert System for Risk Assessment. 12th Annual Symposium on Computer Applications in Medical Care, November 1988.

Soto, R.J., Osimitz, T.G., Turk, R.E., and Stewart, R.D. Toxpert: An Expert Product Risk Assessment System. 27th Annual SOT Meeting, February, 1988.

Osimitz, T.G., Dalbey, W.E., Kommineni, C., and Singer, E.J. 30-day Inhalation Exposures of Sprague-Dawley Rats to Aerosolized lubricant Base Oils. 26th Annual SOT Meeting, March, 1987.

Dalbey, W.E., Roy, T., Singer, E.J., Osimitz, T.G., and Hardy, C. Acute Inhalation Studies with Heated 10, 10'-Oxybischlorophenoxarsine. 26th SOT Meeting, March, 1987.

Osimitz,T.G. and Kulkarni, A.P. Comparison of Cytochrome P-450 and Micrsomal Flavin-containing Monoxygenases (MFMO) Mediated Oxidations in Pregnant Mice. 3rd International Congress on Toxicology, August, 1983.

Radulovic, L.L., Osimitz, T.G., Gurba, P.E., Dauterman, W.C., Laferla, J.J., Rayburn,W.F., and Kulkarni, A.P. Glutathione Transferase-dependent Metabolism of Methylparathion in Human Placenta and Fetal Liver. 3rd International Congress on Toxicology, August, 1983.

Osimitz, T.G. and Kulkarni, A.P. Endogenous Polyamines as Modifiers of Xenobiotic Metabolism. 3rd Annual Michigan SOT Meeting, May, 1983.

**PUBLICATIONS:**

Krieger, R.I., Bernard, C.E., Dinoff, T.M., Fell, L. A., Osimitz, T.G., Ross, J.H., and Thongsinthusak, T. Biomonitoring and whole body cotton dosimetry to estimate potential human dermal exposure to semivolatile chemicals. J. Expos. Anal. Exper. Epid. 10: 50-57 (2000).

Selim, S., Preiss, F. J., Gabriel, K.L., Jonkman, J.H.G., and Osimitz, T.G. Absorption and Mass Balance of Piperonyl Butoxide Following an 8-hr Dermal Exposure in Human Volunteers. Tox. Letters 107: 207-217 (1999).

Schoenig, G.P., Osimitz, T.G., Gabriel, K.L., Gill, M.W., and Goldenthal, E.I. Evaluation of Chronic Toxicity and Oncogenicity of DEET. Toxicol. Sci. 47: 99-109 (1999).

Butler, W.H., Gabriel, K.L., Osimitz, T.G., and Preiss, F.J. Oncogenicity Studies of Piperonyl Butoxide in Rats and Mice. Hum. Exper. Toxicol. 17: 323-330 (1998).

Phillips, J.C., Price, R.J., Cunninghame, M.E., Osimitz, T.G., Cockburn, A., Gabriel, K.L., Preiss, F.J., Butler, W.H., and Lake, B.G. Effect of Piperonyl Butoxide on Cell Replication and Xenobiotic Metabolism in the Livers of CD-1 Mice and F344 Rats. Fund. Appl. Toxicol. 38: 64-74 (1997).

Osimitz, T.G. and Murphy, J.V. Neurolgical Effects Associated with the Use of the Insect Repellent DEET. Clin. Toxicol. 35: 435-441 (1997).

Butler, W. H., Gabriel, K.L., Preiss, F.J., Osimitz, T.G. Lack of Genotoxicity of Piperonyl Butoxide. Mutation Res. 371: 249-258 (1996).

Beamand, J.A., Price, R.J., Phillips, J.C., Butler, W.H., Glynne-Jones, G.D., Osimitz, T.G.. Gabriel, K.L., Preiss, F.J., Lake, B.G. Lack of Effect of Piperonyl Butoxide on Unscheduled DNA Synthesis in Precision-cut Human Liver Slices. Mutation Res. 371: 273-282 (1996).

Schoenig, G.P., Hartnagel, R.E., Osimitz, T.G., and Llanso, S. Absorption, Distribution, Metabolism, and Excretion of DEET in the rat. Drug Metab. Dispos. 24: 156-163 (1996).

Osimitz, T.G. and Grothaus, R.H. The Present Safety Assessment of DEET. J. Am. Mosq. Control Assoc. 11(2): 274-278 (1995).

Selim, S., Hertnagel, R.E., Osimitz, T.G., Preiss, F.J., Schoenig, G.P. Absorption, Metabolism, and Excretion of DEET following Dermal Application to Human Volunteers. Fund. Appl. Toxicol. 25: 95-100 (1995).

Veltri, J.C., Osimitz, T.G., Bradford, D.C., and Page, B.C. Retrospective Analysis of Calls to Poison Control Center Resulting from Exposure to the Insect Repellent N,N-diethyl-m-toluamide (DEET) from 1985-1989. J. Clinical Toxicology (1994).

Dalbey, W.E., Osimitz, T.G., Kommineni, C., Roy, T., and Yang, J. Four-week Inhalation Exposures of Rats to Aerosols of Three Lubricant Base Oils. J. Appl. Toxicol. 11(4): 297-302 (1991).

Osimitz, T.G. and Conolly, R.B. Mixed Function Oxidase System Induction and Propylene Hepatotoxicity. J. Toxicol. Environ. Health. 15: 39-49 (1985).

Osimitz, T.G. and Kulkarni, A.P. Hepatic Microsomal Oxidative Metabolism of Pesticides in Pregnant Mice. Pesticide Biochem. Physiol. 23:328-334 (1985).

Osimitz, T.G. and Kulkarni, A.P. Polyamine Effects on Cytochrome P-450- and Flavin-containing Monooxygenase-mediated Oxidation of Xenobiotics. Drug Metab. Dispos. 13: 197-203 (1985).

Osimitz, T.G. and Kulkarni, A.P. Oxidative Metabolism of Xenobiotics During Pregnancy: Significance of MFMO. Biochem. Biophys. Res. Comm. 109: 1164-1171 (1982).

TGO – 11-02