# JEFFREY H. DRIVER, Dr.P.H., D.A.B.T., M.T., C.L.S.

**Principal & Director, Health Sciences, infoscientific.com, Inc.**
CALIFORNIA   NEVADA   VIRGINIA
www.infoscientific.com

10009 Wisakon Trail
Manassas, VA 20111
Phone: 703-361-8449
Fax:   703-392-0648
Email: jeff@infoscientific.com


Dr. Driver obtained his B.S. in Biology and Chemistry (1983) from Bridgewater College, and his M.P.H. in Microbiology (Biohazard Sciences curriculum) (1986) and Dr.P.H. (1988) in Toxicology (Parasitology and Laboratory Practice and Environmental Sciences and Engineering Programs) from the University of North Carolina at Chapel Hill, School of Public Health. Dr. Driver is a Diplomat of the American Board of Toxicology and is a licensed Medical Technologist (American Society of Clinical Pathologists) and Clinical Laboratory Scientist (National Certification Agency). Dr. Driver is also an Adjunct Associate Professor of Medicine in the Division of Occupational and Environmental Medicine, Department of Medicine, George Washington University Medical Center. He is currently a counselor for the International Society of Regulatory Pharmacology and Toxicology. Dr. Driver has served as a visiting scientist at the U.S. Environmental Protection Agency and the National Institutes of Health. Prior to co-founding risksciences.com, LLC and infoscientific.com, Inc. with Dr. Muhilan Pandian, he was a Assistant Director of the Toxicology Division at Technology Sciences Group, Inc., a subsidiary of McKenna Long & Aldridge.

Dr. Driver has extensive experience in applied toxicology and quantitative human health risk analyses of pesticides, industrial chemicals and other ingredients in consumer and professional products as they relate to consumer (residential), occupational and ambient environmental settings. Dr. Driver has most recently been involved in the development, application and validation of methods for residential exposure monitoring and modeling (e.g., NOTITIA$^{TM}$, developed by infoscientific.com, which serves as the database and model management engine for a variety of applications, including most recently, CropLife America's CARES$^{TM}$ software for conducting probabilistic, calendar-based aggregate and cumulative risk analyses). Dr. Driver has been involved in the development of key scientific databases relevant to the scientific and regulatory issues raised by the Food Quality Protection Act (FQPA) of 1996. Dr. Driver has also been recently engaged in a variety of industry task forces, joint industry-regulatory agency cooperative agreements and consensus-building activities to facilitate the development and implementation of scientifically credible methods for aggregate and cumulative exposure assessment and risk characterization for FQPA/FIFRA and HPV/VCCEP. Dr. Driver has numerous publications; more recently, he has contributed to and edited textbooks on the subject of residential exposure monitoring and assessment.



# JEFFREY H. DRIVER, Dr.P.H., D.A.B.T., M.T., C.L.S.

Biodata – February 2003
Principal & Director, Health Sciences, **infoscientific.com, Inc.**

| | |
|---|---|
| 10009 Wisakon Trail | 2920 N. Green Valley Parkway, Suite 524 |
| Manassas, VA 20111 | Henderson, NV 89014 |
| Ph:     703 361 8448 | Ph:     702 433 8843 |
| Fax: 703 392 0648 | Fax:    702 433 8994 |
| Email:  jeff@infoscientific.com | |

## *EDUCATION*

Dr.P.H., Biohazard Science Curriculum (Toxicology),
Departments of Parasitology and Laboratory Practice and Environmental Sciences and Engineering,
School of Public Health, University of North Carolina at Chapel Hill, 1988

M.P.H., Biohazard Science Curriculum (Microbiology),
Department of Parasitology and Laboratory Practice,
School of Public Health, University of North Carolina at Chapel Hill, 1986

M.T., Clinical Laboratory Science, Rockingham Memorial Hospital,
School of Medical Technology, Harrisonburg, Virginia, 1985

B.S., Biology and Chemistry
Bridgewater College, Bridgewater, Virginia, 1983

## *PROFESSIONAL CERTIFICATION*

Diplomat, American Board of Toxicology
1992, 1996, 2001 (recertified)

Registered Medical Technologist, American Society of Clinical Pathologists,
1985-2002

Registered Clinical Laboratory Scientist, National Certification Agency,
1985-2002

## PROFESSIONAL EXPERIENCE

Principal & Director, Health Sciences, infoscientific.com, Inc. (Manassas - Northern VA, Charlottesville, VA, Henderson, NV, Sacramento, CA) 1999 – present date

Co-Founder & Director, risksciences.net (affiliated with infoscientific.com; Manassas - Northern VA, Henderson, NV) 1999 – present date

Managing Partner & Senior Toxicologist, risksciences.com, L.L.C., (Arlington, VA, Henderson, NV) 1997 - 1999

Assistant Director, Toxicology Division, Technology Sciences Group Inc., (Washington, D.C.) 1992 - 1997

Managing Toxicologist, Toxicology Division, Technology Sciences Group Inc., (Washington, D.C.) 1991 - 1992

Staff Toxicologist, RiskFocus7, Versar, Inc. (Springfield, VA) 1988 - 1991

Research Scientist, National Institutes of Health, Division of Safety,
  Pre-Doctoral Fellowship Program (Bethesda, MD) 1986 - 1988

Research Scientist, National Cancer Institute, Frederick Cancer Research
  Facility, Environmental Control and Research Program,

Pre-Doctoral Fellowship Program (Frederick, MD) 1987 - 1988
  Visiting Scientist, U.S. EPA, Genetic Toxicology Division,
  Genetic Bioassay Branch (Research Triangle Park, NC) 1986 - 1988

Clinical Laboratory Scientist, Rockingham Memorial Hospital
  (Harrisonburg, VA) 1985 - 1986

Clinical Laboratory Scientist, Shenandoah County Memorial Hospital
  (Woodstock, VA) 1985 - 1986

## AWARDS

Bridgewater College Honor Scholarship Award, 1979-83

National Conference of Christians and Jews Scholarship Award, 1979-80

Effie Cline Scholarship Award, 1982-83

Alpha Chi National Honor Society, President, Bridgewater College Chapter,
  1982-83

National Institute of Occupational Safety and Health Traineeship Award,
  1985-86

National Institutes of Health Pre-Doctoral Fellowship, 1986-88

Baker Company Fellowship Award, 1986-88

Outstanding College Students of America, 1988 Directory, Member
  #254558-11593520

## PROFESSIONAL AFFILIATIONS

American Society of Clinical Pathologists
International Society of Exposure Analysis
International Society of Regulatory Toxicology and Pharmacology (Counselor 1999 - 2002)
Sigma Xi, The Scientific Research Society
Society for Risk Analysis
Society of Toxicology

2

## ACADEMIC ACTIVITIES

Adjunct Associate Professor of Medicine, School of Public Health & Health Services, George Washington University Medical Center, 1997 – present date

Adjunct Associate Professor of Medicine, Division of Occupational and Environmental Medicine, Department of Medicine, George Washington University Medical Center, 1993 – 1997

Adjunct Associate Professor of Biology, Environmental Sciences and Public Policy, George Mason University, Fairfax, VA, 1989 - 1994

## SUMMARY OF QUALIFICATIONS

More than fifteen years of experience in the areas of consumer (residential, dietary and aggregate), occupational and environmental exposure and human health risk analysis and regulatory affairs, clinical laboratory science, mammalian toxicology and pharmacology. Provide technical support to diverse clients including Fortune 500 companies, task forces, trade associations, regulatory agencies, and attorneys in the areas of human exposure monitoring and modeling, quantitative exposure and risk & uncertainty analysis, toxicologic study design, monitoring, and data interpretation and regulatory compliance. Develop human health risk assessments and safety evaluations for consumer products ingredients, agricultural and industrial chemicals, for diverse conditions of use and in a variety of environments (e.g., residential, dietary, occupational). Prepare scientific documents presenting critical evaluations of weight-of-evidence for causal relationship between chemicals hazards, exposure and health effects, and quantitative estimates of exposure, health risk and uncertainty. Evaluate complex multimedia/multipathway aggregate and cumulative exposures/risk as they relate to consumer and professional product application, and to post-application activities in the residential environment. Evaluate potential human health risks pursuant to the requirements of the Food Quality Protection Act of 1996, and other programs, e.g., TSCA/HPV/VCCEP. Develop and implement state-of-the-art computer relational databases and predictive models relevant to product use and exposure-related information/data, occupational and residential and dietary exposure estimation and uncertainty analysis. Previous basic and applied research experience includes personal exposure monitoring (e.g., pesticides, biological aerosols, VOCs), development of applied quantitative risk analysis methods, including computer database and modeling tools, disinfection and sterilization techniques, clinical toxicology, assessment of the genetic toxicology of complex organic mixtures, including bioassay-directed fractionation and nonlinear regression analysis of data, dermal absorption kinetics from solvent- and soil-based matrices, and chemical and biological laboratory safety, and hazard evaluation of environmental releases of genetically engineered microorganisms.

### Scientific Evaluations

Evaluate the human health significance of consumer, dietary, residential and occupational exposures (e.g., pesticide harvesters, applicators/mixers/loaders) to chemical and biological agents. Investigate new methods for conducting/refining exposure/risk analyses (e.g., use of stochastic time-series methods, pharmacokinetic and environmental fate data, chemical-specific uncertainty factors, meta-analysis), reducing uncertainty in exposure and risk evaluations, and interpreting scientific data for use in quantitative analyses. Collaborate in the characterization, measurement, and/or probabilistic modeling of human exposure (dermal, ingestion, inhalation) to single chemicals and mixtures. Perform detailed examinations of toxicity data bases for numerous organic and inorganic compounds, including consumer product active and inert ingredients (e.g., pesticides, surfactants, fragrances, cosmetics, pharmaceuticals), agricultural chemicals, and environmental contaminants (e.g., organic solvents, metals) present in

3

air (ambient and indoor), on surfaces (e.g., turf, carpet and vinyl flooring), in soil, dust, foods (as contaminants or additives), and waste products (e.g., combustion emissions). Experience also includes toxicological study design and monitoring, data evaluation (e.g., interpretation of Abackground@ incidence of effects such as amyloidosis in laboratory mice, use of alternative dose-response evaluation methods such as survival analysis and benchmark dose estimation, biological versus statistical significance) and data reporting to meet regulatory requirements and GLPs. Estimate the degree of risk or safety (including diverse forms of pathology to target organs) to human health from known or anticipated exposures to chemicals or biological agents under varying conditions (e.g., frequency, magnitude, duration, multi-route and media) of exposure. Critically evaluate mechanisms of toxic actions of several classes of compounds and demonstrate their application for regulatory decision making.

## *Regulatory Affairs*

Render guidance on regulatory compliance with statutes of some states (e.g., California's Proposition 65, California's Birth Defects Prevention Act - SB-950), including negations with State officials (e.g., Attorney General, science and administrative staff in DPR and OEHHA). Develop for submission to the U.S. EPA and FDA, Health Canada and the European Community member countries on behalf of task forces and industry/trade associations, detailed scientific constructs for use in risk assessments (e.g., probabilistic exposure and risk estimation, toxicologic mechanism of action considerations, weight-of-evidence evaluations, animal extrapolation issues, dermal bioavailability of soil-associated contaminants, development of guidance for dermal exposure assessment, evaluation of distributional data for exposure factors). Advise on scientific & regulatory requirements for registration of pesticides (FIFRA as amended by FQPA), consumer products, chemicals (i.e., PMNs, HPV), Pre-Clinical drug testing, food additives (direct and indirect) and GRAS status in the United States. Evaluate the scientific bases for setting chemical-specific standards and regulations. Collaborate in providing advice to corporate executives and trade association committees and panels on elements of occupational and environmental health programs. Provide insights regarding risk communications (to consumers, workers and the general public) and risk management to corporate executives.

## *Legal Affairs*

Provide scientific causation support for litigation. Examine the scientific merits and biological basis for alleged injuries resulting from actual or predicted exposures to chemicals in consumer products, indoor air and food, on residential surfaces (e.g., floors, furniture), and in environmental media (e.g., water, groundwater, soil, indoor and ambient air). Develop exposure reconstructions based on circumstances associated with specific exposure events. Assist in preparation of expert testimony and documentation presenting scientific evidence.

## *Governmental Research & Development Consulting*

Participate in the research and development of exposure and risk assessment methodologies for the U.S. Environmental Protection Agency. Expert panel member participation in collaborative workshop sponsored by the International Life Sciences Institute (ILSI) and the EPA re: Aaggregate exposure assessment.@ Assisted the Office of Research and Development's Office of Health and Environmental Assessment in the development of the Exposure Factors Handbook, and Dermal Exposure Assessment: Principles and Applications. Chairman, Editorial Board, of the U.S. EPA Office of Health Research's cooperative agreement (the Residential Exposure Assessment Project) with the Society for Risk Analysis (SRA), the International Society of Exposure Analysis (ISEA), and industry (e.g., ACC, CSPA, NPMA, RISE, CropLife American) in the development of educational materials and training regarding methods for assessing residential exposures to chemical and biological agents associated with potential sources and human activities occurring in and around the home. Participate on expert panels, e.g., Voluntary Children's Chemical Evaluation Program (VCCEP).

4

*Technology for Environmental Uses: Computer Science Resources for Environmental Managers;* The George Washington University, Environmental Management Program, Center for Career Education, November 15, 1996; Workshop Co-Organizer and Lecturer.

*Residential Exposure Assessment Project (REAP):* Expert Working Group Workshops, Workshop Organizer and Chairman, Editorial Board, December, June and October 1996; February and April 1997.

*Presentation (Driver, J.H., workshop lecturer and organizer). "Registration of Antimicrobial Pesticides."* Prepared for/presented to The Procter & Gamble Company, Cincinnati, OH. October 24, 1995.

*Presentation (Driver, J.H., course lecture). "Role of Toxicology in Risk Assessment." Toxicology for Non-Toxicologists.* Government Institutes. Alexandria, VA. April 18-19, 1995.

*Presentation (Driver, J.H., G.K. Whitmyre and P.J. Hakkinen, workshop organizers and lecturers). The "Reference House" Workshop III.* International Society for Environmental Epidemiology, International Society for Exposure Analysis, Annual Conference. Research Triangle Park, NC, September 18-21, 1994.

*Presentation (Jeffrey H. Driver, Gary K. Whitmyre, and P.J. (Bert) Hakkinen, co-authors). "Assessment of residential exposures to agricultural and industrial chemicals: the Reference House project," Eight IUPAC International Congress of Pesticide Chemistry, Washington, D.C. July 4-9, 1994.*

*Presentation (Jeffrey H. Driver, Michael E. Ginevan, John Wargo, co-authors). "Estimation of potential human health risks associated dietary exposure to pesticide residues in agricultural commodities: a case study illustrating methods of distributional analyses," Eight IUPAC International Congress of Pesticide Chemistry, Washington, D.C. July 4-9, 1994.*

*Presentation (Jeffrey H. Driver, Chris F. Wilkinson, David B. McCallum, workshop organizers). "Issues in dietary risk assessment," Eight IUPAC International Congress of Pesticide Chemistry, Washington, D.C. July 4-9, 1994.*

*Presentation (Driver, J.H., G.K. Whitmyre and P.J. Hakkinen, workshop organizers and lecturers). The "Reference House" Workshop II. Society of Risk Analysis Annual Conference. Savannah, Georgia, December 5 - 8, 1993.*

*Presentation (Driver, J.H. and M.E. Ginevan, co-authors) of invited paper, "Human Exposure Assessment: Understanding, Quantifying and Reducing Uncertainties," Research Triangle Chapter, Society for Risk Analysis: Living with Uncertainty: The Future of Exposure Assessment, Chapel Hill, N.C., October 25, 1993.*

*Presentation (Whitmyre, G.K., J.H. Driver and P.J. Hakkinen, co-authors) of invited paper, "Assessment of Residential Exposures to Environmental Chemicals: The Reference House Effort," Research Triangle Chapter, Society for Risk Analysis: Living with Uncertainty: The Future of Exposure Assessment, Chapel Hill, N.C., October 25, 1993.*

*Presentation (Hakkinen, P.J., G.K. Whitmyre and J.H. Driver, co-authors) of invited paper "Assessment of Residential Exposures to Environmental Chemicals: The Reference House Effort," The 6th International Conference on Indoor Air Quality and Climate (Indoor Air '93), Helsinki, Finland, July 4-8, 1993.*

6

*Presentation (Hakkinen, P.J., J.H. Driver and G.K. Whitmyre, workshop organizers and lecturers). The "Reference House" Workshop I. Society of Risk Analysis Annual Conference. San Deigo, CA, December 6 - 10, 1992.*

*Presentation (Silkowski, M.A., J.H. Driver, T.B. Piccin and R.G. Tardiff). Methods to Assess Potential Consumer Exposures to Chemical Mixtures: A Case Study. Society of Risk Analysis Annual Conference. San Deigo, CA, December 6 - 10, 1992.*

*Presentation (Whitmyre, G.K., J.H. Driver, P.B. Curry, and A.P. Nielsen). Assessment of Worker Exposures to Pesticides Using the Pesticide Handlers Exposure Database. Society of Risk Analysis Annual Conference. San Deigo, CA, December 6 - 10, 1992.*

*Presentation (Wilkinson, C.F., J.H. Driver and G.K. Whitmyre, course instructors) of lectures "Elements of Human Health Risk Assessment" and "The Process of Assessing Human Exposure", Pesticide Regulation Update, Washington, D.C., May 21-22, 1992; November 9-10, 1992; May 24-25, 1993.*

*Presentation (Wilkinson, C.F. and J.H. Driver, course instructors) of lecture "Quantitative Assessment of Human Risk", Pesticide Regulation Update, Washington, D.C., November 6-7, 1991.*

*Presentation (Hoang, K., J. Schaum, K. Hammerstrom, J. Driver, R. Fares, B. Gregg, N. Mostaghim, G. Schweer, G. Whitmyre, et al.) of invited paper "Guidance for Conducting Dermal Exposure Assessment", Measuring, Understanding and Predicting Exposures in the 21st Century, Atlanta, GA, November 18-21, 1991.*

*Presentation (Buckley, T., J.H. Driver, L. Fishbein, S. Knott, Konz, J., H.I. Maibach, J. Yang) of expert panel regarding "Methodologies for Estimating Dermal Exposure", U.S. EPA/International Life Sciences Institute, Risk Science Institute Workshop, "Interim Guidance for Dermal Exposure Assessment", Herndon, VA, April 2-3, 1991.*

*Presentation (G.K. Whitmyre, M.E. Ginevan, J.H. Driver, S. R. Baker and R.G. Tardiff) of invited paper "Analysis of the Impact of Exposure Assumptions on Risk Assessment and Risk Management," Annual Meeting of the Air and Waste Management Association, Vancouver, BC, June 16-21, 1991.*

*Presentation (M.E. Ginevan, S.R. Baker, J.H. Driver and R.G. Tardiff) of invited paper "The Valdez Air Health Study: Integrating Monitoring, Modeling, and Human Activity Pattern Analyses to Assess Health Risks, Annual Meeting of the Air and Waste Management Association, Vancouver, BC, June 16-21, 1991.*

*Presentation (J.H. Driver, course instructor) of lecture "Modeling Exposure in the Workplace" at the Professional Development Course on "Fundamentals of Risk Assessment for the Workplace Environment", Fifth Professional Conference on Industrial Hygiene, Vancouver, BC, Canada, October 23-26, 1990.*

*Presentation (S.R. Baker, G.K. Whitmyre, J.H. Driver, R.G. Tardiff, and M.E. Ginevan) of invited paper "Analysis of the Impact of Exposure Assumptions on Risk Assessment and Risk Management," Conference Proceedings, Annual Meeting of the Society for Risk Analysis, New Orleans, Louisiana, October 8-10, 1990.*

*Presentation (J.H. Driver, G.K. Whitmyre, J.J. Konz, T.A. Roy, J. Yang, and A.J. Krueger) of invited paper, "Dermal exposure assessment to toxicants in soil: soil adherence to skin and dermal bioavailability",*

7

*Total Exposure Assessment Methodology: A New Horizon. November 27-30, 1989, Conference Proceedings, Air and Waste Management Association. Pittsburgh, PA. 1989.*

*Presentation (J.H. Driver, H.W. Rogers and L.D. Claxton) of invited paper "Mutagenicity of Combustion Emissions from a Biomedical Waste Incinerator," The 1989 Incineration Conference Proceedings, May 1-5, 1989, Knoxville, Tennessee. University of California at Irvine. May 1-5, 1989.*

## EXEMPLARY PUBLICATIONS

Driver, J.H. 1986. The Potential Hazards Associated with the Field-Use of Genetically Engineered Microorganisms. Master of Public Health Thesis. The University of North Carolina, School of Public Health, Biohazard Science Training Program, Chapel Hill, North Carolina.

Driver, J.H. 1988. Risk Assessment of Medical/Pathological Waste Incineration: Mutagenicity of Combustion Emissions. Doctoral Dissertation. The University of North Carolina, School of Public Health, Biohazard Science Training Program, Chapel Hill, North Carolina.

Driver, J.H., J.J. Konz, and G. Whitmyre. 1989. Soil Adherence to Human Skin. Bulletin of Environmental Contamination and Toxicology. 43:814-820.

Driver, J.H., H.W. Rogers, and L.D. Claxton. 1989. Mutagenicity of Combustion Emissions from a Biomedical Waste Incinerator. Waste Management. 10:177-183.

Alvord, G.W., J.H. Driver, L.D. Claxton, and J.P. Creason. 1989. Methods for Comparing Ames Test Data Sets Using Nonlinear Models. Mutation Research. 240 (3): 177-194.

Conner et al. 1991. Pesticide Regulation Handbook. Third Edition. McKenna & Cuneo and Technology Sciences Group Inc. Executive Enterprises Publications Co., Inc., New York, N.Y.

Bronaugh, R., R. Brown, A. Bunge, J. Driver, G. Flynn, B. Gregg, R. Guy, K. Hammerstrom, K. Hoang, A. Jarabek, R. Kinerson, F. Marzulli, J. McDougal, N. Mostaghim, J. Schaum. Dermal Exposure Assessment: Principles and Applications. Interim Report. January 1992. EPA/600/8-91/011B. Exposure Assessment Group, Office of Health and Environmental Assessment, U.S. EPA, Washington, D.C.

Whitmyre, G.K., J.H. Driver, M.E. Ginevan, R.G. Tardiff and S.R. Baker. 1992. Human exposure assessment I: understanding the uncertainties. Toxicology and Industrial Health. 8 (5): 297-320.

Whitmyre, G.K., J.H. Driver, M.E. Ginevan, R.G. Tardiff and S.R. Baker. 1992. Human exposure assessment II: quantifying and reducing the uncertainties. Toxicology and Industrial Health. 8 (5): 321-342.

Driver, J.H., R.G. Tardiff, L. Sedik, R. Wester and H.I. Maibach. 1993. In Vitro percutaneous absorption of [$^{14}$C] ethylene glycol. J. Exp. Anal. Environ. Epid. 3:277-284.

Curry, K.K., D.J. Brookman, G.K. Whitmyre, J.H. Driver, R.J Hackman, P.J. Hakkinen and M.E. Ginevan. 1994. Personal exposures to toluene during use of nail lacquers in residences: description of the results of a pilot study. J. Exposure Analysis and Environ. Epid. 4:443-456.

Driver, J.H. and C.F. Wilkinson. 1995. Pesticides and Human Health: Science, Regulation and Public Perception (book chapter). McGraw-Hill, New York, N.Y.

8

Whitmyre, G.K., J.H. Driver and P.J. Hakkinen. 1996. Pesticide Regulation and Human Health: The Role of Risk Assessment. (book chapter). In: Fundamentals of Risk Analysis and Risk Management, V. Molak, ed. CRC Press, Inc. Boca Raton, FL.

Driver, J.H., M.E. Ginevan and G.K. Whitmyre. 1996. Estimation of dietary exposure to chemicals: a case study illustrating methods of distributional analyses for food consumption data. Risk Analysis Vol 16, No. 6, pp. 763-771.

Driver, J.H. and G.K. Whitmyre. 1997. Assessment of Residential Exposures to Chemicals (book chapter). In: Fundamentals of Risk Analysis and Risk Management, V. Molak, ed. CRC Press, Inc. Boca Raton, FL.

Wilkinson, C.F., J.H. Driver, J.H., G.K. Whitmyre, G.K. and M.E. Ginevan. 1998. Encyclopedia of Toxicology (contributing authors). National Library of Medicine, Bethesda, MD.

Driver, J.H., et al (editorial committee). 2000. Residential Exposure Assessment: A Source Book. Sponsored by U.S. EPA, Society for Risk Analysis, International Society of Exposure Analysis, American Chemistry Council, Chemical Specialty Products Association, CropLife American, Responsible Industry for a Sound Environment, The Procter & Gamble Company. Kluwer Academic/Plenum Publishers, NY, NY. (ISBN 0-306-46517-5).

Jeffrey H. Driver, John H. Ross, Muhilan D. Pandian, Jeffrey B. Evans and Gary K. Whitmyre. 2001. Residential Exposure Assessment: *An Overview*. In: *Hayes Handbook of Toxicology*.

Ross, John H., Jeffrey H. Driver, Roger C. Cochran, Thomas Thongsinthusak and Robert I. Krieger. 2001 Could pesticide toxicology studies be more relevant to occupational risk assessment? Ann Occup Hyg. Vol 45, pp. S5-S17.

Jeffrey Driver, John Ross, Muhilan Pandian, Jeff Evans, Valerie Zartarian, and Curt Lunchick. 2003. An overview of methods for assessing potential residential (non-dietary) exposures to pesticides. In: Occupational and Residential Exposure Assessment for Pesticides, John Wiley and Sons (In preparation).

9