*Kevin J. Renskers, Ph.D.*
*32 Sunfish Lane*
*Monroe, NY 10950*
*(845) 782-0150*

### SUMMARY OF QUALIFICATIONS

- 22 years of experience in toxicology, regulatory affairs and consumer product safety (cosmetics, fragrances, toiletries, household cleaning products).
- Six years working directly in the fragrance, flavor and aroma chemical industries.
- Management of environmental compliance and site remediation (10 years).
- Extensive experience in worker health and safety (8 years).
- Strong knowledge of pesticide registration (total of 11 years).

### RELEVANT EXPERIENCE & ACCOMPLISHMENTS

- Safety and regulatory compliance of fragrances, flavors and associated raw materials.

  – Ensure all fragrances and flavors developed and manufactured by Takasago/US are safe for their intended use and comply with all relevant regulations and customer-specific requirements.

  – Conduct safety and regulatory reviews of raw materials used in fragrances and flavors.

  – Completed and submitted GRAS applications to the Flavor & Extract Manufacturers Association (FEMA) for prospective novel flavor materials.

  – Member of the FEMA Safety Evaluation Coordinating Committee and IFRA Scientific Committee, the two key committees in the flavor and fragrance industries, respectively, responsible for establishing the global safety programs for flavor and fragrance materials.

- Notification of new chemical substances in the US and Europe.

  – In the last 6 years, successfully filed several pre-market notifications (PMN's) for new chemical substances with the US Environmental Protection Agency.

  – During the same time frame, with the use of a consultant, successfully notified several new chemicals in Europe under the Dangerous Substances Directive.

  – Currently managing a comprehensive toxicology program for pre-market evaluation of a proposed dietary supplement.

- Registration/reregistration of pesticide active ingredients and end-use products.

    – When at Avon Products, worked with a team that successfully registered an end-use insect repellent product.

    – In the past 6 years, have been directly involved in the reregistration efforts for the technical active, Piperonyl Butoxide (PBO).

    – Working with a consultant, notified PBO under the EU Biocides Directive.

## EMPLOYMENT HISTORY

| | |
|---|---|
| 1997 – Present | Vice President, Corporate Safety & Regulatory Affairs<br>Takasago International Corporation (USA), Rockleigh, NJ |
| 1995 – 1997 | Manager, Toxicology & Regulatory Affairs<br>Avon Products, Inc., Suffern, NY |
| 1990 – 1995 | Manager, Toxicology, Avon Products, Inc. |
| 1989 – 1990 | Manager, Regulatory Affairs, Avon Products, Inc. |
| 1989 – 1989 | Program Manager, Regulatory Affairs, Avon Products, Inc. |
| 1988 – 1989 | Program Manager, Clinical Evaluation, Avon Products, Inc. |
| 1986 – 1988 | Program Leader, Clinical Evaluation, Avon Products, Inc. |
| 1985 – 1986 | Program Leader, Toxicology, Avon Products, Inc. |
| 1984 – 1986 | Senior Research Toxicologist, Avon Products, Inc. |
| 1983 – 1984 | Research Scholar, Institute for Developmental Research,<br>Children's Hospital Medical Center, Cincinnati, OH |
| 1981 – 1983 | Divisional Toxicologist, The Procter & Gamble Company,<br>Cincinnati, OH |

## EDUCATION

1981  Doctor of Philosophy – Pharmacology   State University of New York at Buffalo

1976  Bachelor of Science – Biology         University of Illinois, Champaign-Urbana

## COMMITTEE MEMBERSHIP & PARTICIPATION

International Fragrance Association Scientific Committee

Scientific Affairs Committee of the Fragrance Materials Association (FMA)

Government Relations Committee of the FMA and Flavor & Extract Manufacturers Association (FEMA)

FEMA/FMA Joint Occupational Safety & Health Subcommittee

FEMA/FMA Joint Environmental Subcommittee

Flavor & Fragrance High Production Volume Consortia
(Chair of the Alicyclic Consortium)

FEMA Safety Evaluation Coordinating Committee

FEMA Alcohol Tax Committee

FEMA Flavor Labeling Committee

FEMA International Regulatory Affairs Committee

FEMA Science Committee

Safety & Regulatory Toxicology Committee of the Cosmetic, Toiletry & Fragrance Association

Piperonyl Butoxide (PBO) Task Force II Steering Committee

Chair of PBO Task Force II Technical Committee

Non-Dietary Exposure Task Force (NDETF) Steering Committee

NDETF Technical Committee

Takasago Representative to the Canadian Fragrance Materials Association

Takasago Representative to the Soap & Detergent Association

Respiratory Safety Project of the Research Institute for Fragrance Materials (RIFM)

RIFM Technical Liaison Group

# LIST OF PUBLICATIONS

Fukayama, MY, Easterday, OD, Serafino, PA, Dickens, MS, Renskers, KJ, North-Root, H, Schrankel, K.  Subchronic inhalation studies of complex fragrance mixtures in rats and hamsters.  *Toxicology Letters* 1999;111:175-187.

Fukayama, MY, Easterday, OD, Serafino, PA, Dickens, MS, Renskers, KJ, North-Root, H, Schrankel, K.  Subchronic inhalation studies of complex fragrance mixtures in rats and hamsters.  *Toxicological Sciences* 1998;42(1-S):344.

Gettings, SD, Bagley, DM, Chudkowski, M, Demetrulias, JL, DiPasquale, LC, Galli, CL, Gay, R, Hintze, KL, Janus, J, Marenus, KD, Muscatiello, MJ, Pape, WJW, Renskers, KJ, Roddy, MT, Schnetzinger, R.  Development of potential alternatives to the Draize test: the CTFA evaluation of alternatives program. Phase II: review of materials and methods.  *Alter. Lab. Anim*. 1992;20:164-171.

Gettings, SD, Hintze, KL, Bagley, DM, Casterton, PL, Chudkowski, M, Curren, RD, Demetrulias, JL, DiPasquale, LC, Earl, LK, Feder, PI, Galli, CL, Gay, R, Glaza, SM, Gordon, VC, Janus, J, Kurtz,      PJ, Lordo, RA, Marenus, KD, Moral, J, Pape, WJW, Renskers, KJ, Rheins, LA, Roddy, MT, Rozen, MG, Tedeschi, JP, Zyracki, J. The CTFA evaluation of alternatives program: Phase III (surfactant-based formulations).  *World Congress on Alternatives and Animal Use in the Life Sciences*; Baltimore, MD; November 14-19, 1993.

Gettings, SD, Hintze, KL, Bagley, DM, Casterton, PL, Chudkowski, M, Curren, RD, Demetrulias, JL, DiPasquale, LC, Earl, LK, Feder, PI, Galli, CL, Gay, R, Glaza, SM, Gordon, VC, Janus, J, Kurtz,      PJ, Lordo, RA, Marenus, KD, Moral, J, Pape, WJW, Renskers, KJ, Rheins, LA, Roddy, MT, Rozen, MG, Tedeschi, JP, Zyracki, J. The CTFA evaluation of alternatives program: Phase III (surfactant-based formulations) (*Abstract*).  *In Vitro Toxicology* 1994;7(2):166.

Gettings, SD, DiPasquale, LC, Bagley, DM, Casterton, PL, Chudkowski, M, Curren, RD, Demetrulias, JL, Feder, PI, Galli, CL, Gay, R, Glaza, SM, Hintze, KL, Janus, J, Kurtz, PJ, Lordo, RA, Marenus,  KD, Moral, J, Muscatiello, M, Pape, WJW, Renskers, KJ, Roddy, MT, Rozen, MG.  The CTFA evalu-ation of alternatives program: An evaluation of *in vitro* alternatives to the Draize primary eye irritation test. (Phase II) Oil/water emulsions.  *Food Chem. Toxicol.* 1994;32(10):943-976.

Gettings, SD, Lordo, RA, Hintze, KL, Bagley, DM, Casterton, PL, Chudkowski, M, Curren, RD, Demetrulias, JL, DiPasquale, LC, Earl, LK, Feder, PI, Galli, CL, Glaza, SM, Gordon, VC, Janus, J, Kurtz, PJ, Marenus, KD, Moral, J, Pape, WJW, Renskers, KJ, Rheins, LA, Roddy, MT, Rozen, MG, Tedeschi, JP, Zyracki, J.  The CTFA evaluation of alternatives program: An evaluation of *in vitro* alternatives to the Draize primary eye irritation test. (Phase III) Surfactant-based formulations. *Food Chem. Toxicol*. 1996; 34(1):79-117.

Gettings, SD, Rozen, MG, Bagley, DM, Casterton, PL, Chudkowski, MR, Curren, RD, Demetrulias, JL, DiPasquale, LC, Earl, LK, Feder, PI, Galli, CL, Harbell, J, Hintze, KL, Lordo, RA, Marenus, KD, Moral, J, Pape, WJW, Re, TA, Renskers, KJ, Rothenstein, AS, Tedeschi, JP. The CTFA evaluation of alternatives program: A summary of the results of an analysis of the performance of a series of promising alternatives to the Draize eye irritation test. In *Proceedings of the COLIPA Symposium on Alternatives to Animal Testing*; Brussels, Belgium, November 27-30, 1994.

Goldberg, AM, Frazier, JM, Brusick, D, Dickens, MS, Flint, O, Gettings, SD, Hill, RN, Lipnick, RL, Renskers, KJ, Bradlaw, JA, Scala, RA, Veronesi, B, Green, S, Wilcox, NL, Curren, RD. Framework for validation and implementation of in vitro toxicity tests: report of the Validation and Technology Transfer Committee of the Johns Hopkins Center for Alternatives to Animal Testing. *J. Amer. Coll. Toxicol*. 1993;12(1):23-30. *In Vitro Toxicol*. 1993;6(1):47-56. *Xenobiotica* 1993; 23(5):653-572. *In Vitro Cellular & Develop. Biol.* 1993;29A:688-692.

Hart, RF, Renskers, KJ, Nelson, EB, Roth, JA. Localization and characterization of phenol sulfotransferase in human platelets. *Life Sci*. 1979;24:125-130.

Klopman, G, Ptchelintsev, D, Frierson, M, Pennisi, SC, Renskers, KJ, Dickens, MS. Multiple computer automated structure evaluation methodology as an alternative to *in vivo* eye irritation testing. *Alter. Lab. Anim*. 1993;21:14-27.

Kruszewski, FH, Dickens, MS, Gordon, VC, Renskers, KJ. Evaluation of the SKINTEX[tm] system for determining the dermal irritation potential of cosmetic products. *3rd Annual U.S. Symposium on In Vitro Technologies*; Newark, NJ; April, 1992.

Kruszewski, FH, Dickens, MS, Gordon, VC, Renskers, KJ. Application of the SKINTEX[tm] system to the evaluation of cosmetic products [abstract]. In: Goldberg, AM, ed. *Alternative Methods in Toxicology,* Vol. 9, *In Vitro Toxicology: Tenth Anniversary Symposium of CAAT*. New York: Mary Ann Liebert, Inc., 1993: 210.

Kruszewski, FH, Moore, LJ, Renskers, KJ, Balls, M, Dickens, MS. Evaluation of neutral red release assays as predictive tests for the ocular irritancy potential of alcohol- and surfactant-based cosmetic formulations. *World Congress on Alternatives and Animal Use in the Life Sciences*; Baltimore, MD; November 14-19, 1993.

Loretz, L, Api, AM, Burdick, J, Dressler, W, Gettings, SD, Han Hsu, H, Pan, YHL, Re, T, Renskers, K, Rothenstein, A, Sewall, C. Exposure data for cosmetic products: lipstick, body lotion and face cream. *In Preparation*.

MacEachern, L, Renskers, K, Dickens, M. Percutaneous absorption of glycolic acid in human skin. *Society of Investigative Dermatology Annual Meeting*; Washington, DC; May, 1995.

Martin, DM, Renskers, KJ, Dickens, MS, Leyden, JJ, Grove, GL. Intrinsic vs. extrinsic cutaneous aging: a dermatological analysis. *American Academy of Dermatology 52nd Annual Meeting*; Washington, DC; December 4-9, 1993.

Miller, KA, Stahl, RW, Marchesani, FS, Harbell, JW, Wallace, KA, Kruszewski, FH, Renskers, KJ, Curren, RD. A toxicity evaluation by the MICROTOX$^{tm}$ assay of twenty surfactant-containing pro-ducts and their constituent surfactants and preservatives. *In Vitro Toxicology - 10th Anniversary Symposium of CAAT*; Baltimore, MD; April, 1992.

Miller, KA, Stahl, RW, Marchesani, FS, Harbell, JW, Wallace, KA, Kruszewski, FH, Renskers, KJ, Curren, RD. A toxicity evaluation by the MICROTOX$^{tm}$ assay of twenty surfactant-containing products and their constituent surfactants and preservatives [abstract]. In: Goldberg, AM, ed. *Alternative Methods in Toxicology,* Vol. 9, *In Vitro Toxicology: Tenth Anniversary Symposium of CAAT*. New York: Mary Ann Liebert, Inc., 1993: 240.

Ptchelinstev, D, Frierson, M, Pennisi, S, Renskers, K, Dickens, M, Klopman, G. The computer auto-mated structure evaluation for toxicology (CaseTox) methodology as an *in vitro* assessment of eye irri-tation potential [abstract]. In: Goldberg, AM, ed. *Alternative Methods in Toxicology,* Vol. 9, *In Vitro Toxicology: Tenth Anniversary Symposium of CAAT*. New York: Mary Ann Liebert, Inc., 1993: 242.

Remtulla, MA, Renskers, KJ, Goodman, JJ. (1989). Measurement of natural sunlight exposure required to produce minimal erythema dose on human skin. *Dermal Clinical Evaluation Society Poster Session*; Fairfield, NJ; June, 1989.

Renskers, KJ. (1991) Partial purification and characterization of phenolsulfoteansferase from human brain. Doctoral Dissertation/Thesis. State University of New York at Buffalo.

Renskers, KJ, Roth, JA. Partial characterization of human brain phenolsulfotransferase [abstract]. *Fed. Proc*. 1979;38(3):380.

Renskers, KJ, Feor, KD, Roth, JA. Sulfation of dopamine and other biogenic amines by human brain phenolsulfotransferase. *J. Neurochem*. 1980;34(6):1362-1368.

Renskers, KJ, Thornton, JC, Grove, GL. Comparison of three devices commercially available to measure skin moisture content. *8th International Symposium on Bioengineering and the Skin*; Milwaukee, WI; June, 1988.

Renskers, KJ, Thornton, JC, Grove, GL. Comparison of three devices commercially available to measure skin moisture content. *Dermal Clinical Evaluation Society Poster Session*; Fairfield, NJ; June, 1989.

Roth, JA, Rivett, AJ, Renskers, KJ. Characterization of human brain phenolsulfotrans-ferase. *Psychopharmacol. Bull*. 1981;17(3):48-49.

Roth, JA, Rivett, AJ, Renskers, KJ. Characterization of human brain phenolsulfotransferase. In: Sandler, M, Usdin, E, eds. *Phenolsulfotransferase in Mental Health Research*. London: MacMillan Publishing Co. Ltd., 1981: 74-85.

Roth, JA, Rivett, AJ, Renskers, KJ. Properties of human brain phenolsulfotransferase and its role in the inactivation of catecholamine neurotransmitters. In: Mulder, GJ, Caldwell, J, VanKempen, GMJ, Vonk, RJ, eds. *Sulfate Metabolism and Sulfate Conjugation*. London: Taylor & Francis Ltd., 1982:107-114.

Stephens, TJ, Drake, K, Renskers, KJ, Teal, J, Penney, D, Kaminsky, M, Gray, T, North-Root, H. Preliminary evaluation of the mouse ear swelling test (MEST) [abstract]. *The Toxicol*. 1987;7(1):83.

Stern, M, Klausner, M, Alvarado, R, Renskers, K, Dickens, M. Evaluation of the EpiOcular™ tissue model as an alternative to the Draize eye irritation test. *Toxicol. In Vitro* 1998;12:455-461.

Tocco, DR, Renskers, K, Zimmerman, EF. Diazepam-induced cleft palate in the mouse and lack of correlation with the H-2 locus [abstract]. *Teratol*. 1987;35(2):53A.

Tocco, DR, Renskers, K, Zimmerman, EF. Diazepam-induced cleft palate in the mouse and lack of correlation with the H-2 locus. *Teratol*. 1987;35(3):439-445.