## <u>CURRICULUM VITAE</u>

**MAX WIZNITZER, M.D.**

**DATE & PLACE:**    March 4, 1953
  **OF BIRTH**       Panama City, Republic of Panama

**ADDRESS:**    Rainbow Babies and Children's Hospital (work)
11100 Euclid Avenue
Cleveland, Ohio  44106
Phone:  (216) 844-3691

2686 Belvoir Boulevard (home)
Shaker Heights, Ohio  44122
Phone:  (216) 321-5666

**CITIZENSHIP:** United States

| **MARITAL STATUS:** | Wife | Debra Susan Peskin |
| --- | --- | --- |
| | Children | Joshua Adam |
| | | Pamela Shayna |
| | | Nathaniel Marc |

**EDUCATION:**

**College:**

Northwestern University Honors Program in Medical Education, B.S. Med., 1971-75.

**Medical School:**

Northwestern University, M.D., 1973-77.

**Post-Graduate:**

Children's Hospital Medical Center
Cincinnati, Ohio
Resident in Pediatrics, 1977-80.

Cincinnati Center for Developmental Disorders
Cincinnati, Ohio
Fellow in Developmental Disorders, 1980-81.

Children's Hospital of Philadelphia
Philadelphia, Pennsylvania
Fellow in Pediatric Neurology, 1981-84.

Albert Einstein College of Medicine
Bronx, New York
NIH National Research Service Award

Fellow in Higher Cortical Functions, 1984-86.

**ACADEMIC APPOINTMENTS:**

**CASE WESTERN RESERVE UNIVERSITY**

Assistant Professor of Pediatrics  1986-1993
Assistant Professor of Neurology   1986-1993
Assistant Professor of International Health  1991-1993
Associate Professor of Pediatrics  1993 -
Associate Professor of Neurology   1993 -
Associate Professor of International Health 1994-

**HOSPITAL APPOINTMENTS:**

Assistant Attending Neurologist
Montefiore Medical Center Headache Unit,     Bronx, New York
1984 - 1986

Assistant Attending Physician
Department of Neurology
Montefiore Medical Center, Hospital of the
Albert Einstein College of Medicine Division, Bronx, New York
1985 - 1986

Assistant Attending Physician
Department of Neurology
Bronx Municipal Hospital Center, Bronx, New York
1985 - 1986

Associate Pediatrician
University Hospitals of Cleveland, Cleveland, Ohio
1986 -

Associate Neurologist
University Hospitals of Cleveland, Cleveland, Ohio
1986 -

Neurologist
Cerebral Palsy Clinic
Rainbow Babies and Children's Hospital, Cleveland, Ohio
1986 - 1991

Director, Evoked Potentials Laboratory
University Hospitals of Cleveland, Cleveland, Ohio
1986 - 1991, 1992 - 1999

Associate Director, Evoked Potentials Laboratory
University Hospitals of Cleveland, Cleveland, Ohio
1991 - 1992

Consultant Staff
Pediatrics (Neurology)
Lakewood Hospital, Lakewood, Ohio
1988 - 1997

Consulting Neurologist
Rainbow Sleep Center
Rainbow Babies and Children's Hospital, Cleveland, Ohio
1989 -

Consultant Staff
Pediatrics
Geauga Regional Hospital
Munson Township, Ohio
1992 - 2000

Co-Director
Rainbow Autism Center
Rainbow Babies and Children's Hospital, Cleveland, Ohio
1991-1992

Director
Rainbow Autism Center
Rainbow Babies and Children's Hospital, Cleveland, Ohio
1992 -

Chief
Division of Pediatric Neurology
Rainbow Babies and Children's Hospital, Cleveland, Ohio
1992 – 1995

Consultant Staff
Pediatrics
Southwest General Hospital
Middleburgh Heights, Ohio
1998 - 2001

## HONORS AND AWARDS

NIH National Research Service Award
Albert Einstein College of Medicine
Bronx, New York
1984 - 1986

Professional of the Year
Autism Society of Ohio
1991

**GRANTS**

NIH National Research Service Award
Albert Einstein College of Medicine
Bronx, New York
1984 -1986

National Institutes of Health (NINCDS):
Nosology:  Higher Cerebral Function Disorders in Children.  Ronald David, M.D., Principal Investigator.  Dr. Wiznitzer was consulting neurologist at CWRU, 1986 - 1988.

Rainbow Babies & Children's Research Grant
Electrophysiology of Perception in Language Disorders
Rainbow Babies & Children's Hospital
Cleveland, Ohio
1987 - 1988

National Institutes of Health (NINCDS) - (#N520489-05 - Program Project) Nosology of Higher Cerebral Function Disorders in Children. Principal Investigator: Isabelle Rapin, M.D.  Annual Direct Costs:  $116,788; Period of Support: 6/1/88 - 5/31/93; Dr. Wiznitzer's effort 25%.

National Institutes of Health (NINCDS) - (RO1 NS 27641) Neurodevelopmental Status in HIV+ Ugandan Infants.  Principal Investigator: Karen Olness, M.D. Annual Direct Costs: $255,022. Period of Support 7/1/90 - 6/30/93.  Dr. Wiznitzer's effort 20%.

National Institutes of Health (NICHD) – (PO1 HD/DC35469) Neurobiology and Genetics of Autism. Principal Investigator (CWRU): Max Wiznitzer, M.D.  Annual Direct Costs: Period of Support  7/1/97 – 6/30/01.  Dr. Wiznitzer's effort: 15%

Medical College of Georgia NIH R01 U10-HL52193 Stroke Prevention (STOP I and II) Trial in Sickle Cell Disease Local P.I. - Brian Berman Consultant Neurologist - Max Wiznitzer, M.D. 1994 – present

Prentiss Foundation
Quantitative Analysis of Brain Electrical Activity in Preschool Children with Autism: Maturational Patterns and Sleep Evolution.  Principal Investigators: Max Wiznitzer, MD and Mark Scher, MD, 2000-2002..

**LICENSURE AND BOARD CERTIFICATION**

American Board of Pediatrics, 1982.
American Board of Psychiatry and Neurology, with special qualification in Child Neurology, 1986.
National Board of Medical Examiners, 1978.
State Medical Board of Ohio, 1979.
State Medical Board of Pennsylvania, 1981.

State Medical Board of New York, 1984.

## PROFESSIONAL SOCIETIES

American Academy of Pediatrics
American Academy of Neurology
Child Neurology Society

## PROFESSIONAL SERVICE

### PEER REVIEW PROCESS

Reviewer - Comprehensive Sickle Cell Program Site Visit,
National Heart, Lung and Blood Institute
National Institutes of Health

Columbia Presbyterian Hospital
New York, New York
April 6-8, 1992

Children's Hospital of Philadelphia
Philadelphia, Pennsylvania
April 26-28, 1992

Children's Hospital Medical Center
Cincinnati, Ohio
May 17-19, 1992

Reviewer - Leadership Education in Neurodevelopmental
Disabilities Grants

Maternal and Child Health Bureau
Rockville, Maryland
May 16-18, 1995

Journal Reviewer:
Neurology 1988 - 1994
Annals of Neurology 1991
Lancet 2000 -
Journal of Developmental and Behavioral Pediatrics 2000
Clinical Therapeutics 2000

Examiner - American Board of Psychiatry and Neurology
1993, 1995, 1997, 1998, 1999, 2002.

### ADVISORY GROUPS - LOCAL ORGANIZATIONS

Lake County Society for Rehabilitation of Children and Adults
Medical Advisory Board
1986 - 1995

Cuyahoga Association for Children and Adults with Learning Disabilities
Medical Advisory Board
1988 - 1997

Epilepsy Foundation of Northeast Ohio
Family Support Advisory Committee
1991 -

Cuyahoga Special Education Service Center
Subgroup on Programs and Services for Children and Youth with Autism
1991 -

Northeast Ohio Rett's Syndrome Association
Medical Advisory Board
1991 -

Cleveland Playhouse
Technical Advisor for play "David's Mother" about autistic boy.
1991

Cuyahoga Special Education Service Center
Regional Resource Network – Autism
1993 -

Parma Schools Special Education
Medical Advisory Board
Department
1995 –

Achievement Center for Children
Challenge Camp Committee
1997 -
Autism Society of Greater Cleveland
Board of Directors
1998 - 2001

Beech Brook
Advisory Committee for Early Childhood Center
2000 -

Autism Society of Greater Cleveland
Professional Advisory Board
2001 -

**ADVISORY GROUPS - STATE ORGANIZATIONS**

Autism Society of Ohio
Professional Advisory Board
1990 -

Committee on Children with Disabilities

Ohio Chapter, American Academy of Pediatrics and Bureau for
Children with Handicaps
1995 -

Pervasive Developmental Disorders Committee
Ohio Department of Health
1998 -

Workshop: Designing the Development of an Initiative for Comprehensive
Statewide Planning to Serve Children with the Autistic Spectrum Disorder.
Great Lakes Area Regional Resource Center and Ohio Department of
Education
2000

Autism Leadership Workgroup
Ohio Department of Education
2000 -

**ADVISORY GROUPS - NATIONAL ORGANIZATION**

Autism Society of America
Medical Advisory Board
1993 - 1997

Practice Committee
Child Neurology Society
1996 - 1997

Ad Hoc Committee on Stroke
Child Neurology Society
Report: Recognition and Treatment of Stroke in Children –
Presented to NIH Meeting on Stroke
1996

Screening Working Group
Working Conference on the State of the Science in Autism:
Screening and Diagnosis
National Institutes of Health
1998

Classification Category Review Committee
Vaccine Adverse Event Reporting System
1998

Chairman – Behavioral Neurology Special Interest Group
Child Neurology Society
2002-

Task for Integration of Society of Developmental Pediatrics
Child Neurology Society
2002-

## EDUCATIONAL ACTIVITIES

### DEPARTMENT OF PEDIATRICS

#### Regular Teaching Activities

Ward Teaching Attending Physician - 1 month/year
1987 - 1992

Neurology Teaching Attending - 4 to 8 months/year
1986 -

#### Conferences/Lectures

### Grand Rounds

#### Rainbow Babies and Children's Hospital

| | |
|---|---|
| Somatosensory Evoked Potentials in Pediatrics | 1988 |
| Multiple Sclerosis in Childhood | 1988 |
| Chorea | 1989 |
| Seizure Equivalents | 1990 |
| Seizure Types and Syndromes | 1990 |
| Stroke in Sickle Cell Disease | 1993 |
| Attention Deficit Hyperactivity Disorder | 1993 |
| Diagnosis and Management of Migraine Headache | 1995 |
| Autism & Pervasive Developmental Disorders | 1998 |
| Mitochondrial Disorders | 1999 |
| The Biologic Basis of Neuropsychiatric Disorders in Childhood | 1999 |
| ADHD through the Lifespan | 2001 |

#### MetroHealth Medical Center

| | |
|---|---|
| Autism | 1990 |
| Cerebrovascular Disease of Sickle Cell Anemia | 1991 |
| Magnetic Resonance Imaging in Pediatrics | 1992 |
| Autism and Pervasive Developmental Disorders | 2000 |

#### Lakewood Hospital

| | |
|---|---|
| Language Disorders in Children | 1988 |
| Neonatal Seizures | 1991 |
| Autism | 1993 |

#### Management Conference

| | |
|---|---|
| Use of Evoked Potentials in the Intensive Care Unit | 1987 |
| Muscle Disease and Hysteria | 1988 |
| Brainstem Lesions | 1988 |
| Sturge Weber Syndrome | 1990 |
| Neonatal Seizures | 1991 |
| Stroke in Childhood | 1993 |

| | | |
|---|---|---|
| Acute Ataxia/Stroke | | 1994 |
| Infant Botulism | 1994 | |
| Complex Partial Seizures | | 1994 |
| Stroke | | 1994 |
| HIV-Developmental Regression | | 1995 |
| Epileptic Aphasia | | 1996 |
| Autism | | 1998 |

**Pediatric Research Seminar**
       Magnetic Resonance Angiography in Pediatrics       1991

**Rainbow Ambulatory Practice Conference Series**
       Seizure Disorders       1989

**Pediatric Emergency Medicine Core Lecture Series**
       Evaluation of Altered Mental Status       1989

**Pediatric Intensive Care Unit Lecture Series**
       Increased Intracranial Pressure/Brain Death       1987-91

**Intern Course in General Pediatrics**
       Febrile Seizures       1991

**Board Review Course**

| | |
|---|---|
| Increased Intracranial Pressure | 1990-91 |
| Hypotonia & Progressive Weakness | 1992-96 |
| Attention Deficit-Hyperactivity Disorder | 1992-93 |
| Developmental Delay | 1995 |

## DEPARTMENT OF NEUROLOGY

**Regular Teaching Activities**
       Pediatric Neurology Teaching Attending - 4 to 8       1986-
       months/years

## Conferences/Lectures

**Grand Rounds, University Hospitals of Cleveland**

| | |
|---|---|
| Evoked Potentials in Neurology | 1987 |
| Multiple Sclerosis in Childhood | 1988 |
| Autism and the Pervasive Developmental Disorders | 1999 |
| Cerebrovascular Events in Sickle Cell Disease | 2001 |

**Department of Neurology Teaching Series**
       Evoked Potentials       1988,1991

**Neurosurgery Basic Science Course**
       Spinal Reflexes and Spasticity       1990

**Neurology Core Series**

| | |
|---|---|
| Pediatric Epileptic Syndromes | 1995 |

**Epilepsy Conference**

| | |
|---|---|
| Benign Epilepsies of Childhood | 1996 |

## DEPARTMENT OF PSYCHIATRY

**Regular Teaching Activities**

| | |
|---|---|
| Child Psychiatry Rotation in Pediatric Neurology | 1993 |

**Conference/Lectures**

**Child Psychiatry Teaching Series**

| | | |
|---|---|---|
| Seizures | | 1992 |
| Development of Neuromotor Function | 1992 | |
| Autism | | 1994 |
| Medication for Pervasive Developmental Disorders | | 1995 |
| Organic Causes of Obsessive Compulsive Disorder | | 1997 |
| Neurocutaneous Disorders | | 1997 |
| Pediatric Seizure Disorders | | 1997 |
| Mental Retardation | | 1998 |
| Motor Development | | 1998 |
| Autism | | 1999 - |

**Grand Rounds**

| | |
|---|---|
| Update on Autism | 1991 |
| Neurobiology of Obsessive Compulsive Disorder | 1998 |
| Case Report (Wilson's Disease): A Collaboration | |
| Of Child Psychiatry, Pediatric Neurology & Genetics | 2001 |

**Core Lecture Series**

| | |
|---|---|
| Behavioral Aspects of Seizures | 1992 |

**Neurophysiology Series**

| | | |
|---|---|---|
| Occipital & Parietal Epilepsies | 2001 | |
| Pediatric Epileptic Syndromes | 2001 | |
| Evoked Potentials | | 2001 |

## SCHOOL OF MEDICINE

| | |
|---|---|
| Neuroscience Core Clerkship-Pediatric Neurology | |
| Vignettes | 1991- |
| Elective in Child Neurology | 1986- |
| Health Careers Enhancement Program for Minorities | |
| Lesch-Nyhan Syndrome | 1999- |

**Lectures**

**Phase II - Nervous System Committee**

| | |
|---|---|
| Pediatric Disorders of Higher Cortical Function | 1980 |
| Pediatric Epileptic Syndromes | 1989-2000 |

|  |  |
|---|---|
| Case Presentations in Epilepsy | 1989-2000 |

**Annual Course in International Health**
Neurodevelopmental Issues in Pediatric AIDS          1991-92

<u>SCHOOL OF NURSING</u>
Acute Care Pediatric Nurse Practitioner Program - Headaches          1995
Pediatric Nurse Practitioner Program: Chronic Disorders –
Attention Deficit Hyperactivity Disorder and Autism          1997-

<u>CASE WESTERN RESERVE UNIVERSITY</u>

**Department of Psychology**
Pediatric Psychology Seminar          1988-89

**Ph.D. Thesis Committee**
Nancy Hall, Department of Communication Sciences  1991
Topic: Dysfluences in Developmental Language Disorders

<u>CLEVELAND STATE UNIVERSITY</u>

**School of Education**
Medical Aspect of Disabilities - Autism          1991-97

<u>ORIGINAL PAPERS</u>

1.          Wiznitzer M, Packer RJ, August CS, Burkey ED.  Neurologic complications of bone marrow transplantation (BMT) in childhood.  Ann Neurol 1984;16:569-576.

2.          Wiznitzer M, Younkin D.  Phenobarbital-induced dyskinesia in a neurologically-impaired child.  Neurology 1984 34:1600-1601.

3.          Wiznitzer M, Packer RJ, Rorke LB, Meadows AT.  Cerebellar sclerosis in pediatric cancer patients.  J Neurooncol 1987;4:353-360.

4.          Wiznitzer M, Rapin I, Van DeWater TR.  Neurologic findings in children with ear malformations. Int J Pediatr Otorhinolaryngol 1987; 13:41-55.

5.          Novak GP, Wiznitzer M, Kurtzberg D, Giesser BS, Vaughn Jr HG.  The utility of visual evoked potentials using hemifield stimulation and several check sizes in the evaluation of suspected multiple sclerosis.  Electroencephalogr Clin Neurophysiol 1988;71:1-9.

6.          Allen D, Rapin I, Wiznitzer M.  Communication disorders of preschool children: The physician's responsibility.  J Dev Behav Pediatr 1988;9:164-170.

7.          Masaryk TJ, Modic MT, Ross JS, Ruggieri PM, Laub GA, Lenz GW, Haacke EM, Selman WR, Wiznitzer M, Harik SI. Intracranial circulation:  Preliminary clinical results with three-dimensional (volume) MR angiography. Radiology 1989; 171:793-700.

8.      Ross JS, Masaryk TJ, Modic MT, Harik SI, Wiznitzer M, Selman WR. Magnetic resonance angiography of the extracranial carotid arteries and intracranial vessels: A review. Neurology 1989; 39:1369-1376.

9.      Lewin J, Masaryk TJ, Modic MT, Ross JS, Stork EK, Wiznitzer M.  Extracorporeal membrane oxygenation in infants: Angiographic and parenchymal evaluation of the brain with MR imaging.  Preliminary results. Radiology 1989; 173:361-365.

10.     Novak GP, Ritter W, Vaughn Jr HG, Wiznitzer M.  Differentiation of negative event-related potentials in an auditory discrimination task.  Electroencephalogr Clin Neurophysiol 1990; 75:255-275.

11.     Lanska MJ, Roessmann U, Wiznitzer M.  MRI in cervical cord birth injury. Pediatrics 1990; 85:760-764.

12.     Wiznitzer M, Masaryk TJ, Lewin J, Stork EK, Walsh M.  Parenchymal and vascular magnetic resonance imaging after extracorporeal membrane oxygenation. AJDC 1990, 1440:1323-1326.

13.     Wiznitzer M, Ruggierri PM, Masaryk TJ, Modic MT, Ross JS, Berman B. Diagnosis of cerebrovascular disease in sickle cell anemia using magnetic resonance angiography. J Pediatr 1990; 117:551-555.

14.     Spector ML, Wiznitzer M, Walsh-Sukys MC, Slater-Myer LP, Stork EK. Carotid reconstruction in the neonate following ECMO.  J Pediatr Surg 1991; 26:357-361.

15.     Wiznitzer M, Berman B.  Subarachnoid hemorrhage in sickle cell anemia:  Evaluation using parenchymal and angiographic magnetic resonance imaging.  Neurology 1991; 41:1521-1522.

16.     Wiznitzer M, Masaryk TJ.  Cerebrovascular abnormalities in pediatric stroke: angiographic and parenchymal evaluation of the brain using magnetic resonance imaging. Ann Neurol 1991; 29:585-589.

17.     Ryan SG, Wiznitzer M, Hollman C, Torres MC, Szekeresova M, Schneider S.  Benign familial neonatal convulsions:  Evidence for clinical and genetic heterogeneity.  Ann Neurol 1991; 29:469-473.

18.     Smith AS, Wiznitzer M, Karaman BA, Horwitz SJ, Lanzieri CF.  MRA/MRI of vascular occlusion in a four year old boy with progeria.  AJNR 1993; 14:441-443.

19.     Jacobs DS, Smith AS, Lanzieri CF, Wiznitzer M.  MR angiography in Menke's kinky hair disease:  Characteristic MR angiographic findings.  AJNR 1993;14:1160-1163.

20.     Bednarczyk EM, Miraldi F, Nelson AD, Little D, Remler B, Wiznitzer M, Leisure G, Goyer P, Adler L, Berridge M, Green J.  Assessment of the effect of ciprofloxacin vs nalidixic acid on cerebral blood flow and metabolism in healthy subjects via positron emission tomography. Psychopharmacology 1994;14:153-161.

21.     Smith AS, Haacke EM, Lin W, Berman B, Wiznitzer M.  Utility of short echo time 3D

TOF intracranial MR angiography in children compared to adults. AJRN 1994; 15:1557-1564.

22.     Findling RL, Maxwell K, Scotese-Wojtila L, Huang J, Yamashita T, Wiznitzer M. High-dose pyridoxine and magnesium administration in children with autistic disorder: an absence of salutary effects in a double-blind, placebo-controlled study. J Autism Develop Disorders 1997;27:467-478.

23.     Drotar D, Olness K, Guay L, Marum L, Wiznitzer M, Hom D, Svilar G, Fagan J F. Neurodevelopmental outcomes of Ugandan infants with Human Immunodeficiency virus HIV-1 infection. Pediatrics 1997;100:e5.

24.     Findling RL, Maxwell K, Wiznitzer M. An open clinical trial risperidone monotherapy in young children with autistic disorder.  Psychopharmacol Bull 1997; 33:155-159.

25.     Drotar D, Olness K, Wiznitzer M, Schatschneider C, Marum L, Guay L, Fagan J, Hom D, Svilar G, Ndugwa C, Mayengo RK.  Neurodevelopmental outcomes of Ugandan infants with HIV infection.  Health Psychology 1999;18:114-121.

26.     Szilgethy EM, Swift DK, Wiznitzer M, Branicky, Maxwell K, Findling RL.  Risperidone-induced hepatotoxicity in children and adolescents: a chart review study. J Child Adolesc Psychopharmacol 1999;9:93-98.

27.     deVeber G, Roach ES, Riela AR, Wiznitzer M.  Stroke in children: recognition, treatment, and future directions.  Sem Pediatr Neurol 2000;7:309-317.

28.     Riley D, Wiznitzer M, Zinn A, Schwartz S.  A 13-year-old boy with cognitive impairment, retinoblastoma and Wilson's disease.  Neurology 2001;57:141-143.

29.     Ball R, Halsey N, Braun MM, Moulton LH, Gale AD, Rammohan K, Wiznitzer M, Johnson R, Salive ME, VAERS Working Group.  Development of case definitions for acute encephalopathy, encephalitis, and multiple sclerosis reports to the Vaccine Adverse Event Reporting System.  Am J Epidemiol 2002 Aug;55(8):819

30.     Goyal M, Bangert BA, Wiznitzer M.  Mesial temporal sclerosis in acute childhood leukemias.  Epilepsia (in press).

31.     Scher MS, Wiznitzer M.  Fetal and neonatal stroke.  Clin Pernatol (in press).

32.     Wiznitzer M, Bangert BA.  Myelopathy in biotinidase deficiency: Clinical and MRI features.  (submitted).

33.     Neilson DE, Eiben RM, Waniewski S, Hoppel CL, Varnes ME, Bangert BA, Wiznitzer M, Warman ML, Kerr DS.  Autosomal dominant acute necrotizing encephalopathy. (submitted).

**BOOK CHAPTERS**

1.      Horwitz SJ, Wiznitzer M.  Strokes in childhood.  In: Daroff RB, Fenichel GM, Marsden CD (Eds), Neurology in Clinical Practice. Butterworth-Heinemann, Boston, 1990; 979-982.

2.      Wiznitzer M. Neuroelectrophysiologic monitoring.  In: Blumer JL (ed). A Practical Guide To Pediatric Intensive Care, Mosby Year Book, St. Louis, 1990; 891-904.

3.      Wiznitzer, M. Headaches.  In:  Reece RM (ed).  Manual of Emergency Pediatrics (4th Edition).  W.B. Saunders Co., Philadelphia, 1992; 358-359.

4.      Brann A, Wiznitzer M.  Neonatal Seizures.  In: Fanaroff A, Martin R (ed).  Neonatal-Perinatal Medicine: Diseases of the Fetus and Infant, Mosby Year Book, St. Louis, 1992; 729-734.

5.      Smith A, Wiznitzer M. Pediatric magnetic resonance angiography.  In: Haacke EM, Potche EJ, Gottschalk A, Siebert JE (eds).  Magnetic Resonance Angiography: Concepts and Application, BC Decker, Inc., Mosby-Year Book, 1993, 452-472.

**ABSTRACTS**

1.      Wiznitzer M, Packer RJ, August CS, Burkey ED. Neurologic complications of bone marrow transplantation (BMT) in childhood.  Child Neurology Society, Williamsburg, VA, 1983 (Ann Neurol 1983;14:374A).

2.      Wiznitzer M, Rapin I.  Neurologic findings in children with malformed ears.  Child Neurology Society, Memphis, TN, 1985 (Ann Neurol 1985;16:388-389A).

3.      Novak G, Wiznitzer M, Kurtzberg D.  Utility of visual evoked potentials using hemifield stimulation and several check sizes in the evaluation of suspected multiple sclerosis. American Electroencephalographic Society, Orlando, FL, 1985.

4.      Wiznitzer M, Rapin I, Van DeWater TR.  Neurologic findings in children with ear malformations.  Association for Research in Otolaryngology, Clearwater, FL, 1986.

5.      Wiznitzer M, Rapin I, Allen D.  Motor function in children with developmental language disorders.  Child Neurology Society, Boston, MA, 1986 (Ann Neurol 1986;18:413A).

6.      Osorio I, Reed RC, Remler B, Wiznitzer M, Horwitz SJ.  Effects of physiologic changes in serum glucose concentration on spike-wave activity on generalized epilepsy. Generalized Epilepsy Symposium, Montreal, Canada, 1987.

7.      Wiznitzer M, Masaryk TJ, Modic MT.  Three-dimensional magnetic resonance angiography of intracranial vasculature in children.  Child Neurology Society, Halifax, Nova Scotia, 1988 (Ann Neurol 1988; 24:358A).

8.      Lewin JS, Masaryk TJ, Wiznitzer M, Ross JS, Modic MT, Stork EK, Bryan PJ, Butler H. Three-dimensional MR angiography of the intracranial circulation in neonates following extracorporeal membrane oxygenation.  Radiologic Society of North America, Chicago, IL, 1988 (Radiology 1988;169 (p):76).

9.      Wiznitzer M, Masaryk TJ, Berman B, Shurin S. Diagnosis of cerebrovascular disease in sickle cell anemia using magnetic resonance angiography. American Society of Pediatric Hematology/Oncology, Chicago, IL, 1989. (Am J Pediatr Hematol Oncol 1990;12:107).

10.     Spector ML, Wiznitzer M, Walsh-Sukys MC, Slater-Myer LP, Stork EK. Carotid reconstruction following ECMO. Extracorporeal Life Support Organization, Ann Arbor, Michigan, 1989.

11.     Wiznitzer M, Horwitz SJ, Stork EK, Walsh M. Electroencephalographic findings before and during extracorporeal membrane oxygenation.  Extracorporeal Life Support Organization, Ann Arbor, Michigan, 1989.

12.     Wiznitzer M, Masaryk TJ, Stork EK, Walsh M.  Magnetic resonance imaging of brain parenchyma and vasculature after extracorporeal membrane oxygenation. Extracorporeal Life Support Organization, Ann Arbor, Michigan, 1989.

13.     Wiznitzer M, Masaryk TJ. Cerebrovascular abnormalities in pediatric stroke: Diagnosis using magnetic resonance angiography. Child Neurology Society, San Antonio, Texas, 1989 (Ann Neurol 1989; 26:440-441A).

14.     Wiznitzer M, Masaryk TJ, Lewin J, Stork EK, Walsh M. Parenchymal and vascular magnetic resonance imaging of the brain after extracorporeal membrane oxygenation. Child Neurology Society,San Antonio, Texas, 1989 (Ann Neurol 1989;26:455A).

15.     Masaryk TJ, Masaryk AM, Ross JS, Modic MT, Wiznitzer M, Berman B. MR angiographic and parenchymal evaluation of cerebral infarction in sickle cell anemia. Radiologic Society of North America, Chicago, IL, 1989 (Radiology 1989;173 (p):214-215).

16.     Spector ML, Wiznitzer M, Walsh-Sukys MC, Slater-Myer LP, Stork EK. Carotid reconstruction following ECMO. 6th Annual Children's National Medical Center ECMO Symposium, Breckenridge, CO., 1990.

17.     Spector ML, Wiznitzer M, Walsh-Sukys MC, Slater-Myer LP, Stork EK. Carotid reconstruction in the neonate following ECMO.  American Pediatric Surgical Association, Vancouver, British Columbia, 1990.

18.     Wiznitzer M, Berman B.  Subarachnoid hemorrhage in sickle cell disease: Evaluation using parenchymal and angiographic magnetic resonance imaging.  American Society of Pediatric Hematology/Oncology, Chicago, IL, 1990.

19.     Wiznitzer M, Smith A, Haacke EM.  Cerebral circulation after right common carotid ligation in neonates:  Follow-up at age 1 year.  Child Neurology Society, Atlanta, GA, 1990. (Ann Neurol 1990;28:412A).

20.     Ryan SG, Wiznitzer M, Torres MC, Szeberesova M, Schneider SL.  Benign familial neonatal convulsions:  Clinical and genetic heterogeneity. Child Neurology Society, Atlanta, GA, 1990.  (Ann Neurol 1990;28:416A).

21.     Neurologists from Program Project (NS20489) on Disorders of Higher Cerebral Function in Preschool Children.  Medical and neurological findings in 542 preschool children with communication disorders, autism, or mental deficiency.  Child Neurology Society, Atlanta, GA, 1990 Ann Neurol 1990;28:421A).

22.     Smith AS, Wiznitzer M, Haacke EM.  Collateral flow after extracorporeal membrane oxygenation: MR angiography at 1-year follow-up.  Radiologic Society of North America, Chicago, IL, 1990. (Radiology 1990;177 (p):312).

23.     Wiznitzer M, Smith A, Spector ML, Walsh-Sukys MC, Stork CK.  Cerebral Circulation after ECMO:  Follow-up at age 1-2 years.  7th Annual Children's National Medical Center ECMO Symposium.  Breckenridge, CO, 1991.

24.     Spector ML, Smith A, Wiznitzer M, Stork EK, Walsh-Sukys MC.  Carotid artery reconstruction in the neonate: discharge data and eighteen month follow-up.  7th Annual Children's National Medical Center ECMO Symposium, Breckenridge, CO, 1991.

25.     Spector ML, Smith A, Wiznitzer M, Stork EK, Walsh-Sukys MC.  Venous flow patterns determined by magnetic resonance angiography (MRA) after venoarterial ECMO.  7th Annual Childrens National Medical Center ECMO Symposium, Breckenridge, CO, 1991.

26.     Wiznitzer M, Smith A, Lin W, Haacke EM, Berman B.  Neurologic dysfunction in sickle cell disease:  assessment using parenchymal and angiographic magnetic resonance imaging.  Annual Meeting of National Sickle Cell Disease Program, Mobile, AL, 1991.

27.     Spector ML, Wiznitzer M, Stork EK, Walsh-Sukys MC.  Common carotid artery (CCA) reconstruction after neonatal extracorporeal membrane oxygenation (ECMO): Discharge and eighteen month follow-up.  Society for Pediatric Research, New Orleans, LA, 1991 (Pediatric Research 1991;29:235A).

28.     Smith AS, Wiznitzer M, Lanzieri CF, Tarr RW, Berman B.  MRI/MRA in sickle cell disease: Correlation with neurologic dysfunction.  American Society of Neuroradiology, Washington, DC, 1991.

29.     Smith AS, Wiznitzer M, Karaman BA, Horwitz SJ, Lanzieri CF.  Progeria:  MRA/MRI of vascular occlusion in a four year old boy.  American Society of Neuroradiology,, Washington, DC, 1991.

30.     Smith AS, Wiznitzer M, Karaman BA, Lanzieri CF, Tarr RW.  Cerebral circulation and collateral flow after ECMO:  Follow-up by MRA at 1-2 years.  American Society of Neuroradiology, Washington, DC, 1991.

31.     Smith AS, Lin W, Haacke EM, Wiznitzer M.  Cerebrovascular high resolution MR angiography-technique application.  Society of Magnetic Resonance Imaging, San Francisco, California, 1991.

32.     Spector ML, Smith A, Wiznitzer M, Walsh-Sukys MC, Stork EK.  Carotid artery reconstruction:  Two year follow-up.  8th Annual Children's National Medical Center ECMO Symposium, Breckenridge, CO, 1992.

33.     Baele H, Bondi J, Smith A, Wiznitzer M, Spector ML.  A comparison of ultrasound and magnetic resonance angiography in evaluation of neonatal carotid artery reconstruction.  8th Annual Children's National Medical Center ECMO Symposium, Breckenridge, CO, 1992.

34.     Wiznitzer M, Smith A, Haacke EM, Berman B.  Cerebrovascular abnormalities in sickle cell disease:  parenchymal and vascular magnetic resonance assessment.  American Academy of Neurology Annual Meeting, San Diego, CA, 1992.

35.     Jacobs DS, Smith AS, Lanzieri CF, Wiznitzer M.  MR angiography in Menke's kinky hair syndrome.  American Society of Neuroradiology, St. Louis, MO, 1992.

36.     Jacobs DS, Smith AS, Lanzieri CF, Stein J, Wiznitzer M.  Gadolinium in the evaluation and follow up of cerebral venous thrombosis.  American Society of Neuroradiology, St. Louis, MO, 1992.

37.     Smith AS, Haacke EM, Lin W, Berman B, Wiznitzer M.  Utility of short echo time 3D TOF intracranial MR angiography in children compared to adults.  American Society of Neuroradiology, Vancouver, BC, 1993

38.     Wiznitzer M, Smith A, Lin W, Haacke M, Berman B.  Brain MRI findings in sickle cell disease: correlation with cerebrovascular status defined by magnetic resonance angiography (MRA).  18th Annual Meeting of National Sickle Cell Disease Program, Philadelphia, PA, 1993.

39.     Kramer V, Mikati M, Shanaban R, The United States Alternating Hemiplegia Group. Alternating Hemiplegia of Childhood-Clinical manifestations.  Child Neurology Society, San Francisco, CA, 1994 (Ann Neurol 1994;36:526A).

40.     Jan LA, Wiznitzer M, Rorfman CM, George JF, Hostoffer RW. ZAP-70 SCID associated with chronic inflammatory demyelinating polyneuropathy of infancy. AAAAI/AAI/CIS. Joint meeting, San Francisco, CA, 1997 (J Allergy Clin Immunol 1997;99:S177).

41.     Riley DE, Wiznitzer M. Chromosome 13q deletion with associated developmental delay, retinoblastoma and Wilson's disease. American Academy of Neurology, Toronto, Canada, 1999.

42.     Neilson D, Waniewski S, Eiben R, Wiznitzer M, Varnes M, Hoppel C, Warman M, Kerr D.  Autosomal dominant fever-associated encephalopathy.  International Congress of Inborn Errors of Metabolism, Cambridge, UK, 2000.

43.     Ball R, Halsey N, Braun MM, Moulton LH, Gale AD, Rammohan K, Wiznitzer M, Salive ME, the VAERS Working Group.  Development of case definitions for encephalopathy, encephalitis, and multiple sclerosis to the Vaccine Adverse Event Reporting System (VAERS) of the U.S.A.  16th International Conference on Pharmacoepidemiology, International Society for Pharmacoepidemiology, Barcelona, Spain; 2000 (Pharmacoepidemiol Drug Safety 2000;9:533)

44.     Neilson D, Waniewski S, Eiben R, Wiznitzer M, Varnes M, Hoppel C, Warman M, Kerr D.  Autosomal dominant acute necrotizing encephalopathy associated with uncoupling of mitochondrial oxidative phosphorylation Mitochondria 2001, San Diego, California, 2001.

45.     Mandelbaum DE, Rosenberg E, Klein SK, Wiznitzer M, Filipek PA, Bauman B, Rapin I.  Sensorimotor skills in schoolage autistic disorder compared to other developmental disorders.  International Meeting for Autism Research, San Diego, California, 2001.

46.     Robinson S, Goyal M, Bakdash T, Wiznitzer M, Scher M, Swartz B.  Developmental brain insults and their effects on the localization of speech and motor cortex.  2001 AANS/CNS Section on Pediatric Neurological Surgery Annual Meeting, New York, New York, 2001.

47.     Goyal M, Wiznitzer M.  Mesial temporal sclerosis in acute childhood leukemias. American Epilepsy Society Annual Meeting, Philadelphia, PA, 2001

48.     Goyal M, Wiznitzer M.  Topiramate therapy in Rett Syndrome.  Child Neurology
        Society, Washington DC, 2002

49.     Falk MJ, Wiznitzer M, Robin NH.  A new syndrome among the Amish: retinitis
        pigmentosa, hypotonia, mental retardation, short stature and characteristic facial
        dysmorphism.  23rd David W. Smith Workshop on Malformations and
        Morphogenesis, Greenville, SC, 2002.

50.     McKay N, Robinson S, Goyal M, Bangert B, Wiznitzer M, Scher M, Swartz B.  High
        resolution MRI enhances identification of lesions amenable to surgical therapy in
        children with refractory epilepsy.  2002 AANS/CNS Section on Pediatric Neurological
        Surgery Annual Meeting, Phoenix, AZ, 2002.

51.     Goyal M, Wiznitzer M.  Topiramate therapy in Rett Syndrome.  American Epilepsy
        Sociaty Annual Meeting, Seattle, WA, 2002.

## INVITED LECTURESHIPS

Jefferson Medical College
Philadelphia, Pennsylvania
"MR Angiography of Cerebral Vessels: Normal and Abnormal"
April 20, 1990

Children's Hospital of Michigan
Detroit, Michigan
"Stroke in Childhood" and "MR Angiography of Cerebral Vasculature"
May 18, 1990

Hadassah Medical Center
Jerusalem, Israel
"MR Angiography of the Cerebral Circulation"
June, 19, 1990

Mulago Hospital/Makere University
Kampala, Uganda
Visiting Professor
September 3-11, 1990

Autism Society of Ohio
Akron, Ohio
"Diagnosing, Recognizing and Medical Aspects of Autism"
November 3, 1990

Sickle Cell Disease Advisory Committee Meeting
National Hear, Lung, and Blood Institute
National Institutes of Health
Bethesda, Maryland
"The Use of Magnetic Resonance Angiography"
February 22, 1991

Mulago Hospital/Makerere University

Kampala, Uganda
"Seizure Types and Syndromes"
June 4, 1991

American Society of Neuroimaging/Neurosonology Course
San Francisco, California
"Comparative Neuroimaging in Sickle Cell Anemia"
"Comparative Neuroimaging in Pediatrics: Case Presentations"
February 19-20, 1992

Autism Society of Connecticut
Hartford, Connecticut
"Autism: Medical Aspects and Diagnosis"
March 7, 1992

Children's Hospital Medical Center
Cincinnati, Ohio
"Autism"
September, 22, 1992

Autism Society of Ohio
Toledo, Ohio
"Update on Autism"
"High Functioning Autism"
October 23-24, 1992

Northeast Regional Conference on Autism
Windsor Locks, Connecticut
"Medical Aspects of Autism: An Update"
November 7, 1992

American Society of Neuroimaging
Orlando, Florida
"MR of Infantile Head Trauma"
February 4, 1993

Ohio Resource Center for Low Incidence and
Severely Handicapped: Trauma for Regional Resource
Networks Traumatic Brain Injury and Autism
Columbus, Ohio
"Autism: Etiology and Medical Complications"
May 17, 1993

Autism Society of Ohio
Independence, Ohio
"Autism: Medical Update"
October 23, 1994

American Society of Neuroimaging
Beverly Hills, California
Symposium: Neuroimaging in Pediatric Critical Care

"How and When to Use CT and MR in a Neurocritically Ill Child"
February 24, 1994

Ohio Speech and Hearing Association
48th Annual Conference
Cleveland, Ohio
"Autism/Pervasive Developmental Disorders:
Implications for the Language Specialist"
March 4, 1994

Autism Society of Ohio/Indiana/Kentucky
Cincinnati, Ohio
"Medical Update"
"Aspergers Syndrome: Variations on the Theme of Autism"
October 21-22, 1994

Northwest Ohio Special Education Regional Resource Center
Perrysburg, Ohio
"Autism and the PDD Continuum"
February 15, 1995

Autism Society of Ohio
Columbus, Ohio
"Medications in the classroom"
"Medication Use Panel"
"Medical Update (Keynote Speech)"
November 2-3, 1995

Mid-East Ohio Special Education Regional Resource Center
Cuyahoga Falls, Ohio
"Practice Issues in Autism/Pervasive Developmental Disorders"
November 14, 1995

Ohio Federation Council for Exceptional Children
43rd Annual Convention
Cleveland, Ohio
"Autism/Pervasive Developmental disorder: Identification and
Impact in the Classroom"
November 17, 1995

1995 Mahoning Valley Mental Health Series Lecture
Youngstown State University
Youngstown, Ohio
"A Primer of Childhood Autism"
"Current Trends in the Study of Autism"
November 30, 1995

Lincolnway Special Education Regional Resource Center
Canton, Ohio
"Autism and the Pervasive Developmental Disorders
Continium - Diagnosis and Management"

March 20, 1996

Autism '96
Phoenix, Arizona
"Autism - Etiologic Considerations"
March 23, 1996

West Central Ohio Special Educational Regional
Resource Center
Wapakoneta, Ohio
"Autism and Classroom Strategies"
April 19, 1996

Autism '96
Baltimore, Maryland
"Autism - Etiologic Considerations"
April 27, 1996

Autism '96
Dallas, Texas
"Medication use in Autism"
May 18, 1996

1996 Summer Institute on Autism
Duquesne University & The Autism Center Children's Hospital
Of Pittsburgh
Pittsburgh, Pennsylvania
"The Why of Autism: Past, Present and Future"
"Sleep in Children with Autism"
Autism '96

Atlanta, Georgia
"Assessing the Assessment"
September 21, 1996

Ohio Association of Pupil Services Administrators
Columbus, Ohio
"Autism-Its Various Diagnostic Categories, Therapies &
Implications"
October 11, 1996

Autism '96
Denver, Colorado
"Assessing the Assessment"
October 26, 1996

Enabling the More Challenged Individual with Autism
Dallas, Texas
"Why Won't My Child Sleep"
"Tempers & Tantrums: Medication Options"
December 7, 1996

Autism '96
San Diego, California
"Assessing the Assessment"
December 14, 1996

Autism '97
Phoenix, Arizona
"Assessing the Assessment"
January 25, 1997

National Autism Symposium
St. Louis, Missouri
"The Assessment of a Child with Autism/Pervasive Developmental
Disorder: A Rational Approach"
February 22, 1997

Autism '97
San Francisco, California
"Assessing the Assessment"
March 22, 1997

Indiana Speech and Hearing Association
Indianapolis, Indiana
"The Assessment of the Child with Autism/Pervasive
Developmental Disorder"
April 3, 1997

Ohio Head Start Association
Columbus, Ohio
"Autism"
April 10, 1997

Ohio School Psychologist Association
Westlake, Ohio
"The Assessment of the Child with Autism/Pervasive
Developmental Disorder"
May 9, 1997

Autism '97
St. Louis, Missouri
"After the Assessment: The Next Steps"
May 10, 1997

Texas Autism Society Annual Meeting
Corpus Christi, Texas
"Pharmacology of Autism"
September 5, 1997

Autism:  After the Diagnosis, What's Next?
Denver, Colorado

"After the Diagnosis: The Next Step"
September 20, 1997

Choosing Appropriate Interventions for Individuals
with Autism
Nashua, New Hampshire
"Using Medications as an Intervention Strategy"
September 27, 1997

Autism Society of Ohio Annual Meeting
Toledo, Ohio
"Medical Update"
"Sleep Disturbances in Autism"
October 17-18, 1997

Autism '97 – From Diagnosis to Effective Intervention
Philadelphia, Pennsylvania
"Assessing the Assessment"
November 1, 1997

Mapping New Courses Conference (MAAP Services and
Indiana Resource Center for Autism)
Indianapolis, Indiana
"Parent Survival"
"Neurobiology of Autism"
November 4, 1997

Autism '97 – From Diagnosis to Effective Intervention
Detroit, Michigan
"Assessing the Assessment"
November 8, 1997

Autism Update
Woking, England
"Medications as an Intervention Strategy"
November 28-29, 1997

Autism '98
Columbia, South Carolina
"Pharmacology of Autism"
February 6, 1998

Indiana Speech & Hearing Association
Indianapolis, Indiana
"Attention Deficit Hyperactivity Disorder"
February 7, 1998

1998 National Autism Symposium
Kansas City, Missouri
"After the Diagnosis: Offering Practical Approaches to
Parents"

March 21, 1998

18th Annual Super Conference on Special Education
Louisiana Federation Council for Exceptional Children
Baton Rouge, Lousiana
"Autism Minicourse"
April 2, 1998

Autism '98
Bolingbrook, Illinois
"Medication as an Intervention Strategy"
April 24, 1998

American Academy of Neurology Annual Meeting
Child Neurology Course
Minneapolis, Minnesota
"Common Behavioral Issues in Child Neurology"
April 26, 1998

The Child with Special Needs: Autism Preconference
Anaheim, California
"Medical Treatment in Autism"
April 28, 1998

Autism '98
Baltimore, Maryland
"After the Diagnosis: Treatment Options"
May 2, 1998

Autism Conference in Northern Ireland
"Medications and Treatments"
June 5-6, 1998

Autism Society of Indiana Annual Meeting
Indianapolis, Indiana
"Medication Use in Autism"
"Practical Issues in Autism"
June 27, 1998

Autism Conference in Hawaii
Honolulu, Hawaii
"After the Diagnosis: Intervention Options"
October 23, 1998

1998 Conference on Autism
Children's Hospital of Pittsburgh
Pittsburgh, Pennsylvania
"Medical Perspectives on Autism: Panel Discussion"
"Attention Issues"
October 30, 1998

Ohio Federation Council for Exceptional Children
46th Annual Convention
Columbus, Ohio
"Understanding Medication: Effects on Learning and Classroom"
"Autism: the Education Basics"
November 13, 1998

Wisconsin School Psychologists' Association
Spring Meeting
Appleton, Wisconsin
"Diagnosis and Assessment of Autism"
"Neurobiology of Autism"
"Treatment of Autism"
March 18, 1999

American Academy of Neurology Annual Meeting
Toronto, Canada
"Common Behavioral Issues in Child Neurology"
April 19, 1999

Autism Society of Ohio Annual Meeting
Independence, Ohio
"Medical Update in Autism"
"When Autism Isn't"
April 23, 1999

The Child with Special Needs: Autism Preconference
Washington, D.C.
"Medication Choices in Autism"
"Secretin and Other Alternative Therapies"
April 26, 1999

The Child with Special Needs
Washington, D.C.
"Neuropsychiatric Disorders in Infants, Toddlers and
Preschoolers: Depression, Anxiety and OCD"
April 27, 1999

Autism '99
Nashville, Tennessee
"Assessing the Assessment"
"Practical Issues in Autism"
May 6, 1999

Autism Society of Michigan Spring Conference
Lansing, Michigan
"Autism: Research, Treatment and Issues in Daily Life"
May 7, 1999

Miami Valley Special Education Regional Resource Center
Dayton, Ohio

"Autism: The Education Basics"
"Autism: Understanding Medication"
May 10, 1999

Ohio Developmental Disabilities Council
Columbus, Ohio
"Autism: Best Practices Guidelines for the State of Ohio"
September 3, 1999

Shaping the Future: Strategies for Enhancing Learning in
the School Environment
Saint Francis College
Loretto, Pennsylvania
"Medical Aspects of Autism"
"Overview of Autism"
September 24, 1999

American Academy of Pediatrics
Practical Pediatrics CME Course
San Francisco, California
"Autism and the Pervasive Developmental Disorders"
"Hypotonia in the Infant"
"Migraine Headaches"
"ADHD: What It Is and What It Isn't"
September 30-October 2, 1999

Ohio Department of Education, Division of Early Childhood
Education's Annual Conference
Columbus, Ohio
"Effects of Medications on Children and the Learning Process"
"Autism & Related Disorders: Clinical Features and Assessment"
October 12, 1999

Columbus Special Education Regional Resource Center
Columbus, Ohio
"Autism: Diagnosis and Intervention"
March 10, 2000

Agency for Jewish Education
Southfield, Michigan
"Childhood Disorders Affecting Socialization"
March 12, 2000

Indiana Speech - Language - Hearing Association
2000 Convention
Ft. Wayne, Indiana
"Autism and the Pervasive Developmental Disorders"
April 13, 2000

American Academy of Neurology Annual Meeting
San Diego, California
Child Neurology II Course
"Common Behavioral Issues in Children"
May 3, 2000

Southwest Virginia Regional Coordinating Councils
9th Annual New Horizons Conference
Abingdon, Virginia
"Traditional and Alternative Medical Treatments of Autism"
May 4, 2000

Autism 2000
Houston, Texas
"Toilet Training, Sleep Problems and Other Challenges"
May 19, 2000

The Child with Special Needs - Autism Preconference
San Francisco, California
"Medication Choices and Alternative Therapies with Autism"
May 21, 2000

The Child with Special Needs
San Francisco, California
"Spells"… Is It a Seizure or Isn't It?  Recognition, Subtle Signs, Meaning and
Practical Management"
"Sleep Disorders and Disturbances in Children with Special Needs"
May 22-23, 2000

Children's Hospital and Health Center
Current Concepts in Child Neurology
San Diego, California
"Depression in Childhood - An Under-recognized Disorder"
"Evaluation of Aggression, Rage and Obsessive Compulsive Disorder"
"Diagnosis, Differential and Management of ADHD"
"Pervasive Developmental Disorders"
June 16-18, 2000

Our Lady of the Lake Medical Center
Baton Rouge, Louisiana
"Autism and the Pervasive Developmental Disorders"
October 10, 2000

Autism 2000
Honolulu, Hawaii
"Medical Management"
"Practical Issues in Autism"
November 2, 2000

Autism Society of Ohio Annual Convention
Columbus, Ohio

"Medication Update"
April 27, 2001

International Asperger's Super Conference
Dallas, Texas
"Behavior and Medications"
"Educational Issues"
May 4, 2001

Autism 2001
Anchorage, Alaska
"Diagnosis and Assessment of Autism"
"Practical Issues in Autism"
May 7, 2001

American Academy of Neurology Annual Meeting
Philadelphia, Pennsylvania
Practical Issues in Pediatric Behavioral Neurology - Course Director
"Aggression and Self-Injurious Behavior: A Neurology Perspective"
May 10, 2001

The Young Child with Special Needs
New Orleans, Louisiana
"Medication Choices with Autism"
"Sleep Disturbances in the Young Child with Special Needs"
May 19-20, 2001

American Dietetic Association Food & Nutrition Conference
St. Louis, Missouri
"Autism: Where are We Today and Where We Will Be Tomorrow"
October 23, 2001

American Academy of Neurology Annual Meeting
Denver, Colorado
Practical Issues in Pediatric Behavioral Neurology - Course Director
"Aggression and Self-Injurious Behavior: A Neurology Perspective"
Topics in Neurodevelopmental Pediatrics
"Mental Retardation and Learning Disorders"
April 15-16, 2002

Indiana Speech and Hearing Association Convention
Indianapolis, Indiana
"Autism Spectrum Disorders"
April 25, 2002

The Young Child with Special Needs
Washington, DC
Autism Preconference - Preconference Consultant
"Sleep Disturbances in Young Children with Autism"
"Medication Choices with Autism"
May 18-19, 2002

The Young Child with Special Needs
Washington, DC
"Aggression in Young Children: Causes and Interventions"
May 20, 2002

Second Annual Great Lakes Institute
Traverse City, Michigan
"Autism: A Medical View of the Classroom"
July 9, 2002

ORCLISH Autism Summer Institute
Columbus, Ohio
"Medical Issues and Update"
August 7, 2002

Child Neurology Society – 31st Annual Meeting
Washington, DC
Breakfast 5: "Behavioral Issues in Chromosomal Disorders"
October 11, 2002

2nd Annual TRIAD (Training, Research and Intervention for Autism Spectrum
Disorders) Meeting - Vanderbilt University School of Medicine
Nashville, Tennessee
"Sleep Disturbances in Autism"
October 18, 2002

Pediatric Neurobehavioral Syndromes: An Interdisciplinary Approach to
Assessment and Treatment
Galloway Township, New Jersey
"Neurodiagnostic Assessment of Dysregulated Behavior"
"Use of Psychotropic Drugs for Aberrant Behavior"
November 10-11, 2002

**PROFESSIONAL LECTURES**

Magnetic Resonance Angiography in Pediatric Cerebrovascular
Disease. Pediatrics Today: Update in Neurology, Rainbow Babies
and Childrens Hospital, Cleveland, Ohio, Oct. 22, 1992

Attention Deficit-Hyperactivity Disorder.  Pediatric Seminar,
St. John-Westshore Hospital, Cleveland, Ohio November 18, 1992

Seizure Equivalents.  Pediatric Grand Rounds, Trumbull
Memorial Hospital,Warren, Ohio, January 15, 1993

Autism. Pediatrics Today: Neurobehavioral Disorders, Rainbow
Babies & Children's Hospital, Cleveland, Ohio, Feb. 23, 199

Vertigo. Otolaryngology Rounds. University Hospitals of
Cleveland, Cleveland, Ohio, March 13, 1993

Developmental Electrophysiology.  Neonatology Physiology Course.  Rainbow Babies & Children's Hospital, Cleveland, Ohio, April 23, 1993

Autism. Stark County Pediatric Society, Canton, Ohio, April 27, 1993.

Headache. Pediatric Grand Rounds, Todd Children's Hospital, Youngstown, Ohio, November 18, 1993

Medication for Attention Disorders.  Pediatrics Today: Learning Disabilities and School Problems, Rainbow Babies and Childrens Hospital, Cleveland, Ohio, June 13, 1995

Update on Autism, Northern Ohio Child Psychiatry Society, Independence, Ohio, October 5, 1995

Attention Deficit Hyperactivity Disorder: Implications for the Physician. St. John Westshore Hospital Pediatric Update, Cleveland, Ohio, November 15, 1995

Autism: Etiologic Considerations. Grand Rounds, Belmont Pines Hospital,Youngstown, Ohio, May 2, 1996

ECMO.  Pediatric Neurology Case Conference, Cleveland Clinic Foundation, Cleveland, Ohio, August 8, 1997

Pediatric Seizures.  Emergency Medicine Conference, Mt. Sinai Hospital, Cleveland, Ohio, January 9, 1998

Autism and the Pervasive Developmental Disorders. Pediatric Grand Rounds, Tod Children's Hospital, Youngstown, Ohio, September 15, 1999

Diagnosis of Autism/Asperger's Syndrome, Comorbid Disorders and Medication Management
Autism: Intervention Strategies (CWRU & Cuyahoga SGRRC), Mayfield Heights, Ohio, September 8, 2000

Attention Deficit Hyperactivity Disorder.  Southwest General Hospital, Middleburgh Heights, Ohio, April 4, 2001.

Selective Autism and the Social Anxieties in Pediatric Patients.  CWRU School of Medicine CME - The Anxious Child and Adolescent: Assessment, Diagnosis and Treatment.  Beachwood, Ohio, May 19, 2001.

Attention Deficit Hyperactivity Disorder.  Parma Hospital, Parma, Ohio, June 1, 2001.

Attention Deficit Disorders.  St. Charles Mercy Hospital, Oregon, Ohio, June 15, 2001.

Diagnosis and Assessment of Autism & Management of Aggression and Self-Injurious Behavior.  Rainbow Babies and Childrens Hospital Pediatrics Today: Update on Autistic Spectrum Disorders.  Cleveland, Ohio, June 26, 2001.

Management of Sleep Problems in Children with Autism.  University Hospitals of Cleveland Sleep Case Conference.  Cleveland, Ohio, July 11, 2001.

Attention Deficit Hyperactivity Disorder.  Ohio Valley Society for Adolescent Medicine Annual Conference.  Cleveland, Ohio, November 2, 2001.

What ADHD Isn't: Differential Diagnosis & Dilemmas of Diagnosis and Treatment.  CWRU School of Medicine CME - Emergency Guidelines for the Office-Based Management of ADHD.  Independence, Ohio,  November 10, 2001.

Current Trends in Treatment of Attention Deficit Disorder: Short-Acting vs Long-Acting Psychostimulants.  Association of Indian Physicians of Northern Ohio Annual Meeting,  Cleveland, Ohio, November 1, 2002.

## COMMUNITY LECTURES

Alternative Therapies, Sleep Disturbance and Seizures in Autism.  The Many Faces of Autism Conference.  Children's Hospital Medical Center of Akron, Cuyahoga Falls, Ohio, October 30, 2000

Autism and Asperger's Disorder Ohio School Speech Pathology.  Educational Audiology Coalition 2000 Fall Conference, Berea, Ohio  October 23, 2000

Physicians View of Autism. Ohio Friends of Higashi School. Cleveland, Ohio, November 8, 1987

Diagnosis Desperation or What to Expect from a Pediatric Neurologist. Middleburg Heights Preschool Parents Association. Middleburg Heights, Ohio , February 9, 1988

Tics and Attention Deficit Disorders. Mayfield City Schools Teacher In-Service. Mayfield Heights, Ohio, April 26, 1988

Learning Style and Disabilities. Rainbow Children?s Council. Shaker Heights, Ohio, October 18, 1989

Learning Disabilities and Tic Disorders. Brecksville-Broadview Heights PTA. Brecksville, Ohio, October 25, 1989

Attention Deficit-Hyperactivity Disorder.  Conneaut Parents Support Group For ADHD Children.  Conneaut, Ohio, November 14, 1989.

Autism: Diagnosis and Syndromes. Autism Society of Greater Cleveland. Cleveland, Ohio, April 24, 1990

Medical Aspects of Autism. Geauga County Board of Mental Retardation/Developmental Disabilities In-Service. Chesterland, Ohio, March 8, 1991

Autism. Mahoning County Board of Mental Retardation/Developmental Disabilities In-Service. Youngstown, Ohio, March 15, 1991

Autism: An Update. Early Intervention Center.  Cleveland, Ohio, April 19, 1991

Autism and Pervasive Developmental Disorders. LISH Task Force of Cuyahoga Special Education Service Center.  Maple Heights, Ohio, April 24, 1991

Treatment of Attention Deficit-Hyperactivity Disorder.  ADHD Parents Support Group.  Westlake, Ohio, September 11, 1991

Neurologic Disorders.  Lakewood Schools In-Service Seminar. Lakewood, Ohio, September 26, 1991

Autism. South Euclid-Lyndhurst Schools Administrative Staff. Lyndhurst, Ohio, November 12, 1991

Medical Aspects of Special Education. Parents Council of Cuyahoga Special Education Service Center. Maple Heights, Ohio, November 15, 1991

Treatment of Attention Deficit-Hyperactivity Disorder.  East Side ADHD Parent Support Group. Beachwood, Ohio, November 19, 1991

Use of Antiepileptic Drugs. Epilepsy Family Action Services Parent Education/Support Group. Mayfield Heights, Ohio (January 1992) and North Olmsted, Ohio (February 6, 1992)

Attention Deficit-Hyperactivity Disorder.  Achievement Center for Children-West. Lakewood, Ohio, April 2, 1992

Overview of Neurologic Disorders.  Happy Days School (Portage County Board of Mental retardation and Developmental Disabilities). Ravenna, Ohio, April 30, 1992

Epilepsy Overview. Epilepsy Foundation of Northeast Ohio.

Cleveland, Ohio, September 8, 1992

Medical Aspects of Autism. Southeast Ohio Special Education Regional Resource Center.  Athens, Ohio, September 18, 1992

Autism: Medical Update. Northeast Ohio Special Education Regional Resource Center.  Warren, Ohio, October 2, 1992

Neurologic Aspects of ECMO. ECMO Parents Group, Cleveland, Ohio,   October 14, 1992

What is Epilepsy? Metzenbaum School, Chesterland, Ohio, October 30, 1992

Attention Deficit-Hyperactivity Disorder. South Euclid-Lyndhurst Special PTA. South Euclid, Ohio November 17, 1992

Autism. Belmont Pines Psychiatric Hospital, Youngstown, Ohio, December 3, 1992

Autism. Kent/Akron Association of School Psychologists. Akron, Ohio, December 4, 1992

Autism. In-service Training at Parma Schools.  Parma, Ohio, December 15, 1992

Attention Deficit-Hyperactivity Disorder.  ADD-ADHD Support Group of the Southwest Suburbs. Berea, Ohio, March 2, 1993

Neurologic Medications and Side Effects, Education Without Exception. Brecksville, Ohio, March 8, 1993

Autism: Medical Aspects. Parma Developmental Center. Parma, Ohio, March 9, 1993

Autistic Disorder. Division of Pupil Personnel. Lakewood Board of Education.  Lakewood, Ohio, October 18, 1993

Attention Deficit Hyperactivity Disorder.  Assumption Education Commission. Broadview Heights, Ohio, November 3, 1993

Neurologic Disorders in Down Syndrome. International Resource Center for Down Syndrome. Cleveland, Ohio, December, 1993

Autism: Medical Aspects. Deepwood Developmental Center. Mentor, Ohio, March 18, 1994

Pharmacotherapy of Autism. Westlake Developmental Center. Westlake, Ohio, March 18,1994

Identification of ADHD and Intervention Strategies in the Medical Setting.  Akron Regional Speech, Hearing & Language Association.  Akron, Ohio, April 14, 1994

Attention Deficit Hyperactivity Disorder.  Bedford City School District. Bedford, Ohio, May 6, 1994

Characteristics of Children with Autism which Affect Learning.  Positive Programming for Students with Autism Course (Cuyahoga Special Education Service Center).  Broadview Heights, Ohio. August 8, 1994

Medical Update. Cleveland Autism Society, Cleveland, Ohio, September 21, 1994

Autism/Pervasive Developmental Disorders - Diagnosis and Medical Management. Ottawa Hills Special Education Seminar. Ottawa Hills, Ohio, September 29, 1994

Attention Deficit-Hyperactivity Disorder. Kent/Akron.    Association of School Psychologists. Akron, Ohio, September 30, 1994

Disorders of Cognitive Function.  First Step Program, Parma City Schools, Parma, Ohio, November 21, 1994
Autism.  Staff Inservice-Ida Sue School. Wooster, Ohio, February 14, 1997

Attention Deficit Hyperactivity Disorder. Learning Disabilities Association, Hudson, Ohio, March 17, 1997

Attention Deficit Hyperactivity Disorder. CHADD, Cuyahoga Falls, Ohio, May 13, 1997

Autism; Parent Support Group-Ida Sue School, Wooster, Ohio, May 22, 1997

Autism: The Education Basics.  Stadium Drive PTA, Tri-County Autism Society & Rich Center for the Study and Treatment of Autism, Boardman, Ohio, May 7, 1998

Autism.  Community Education Series, Rainbow Babies & Children's Hospital, North Olmsted, Ohio, June 29, 1998 and Mayfield Heights, Ohio, August 12, 1998

Teaching Strategies for Children with Learning Problems.  St. Charles School, Boardman, Ohio, September 10, 1998

Psychopharmacology and Sleep.  Holistic Approach to Managing the Autistic Child, The Rehab Center (Mansfield, Ohio), Lexington, Ohio, November 4, 1998

Autism. Cleveland Center for Contemporary Art, Cleveland, Ohio, December 15, 1998

Diagnosis and Treatment of Autism. North Central Ohio Special Education Regional Resource Center, Mayfield, Ohio, January 29, 1999

History, Diagnosis and Assessment and Psychopharmacology in the Treatment of Autism. Achievement Centers for Children: Autism-Innovative Strategies, Maximizing Potential, Cleveland, Ohio, March 11, 1999

Autism: The Basics. Tricounty Autism Society, Austintown, Ohio, May 27, 1999

Autism: Diagnosis and Medical Treatment. Achievement Centers For Children Challenge Camp, Strongsville, Ohio, August 1, 1999

Autism and the Pervasive Developmental Disorders.  St. Elizabeth Health Center Fall Lecture Series, Youngstown, Ohio, October 19, 1999

Comorbid Conditions and Medication Issues.  Tricks, Tips and Tools for Working with Children with Autism Spectrum Disorder, Northern Ohio SERRC, Vermillion, Ohio, December 2, 1999.

Autism and the Pervasive Developmental Disorders: Assessment and Intervention.  Perrysburg Schools, Perrysburg, Ohio, November 13, 1999.

Autism, Medina Autism Support Group, Medina, Ohio, January 17, 2000.

Diagnosis of Autism Spectrum, Disorders and Presentation of State Guidelines.  Cuyahoga County Early Intervention Collaborative, Cleveland, Ohio,  February 10, 2000.

ADHD and Autism.  Green Schools, Green, Ohio, March 22, 2000.

State Guidelines: What Elements Should be Present in an Autism Spectrum Disorder Treatment Program?  Achievement Centers for Children: Autism Spectrum Disorder: Guidelines for Program Selection and Treatment Options, Cleveland, Ohio, April 14, 2000.

Autism: Diagnosis and Medical Therapy.  Achievement Centers for Children Challenge Camp, Strongsville, Ohio, July 30, 2000.

Medication Review: Using Medication for Intervention: Autism 2000, Berea, Ohio, October 12, 2000.

Autistic Spectrum Disorders - Medical Aspects.  Medina County Board of Mental Retardation/Developmental Disabilities, November 8, 2001.

Autistic Spectrum Disorders.  Mt. Gilead Schools, Mt. Gilead, Ohio, February 12, 2002.

Etiology, Pharmacology and Medical Issues in Children with Autistic Spectrum Disorders.  Autism Seminar Series, Westlake, Ohio, October 16, 2002